Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 90067
Telephone: (213) 734-5200
Facsimile: (213) 734-5299

Attorney for Defendants
Bushnell Holdings, Inc., dba Bushnell Golf and Vista Outdoor, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOLF, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSHNELL HOLDINGS, INC., dba BUSHNELL GOLF; VISTA OUTDOORS, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | **Case No.:** 3:23-cv-01595-L-BGS<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Removed from the Superior Court of California in and for the County of San Diego, 37-2023-00032117-CU-BC-CTL on August 31, 2023<br><br>DATE: October 10, 2023<br>TIME: 10:30 a.m.<br>CTRM: 5B (5th Floor) |
| BUSHNELL HOLDINGS, INC., dba BUSHNELL GOLF,<br><br>Counter-Plaintiff<br><br>v.<br><br>IGOLF, INC.<br><br>Counter-Defendant | JUDGE: M. Jones Lorenz<br><br>Date of Removal: August 30, 2023<br><br>*[Filed concurrently with Memorandum of Points and Authorities in Support of Defendant Vista Outdoor Inc.'s Motion to Dismiss Plaintiff's Complaint; Declaration of William S. Weltman in Support of Defendant's Motion to Dismiss; and [Proposed] Order]* |

| | |
|---|---|
| 1 | **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:** |
| 2 | **PLEASE TAKE NOTICE THAT** on October 10, 2023 at 10:30 a.m. or as soon |
| 3 | thereafter as the matter may be heard in Courtroom 5B of the above-referenced Court |
| 4 | located at 221 West Broadway, San Diego, California 92101, before the Honorable M. |
| 5 | Jones Lorenz, Defendant Vista Outdoor, Inc. ("Vista")[1] will and hereby does move the |
| 6 | Court for an order dismissing all claims for relief asserted in Plaintiff iGolf Inc.'s |
| 7 | Complaint as they pertain to Vista. |
| 8 | The Complaint should be dismissed with prejudice for the following reasons: |
| 9 | 1. The Complaint does not make any specific allegations against Vista, |
| 10 | instead making use of a "group" pleading style, lumping all defendants together and |
| 11 | failing to distinguish between them. As such, it impossible for Vista—and for the |
| 12 | Court—to discern exactly what iGolf actually alleges Vista to have done, aside from |
| 13 | simply exist as a corporate parent of co-Defendant Bushnell Holdings Inc. dba |
| 14 | Bushnell Golf ("Bushnell"). This is a clear violation of Fed. R. Civ. P. 8 and, |
| 15 | accordingly, the Complaint must be dismissed. |
| 16 | 2. All claims in the Complaint additionally should be dismissed pursuant to |
| 17 | Fed. R. Civ. P 12(b)(6) because the Complaint fails to plead facts necessary to state a |
| 18 | plausible claim for relief against Vista. The Complaint, with its "group" pleading, does |
| 19 | not allege facts showing Vista to have taken any actions from which a claim for relief |
| 20 | has arisen. Further, any claim that arises out of a contractual relationship between |
| 21 | iGolf and any Defendant cannot be brought against Vista as Vista is not party to any |
| 22 | contract with iGolf. |
| 23 | Vista bases its Motion on this Notice of Motion, the concurrently filed |
| 24 | Memorandum of Points and Authorities in Support of its Motion to Dismiss, the |
| 25 | Declaration of William S. Weltman and Exhibits attached thereto, all pleadings and |
| 26 | |
| 27 | [1] Plaintiff incorrectly identified Vista as "Vista Outdoors, Inc." in the complaint. Vista's proper name is Vista Outdoor, Inc. |
| 28 | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

NOTICE OF MOTION AND MOTION OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION
TO DISMISS PLAINTIFF'S COMPLAINT

papers filed in this action, any oral argument of counsel, and any other matters that may come before the Court.

DATED: September 6, 2023

Respectfully submitted,

REED SMITH LLP

By: */s/ Carla M. Wirtschafter*
Carla M. Wirtschafter

Attorney for Defendants
Bushnell Holdings, Inc., dba Bushnell Golf and Vista Outdoor, Inc.
E-mail: cwirtschafter@reedsmith.com

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067. On September 6, 2023, I served the following document(s) by the method indicated below:

**NOTICE OF MOTION AND MOTION OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration

☒ by transmitting via email to the parties at the email addresses listed below:

Bordin Semmer LLP
Joshua Bordin-Wosk
Justin F. Spearman
Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, CA 90045
Phone: (323) 457-2110
Fax: (323) 457-2120
Email: jbordinwosk@bordinsemmer.com; jspearman@bordinsemmer.com

***Attorneys for Plaintiff IGOLF, INC.***

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 6, 2023, at Los Angeles, California.



Aida Turner