Carla M. Wirtschafter (SBN 292142)
Email: cwirtschafter@reedsmith.com
REED SMITH LLP
1901 Avenue of the Stars
Suite 700
Los Angeles, CA 900678
Telephone: (213) 734-5200
Facsimile: (213) 734-5299

Attorney for Defendants
Bushnell Holdings, Inc., dba Bushnell
Golf and Vista Outdoor, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGOLF, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>BUSHNELL HOLDINGS, INC., dba BUSHNELL GOLF; VISTA OUTDOORS, INC.; and DOES 1-25, inclusive,<br><br>Defendants. | **Case No.:** <u>3:23-cv-01595-L-BGS</u><br><br>**DECLARATION OF WILLIAM S. WELTMAN IN SUPPORT OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Removed from the Superior Court of California in and for the County of San Diego, 37-2023-00032117-CU-BC-CTL on August 31, 2023<br><br>DATE: October 10, 2023<br>TIME: 10:30 a.m.<br>CTRM: 5B (5th Floor) |
| BUSHNELL HOLDINGS, INC., dba BUSHNELL GOLF,<br><br>Counter-Plaintiff<br><br>v.<br><br>IGOLF, INC.<br><br>Counter-Defendant | JUDGE: M. Jones Lorenz<br><br>Date of Removal: August 30, 2023<br><br>**[*Pursuant to Local Rules, no oral argument unless requested*]** |

DECLARATION OF WILLIAM S. WELTMAN ISO MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

# <u>DECLARATION OF WILLIAM WELTMAN</u>

I, William S. Weltman, hereby declare under the penalty of perjury as follows:

1.      I am a partner at the law firm of Reed Smith and counsel for defendants Bushnell Holdings, Inc. ("Bushnell") and Vista Outdoor, Inc. ("Vista" and collectively with Bushnell, the "Defendants") in the above-captioned matter.  I make this declaration in support of Vista's Motion to Dismiss Plaintiff's Complaint and based on my own personal knowledge.  If called as a witness, I could and would testify competently to each fact herein.

2.      **Exhibit 1** to my Declaration is a true and correct copy of the License Agreement dated December 2011 ("2011 Agreement").  The substance of the 2011 Agreement has been redacted, as the terms of the 2011 Agreement prohibit public disclosure of the contents, but not existence of the contract.  For purposes of Vista's Motion to Dismiss, the only pertinent aspect of the 2011 Agreement is the fact that it was entered into between Bushnell, Inc. and iGolf's predecessor, L1 Technologies, Inc.

3.      **Exhibit 2** to my Declaration is a true and correct copy of the First Amendment to License Agreement dated December 2013 ("2013 Amendment").  The 2013 Amendment has been redacted for the same reasons as the 2011 Agreement set forth above.

4.      **Exhibit 3** to my Declaration is a true and correct copy of an Addendum dated February 2018 ("2018 Addendum").  The 2018 Addendum has been redacted for the same reasons as the 2011 Agreement set forth above.

5.      **Exhibit 4** to my Declaration is a true and correct copy of the Addendum to License Agreement dated April 2021 ("2021 Addendum").  The 2021 Addendum has been redacted for the same reasons as the 2011 Agreement set forth above.

6.      **Exhibit 5** to my Declaration is a true and correct copy of US Patent Application 2023/0035430 A1, which is publicly available via the United States Patent and Trademark Office ("USPTO") website, as retrieved on September 5, 2023.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

7.    **Exhibit 6** to my Declaration is a true and correct copy of US Patent Application 2021/0141588 A1, which is publicly available via the USPTO website, as retrieved on September 5, 2023.

8.    **Exhibit 7** to my Declaration is a true and correct copy of US Patent Application 2021/0144478 A1, which is publicly available via the USPTO website, as retrieved on September 5, 2023.

9.    **Exhibit 8** to my Declaration is a true and correct copy of US Patent No. 11,665,477 B2, which is publicly available via the USPTO website, as retrieved on September 5, 2023.

10.    **Exhibit 9** to my Declaration is a true and correct copy of US Patent No. 11,455,141 B2 which is publicly available via the USPTO website, as retrieved on September 5, 2023.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of September 2023 in Chicago, Illinois.

_____
William S. Weltman

DECLARATION OF WILLIAM S. WELTMAN ISO MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

# EXHIBIT LIST

# TABLE OF CONTENTS

| Exhibit | Page Nos. |
|---|---|
| Exhibit 1 – December 2011 License Agreement | 5 – 23 |
| Exhibit 2 – December 2013 First Amendment to License Agreement | 24 |
| Exhibit 3 – February 2018 Addendum | 25 |
| Exhibit 4 – April 2021 Addendum to License Agreement | 26 – 27 |
| Exhibit 5 – US Patent Application 2023/0035430 A1 | 28 – 48 |
| Exhibit 6 – US Patent Application 2021/0141588 A1 | 49 – 59 |
| Exhibit 7 – US Patent Application 2021/0144478 A1 | 60 – 88 |
| Exhibit 8 – US Patent No. 11,665,477 B2 | 89 – 117 |
| Exhibit 9 – US Patent No. 11,455,141 B2 | 118 – 129 |

DECLARATION OF WILLIAM S. WELTMAN ISO MOTION TO
DISMISS PLAINTIFF'S COMPLAINT

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

# Exhibit 1

# LICENSE AGREEMENT

## BETWEEN

## BUSHNELL, INC.,
### a Delaware Corporation

## AND

## L1 TECHNOLOGIES, INC.
### a California Corporation,

## <u>LICENSE AGREEMENT</u>

**THIS LICENSE AGREEMENT** ("Agreement") is entered into as of December 30, 2011 (the "Effective Date") by and between L1 Technologies, Inc. ("L1"), a California corporation with a principal place of business at 591 Camino de la Reina, Suite 200, San Diego, CA 92108, and Bushnell, Inc. ("Bushnell"), a Delaware corporation doing business at 9200 Cody, Overland Park, KS 66214. L1 and Bushnell may hereinafter each be referred to as a "Party" and, collectively, as the "Parties."































## EXHIBIT A





Exhibit 2

## FIRST AMENDMENT TO LICENSE AGREEMENT

This First Amendment is to the License Agreement entered into by and between L1 Technologies, Inc. ("L1"), a California corporation with its principal place of business at 591 Camino de la Reina, Suite 200, San Diego, CA 92108, and Bushnell, Inc. ("Bushnell"), a Delaware corporation doing business at 9200 Cody, Overland Park, KS 66214, with an Effective Date of December 11, 2011. L1 and Bushnell may hereinafter each be referred to as a "Party" and, collectively, as the "Parties."

The following modified and added terms and conditions are made a part of the Agreement as of December __, 2013.



IN WITNESS WHEREOF, the Parties hereto have caused this First Amendment to be executed by their duly authorized officers.

BUSHNELL, INC.
a Delaware corporation

By _____
Phil Gyori, Marketing Dir.

L1 Technologies, Inc.
a California corporation

By _____
Brian Verdugo, President

Exhibit 3

## ADDENDUM

This Addendum amends the Technology Development and License Agreement dated January 25, 2011 and the License Agreement dated December 30, 2011 (the "Agreements") between Bushnell Holdings Inc. ("Bushnell") and L1 Technologies, Inc. ("L1"), and is effective February 1, 2018 ("Effective Date"). The purpose of this Addendum is to amend the royalty fees paid by Bushnell to L1 for L1 developed GPS data points used in Bushnell and Tasco GPS products. The Agreements are hereby modified as follows:

**Bushnell Holdings, Inc.**

By:
Name: Gino Biondi
Title: Vice President Hunt/Shoot
Address: 9200 Cody Street
Overland Park, Kansas 66214

Date: 2 - 28 - 18

**L1 Technologies Inc.**

By:
Name: Brian Verdugo
Title: President 8885 Rio San Diego Drive
Address: 591 Camino de la Reina
Suite 200 340
San Diego, CA 92108

Date: 2-28-18

1

# Exhibit 4

# ADDENDUM
## to LICENSE AGREEMENT



Bushnell Holdings, Inc.

By: Vishak Sankaran

Name/Title: VISHAK SANKARAN, PRESIDENT

Date: 4/16/2021

L1 Technologies, Inc.

By:

Name/Title: Srie Verdugo, CEO

Date: 4/19/2021

Exhibit 5



US 20230035430A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: US 2023/0035430 A1
DeCastro et al. (43) **Pub. Date:** **Feb. 2, 2023**

(54) **GOLF RANGEFINDER DEVICE WITH INTEGRAL MAGNET MOUNT**

(71) Applicant: **BUSHNELL INC.**, Overland Park, KS (US)

(72) Inventors: **John DeCastro**, Overland Park, KS (US); **Ryne Fisher**, Overland Park, KS (US); **Scott O. Nyhart**, Shawnee, KS (US); **Timothy J. Tiel**, San Diego, CA (US)

(21) Appl. No.: **17/965,381**

(22) Filed: **Oct. 13, 2022**

**Related U.S. Application Data**

(63) Continuation of application No. 16/241,718, filed on Jan. 7, 2019, now Pat. No. 11,474,240.

**Publication Classification**

(51) **Int. Cl.**
**G01S 17/08** (2006.01)
**G01S 19/39** (2006.01)

(52) **U.S. Cl.**
CPC .............. **G01S 17/08** (2013.01); **G01S 19/39** (2013.01); **A63B 57/00** (2013.01)

(57) **ABSTRACT**

A golf rangefinder system comprises a GPS golf rangefinder device and an accessory. The golf rangefinder device comprises a housing defining a forward housing portion with a display screen viewable therein, and a rearward housing portion with a convexity projecting therefrom. A magnet centrally positioned at a distal most portion of the convexity. The accessory includes a clip with a hook-shaped member and a receptacle portion for mating with the convexity of the housing of the golf rangefinder device. A second magnet is positioned in a recess in the receptacle portion. The receptacle portion configured as a concavity and conforming to the convexity of the rangefinder device whereby when the accessory and rangefinder device are in proximity with each other they are magnetically coupled with the convexity positioned in the concavity. The accessory and rangefinder slidably rotatable and movable with respect to one another while still maintaining the magnetic coupling.



Exhibit 5, Page 28



FIG. 1A



FIG. 1B

Exhibit 5, Page 30



FIG. 1D

FIG. 1E

FIG. 1C

FIG. 1F



FIG. 2A

FIG. 2B

FIG. 2C

FIG. 3A

FIG. 3B

FIG. 3C





FIG. 4B



FIG. 7



**FIG. 8**

Exhibit 5, Page 36



FIG. 9



FIG. 10



FIG. 11

# GOLF RANGEFINDER DEVICE WITH INTEGRAL MAGNET MOUNT

## CROSS-REFERENCE TO RELATED APPLICATION

[0001]   This application is a continuation of U.S. application Ser. No. 16/241,718, filed Jan. 7, 2019, the disclosure of which is incorporated by reference herein.

## BACKGROUND OF THE DISCLOSURE

[0002]   Unlike sports such as baseball, tennis, soccer and football, the sport of golf does not use a standardized playing area. Accordingly, the player's ability to cope with the varied terrains encountered on different golf courses is an important part of game strategy. A golf course typically consists of either 9 or 18 holes with each hole having a cup surrounded by a putting green. A flagstick or "pin" is received in the cup making the location of the cup visible from a distance. Each hole also includes a teeing region or "tee box" that is set off with two markers showing the bounds of the legal tee area. A fairway extends between the tee box and the cup. Golfers strive to shoot low golf scores, that is, going from tee to cup in a minimal number of strokes.

[0003]   A variety of obstacles and hazards are typically placed between the tee box and the pin. These obstacles and hazards may including sand bunkers, trees, ponds, lakes, rivers, shoreline, creeks, un-grassed areas, and natural vegetation areas, which may be located on the sides of fairways or in cases in the fairways. Generally, the fairway is far from perfectly flat and may have significant undulations and changes in elevation. Knowing at distances to the green and/or the pin, and to such hazards, and making the appropriate shot based on such distances is necessary to excel in the game of golf.

[0004]   A further consideration in golf is the pace of play. Maintaining a good pace of play is one of the main rules of golf etiquette. At times this is very important as a slow player or players can back up an entire course and disrupt scheduled tee times. Playing partners and groups behind slow players seriously frown upon slow play.

[0005]   Within recent decades, electronic rangefinder devices have been introduced for providing distance measurements to aid golfers. These rangefinders including laser rangefinders and rangefinder devices utilize the Global Positioning System (GPS). Such GPS rangefinder devices store golf course layouts and with the GPS capable device establish the location of the rangefinder device with respect to the golf course with the course layout stored in the GPS device, the device can calculate and display the distances to the middle, front, and rear of the green on the current hole as well as the distance to hazards. The GPS rangefinder devices are also combinable with laser rangefinders providing Electronic rangefinder devices are ubiquitous on golf courses. These rangefinder devices need to be readily accessible and easily manipulatable as they may be used for almost all shots from the tee to green approach shots. Discrete GPS rangefinder devices, without the laser rangefinder, have become miniaturized to the extent that they can be worn as a watch or easily clipped to the golfer's apparel or to a golf bag.

[0006]   In addition to considering distances to the green and hazards, accomplished golfers may consider many other variables on each shot, including weighing risks of a particular shot against potential rewards. For such accomplished golfers there is considerable mental focus on "the shot" and distractions need to be avoided.

[0007]   Any improvement in ease of use and reduction in the complexities of use, including stowing, retrieval, grasping, operating, and viewing of the rangefinder devices would be advantageous to golfers and welcomed to the golf community as such would facilitate maintaining a proper pace of play and minimize distractions in the preparation for and the taking of shots.

## SUMMARY

[0008]   A golf rangefinder system has a miniaturized GPS golf rangefinder device that provides distances to the front, middle and back of a green, and has a magnetically attachable accessory clip. In embodiments, the device has a housing with a display screen for distances, a user interface on the housing, circuitry and a battery in the housing, and a rearward housing portion with convexity and a magnet positioned in the housing at the central distal portion of the convexity. An accessory may be configured as a clip and has a receptacle portion with a concavity conforming to the convexity at the rearward housing portion. A magnet complementary to the magnet in the housing is centrally positioned in the concavity of the receptacle portion whereby when the accessory is positioned on or near the convexity of the rearward housing portion, the accessory is magnetically drawn to the device by the complementary magnets and the accessory locates and secures itself on the convexity.

[0009]   A feature and advantage of embodiments is that the accessory is slidingly removable in multiple directions from the device and vice versa. Moreover, the device and the accessory are rotatable with respect to each other when they are attached.

[0010]   A feature and advantage of embodiments is a magnet to magnet attachment system for a GPS golf rangefinder device and accessory where the device has a housing, where a portion of the housing is utilized to provide an interface portion for the accessory, the portion of the housing having an exterior surface with no recesses and no concavities. The portion of the housing may be the entire rearward side the device with a display screen on a forward side. Such an arrangement provides an elegantly simple design that keeps manufacturing costs low with the simple design, and no external concavities or recesses, for example a simple clam shell configuration. Consequently the consumer price stays low.

[0011]   Moreover, the receptacle of the accessory is fixable in an attachment region on the convexity that is not a single fixed point, rather the attachment location extends radially outward from a "dead center" position defining the attachment region. In embodiments the region extends a distance of about 0.2 inches in all directions radially from the dead center attachment location of the accessory. Additionally, the receptacle can move when attached about 0.2 inches from dead center and still maintain a robust magnetic attachment without magnetic decoupling. Upon such radial movement, particularly beyond 0.2 inches, the receptacle and device tend to re-center.

[0012]   In embodiments, a miniaturized GPS golf rangefinder device has a planar and generally square front side having rounded corners, the front side with a display screen, four lateral sides that are generally rectangular with

**Exhibit 5, Page 40**

rounded corners, a generally square shaped rearward side with rounded corners and a central projection. A magnet is positioned in an interior of a housing at the central projection. The housing having an exterior planar surface at the magnet, the exterior planar surface conforming in size to the magnet. A magnetic accessory is sized to be conformingly received at the rearward side of the GPS golf rangefinder device. The accessory having a receptacle portion with a central magnet therein, the receptacle portion sized to the central projection.

[0013] In embodiments, the rearward side has projection that extends rearwardly at least 0.06 inches and less than 0.25 inches. In embodiments the concavity of the receptacle has a depth of at least 0.04 inches and less than 0.20 inches. In embodiments, the device when attached to the accessory, with the accessory fixed in place, requires a force exceeding 2 pounds to separate the device in a direction normal to the device display and the receptacle. In embodiments, the device when attached to the accessory, with the accessory fixed in place, will magnetically decouple with a lateral shear force of greater than three pounds. In embodiments, the device when attached to the accessory, with the accessory fixed in place, requires a lateral shear force of greater than 2 pounds to decouple the magnetic coupling and separate the device in a direction parallel to the device display surface, that is, parallel to the greatest dimension of the device. In embodiments, a lateral shear force of 1 pound or less will not decouple the magnetic coupling and separate the accessory clip and device.

[0014] A feature and advantage of embodiments is that the accessory is separable from the GPS golf rangefinder device in any rearward or lateral direction from the GPS device. Similarly the GPS golf rangefinder device is separable from the accessory in any forward or lateral direction facilitating easy separation when the accessory is attached to something. Such capabilities facilitates the advantageous easy separation of the two components without the need to utilized specific relative directional motions allowing a grasp and removal with minimal effort.

[0015] A feature and advantage of embodiments is that the GPS golf rangefinder device can be utilized and conveniently pocketed in that the accessory clip is readily removable and stored separate from the device. The device being miniaturized and configured to easily slide into a pocket and be removed from the pocket. The accessory clip having a profile less than the perimeter profile of the device. Prior art miniaturized GPS rangefinder devices did not have an accessory clip with a size reduced to be less than the profile of the device, nor that would allow features such as easy removability of the device from the accessory in different directions, nor that would allow magnetic attachment of the device to metal posts of a golf cart without utilizing a separate accessory. The small accessory clip, magnetically attached, provides improved pocketing of the device in the user's pocket with or without the accessory clip attached thereto.

[0016] In embodiments, the rearward side of the GPS golf rangefinder device has operating indicia at the edge portions of a rearward housing portion. In embodiments, the accessory clip receptacle portion attaches to said rearward housing portion and has a perimeter that is interior to the operating indicia thereby allowing the indicia to be entirely visible to a user with the accessory clip attached thereto.

[0017] A feature and advantage of embodiments is the combination of optimal size for handling and reading the display, while still being easily wearable, and while still being light weight. The inventors have recognized that the light weight allows the use of a high integrity magnetic securement using the GPS rangefinder device magnet for attaching directly to a metal post or component of a golf cart as well as to the accessory clip that is then attached to a golf bag or user's apparel. For example, due to the light weight, for example less that about 2 ounces, bumps are less likely to disengage the magnet from the metal post or accessory clip as compared to a device with a greater weight. Additionally size and weigh are optimal for easy pocketing and removal.

[0018] Additionally, the receptacle can move when attached from dead center about 0.20 inches from dead center and still maintain a robust magnetic attachment. This "cushion zone" also facilitates the integrity of the accessory to device attachment during bumps or jolts.

[0019] A feature and advantage of embodiments is a miniaturized GPS golf rangefinder device that provides distance readouts to center of green, front and rear edges of the green, the device weighs less than 3 ounces. In embodiments, the device weighs less than 2 ounces. In embodiments, the device has a greatest height or width dimension of less than 2.5 inches. In embodiments, the device has a square appearance with rounded corners when viewing the display. In embodiments, the display side of the device having a width of less than 2.6 inches and a height of less than 2.6 inches. In embodiments, the display side of the device, as defined by its housing, having a width of less than 2.3 inches and a height of less than 2.3 inches. In embodiments, the device, as defined by its housing, has a maximum depth of 0.95 inches. In embodiments, the device, as defined by its housing, has a maximum depth of 0.80 inches. In embodiments, a feature and advantage is that each exterior corner of the housing of the GPS golf rangefinder device is rounded and has a radius of 0.12 inches or greater. In embodiments, a feature and advantage is that each exterior corner of the housing of the GPS golf rangefinder device is rounded with has a radius of 0.10 inches or greater. In embodiments, the total volume of the GPS golf rangefinder device is about 4.75 cubic inches or less. In embodiments, the total volume of the GPS golf rangefinder device is about 3.75 cubic inches or less. In embodiments, the total volume of the GPS golf rangefinder device is greater than about 2.50 cubic inches. In embodiments, a feature and advantage is that each exterior corner of the housing of the GPS golf rangefinder device has a radius of 0.135 inches or greater. In embodiments, a feature and advantage is that each exterior corner of the housing of the GPS golf rangefinder device has a radius of 0.1 inches or greater. Such a device with the rounded corners provides easy stashing and removal from pockets and a comfortable ergonomic feel when handling.

[0020] In embodiments, a two magnet holding system comprises a golf rangefinder device and an accessory. In embodiments, the golf rangefinder device comprises a housing defining a cavity, the housing having a forward or bezel portion and rearward portion, the rearward portion having a central projection providing a convex surface generally corresponding to the shape of a truncated four sided pyramid with rounded corners intermediate each of the four sides. A truncation of the pyramid having a planar surface. In embodiments, the accessory may include a clip configured

as a hook-shaped spring member and a receptacle portion for mating with the housing of the golf rangefinder device. In embodiments, the receptacle portion defines a concavity conformingly shaped to receive a convexity on a rearward portion of the housing. In embodiments, the receptacle portion and the base are dimensioned and configured to provide a self-alignment action as the convexity of the base is received in the three-dimensional shaped recess of the receptacle. In embodiments, a first magnetic member is fixed to the housing of the golf rangefinder device and a second magnetic member is fixed to the clip. In embodiments, the first magnet is secured in the housing and is not exteriorly exposed.

[0021]   A feature and advantage of embodiments is a two magnet holding system including a golf rangefinder device and a clip that allows quick and easy attachment of the golf rangefinder to article of clothing such as shirt, pants and/or belt or to a golf bag. In embodiments, the device has a displacement volume less than 3.5 cubic inches. In embodiments, the device has a weight of less than 3 ounces. In embodiments. The device has a maximum dimension of 3 inches. In embodiments, an interface between the device and the clip is a concave surface and a convex surface. In embodiments a magnet in the device is secured in an interior of the device and is not exposed exterior of the device. In embodiments, the magnet is positioned behind a thinned wall portion of the housing for transferring maximum magnetic pull.

[0022]   A feature and advantage of embodiments is a golf rangefinder device comprising a housing and one or more magnets supported by a side wall. In embodiments, the side wall supporting the one or more magnets includes a smooth outer surface for easy cleaning and for reducing the likelihood that debris will collected. In embodiments the housing arrangement minimizes component connection joints that can accumulate and trap dirt and debris. In embodiments, the side wall supporting the one or more magnets includes no exterior grooves to collect debris. Moreover, the smooth outer surface with rounded corners facilitate easy pocketing and withdrawal of the device.

[0023]   A feature and advantage of embodiments is a golf rangefinder device including a housing defining a cavity, the housing including a pair of opposing housing portions, each housing portion being integrally formed from a single piece of thermoplastic material. In embodiments, the housing portions include a front portion and a rear shell portion. In embodiments, this arrangement allows the housing to be fabricated using automated and efficient thermoplastic injection molding processes.

[0024]   A feature and advantage of embodiments is a golf rangefinder device comprising a housing and one or more magnets supported by the housing. The one or more magnets allow the golf rangefinder device to be quickly stowed as magnetic force from the magnet fixes the golf rangefinder device to an object such as an upright post of a golf cart. The one or more magnets allow the golf rangefinder device to be stowed in a manner and location that makes the golf rangefinder device readily accessible. A feature and advantage is that a rearward wall has a central projection containing the magnet with an exterior planar surface at the peak of the projection. The projection provides a separation of the device from the metal member to which it is directly attached. That is, the margin about the rearward wall is separated from the metal member (presuming the metal

member is planar) by a gap equal to the projection distance. This facilitates grasping of the device for removal or adjustment, such as a rotation to make the screen upright. However the projection is subtle enough that is does not noticeably inhibit pocketing the device. In embodiments the projection is about 0.10 to 0.13 inches.

[0025]   A feature and advantage of embodiments is a golf rangefinder device comprising a housing and one or more magnets, the one or more magnets being positioned so that access to controls of the golf rangefinder device are not blocked when the device is fixed to an object using the one or more magnets, or fixed to a magnetic accessory.

[0026]   A feature and advantage of embodiments is that the golf rangefinder device is be readily stowable so that it is out of the way when not needed. A feature and advantage of embodiments is that the golf rangefinder device is readily accessible, so as to be quickly and easy retrieved from a stowed position.

[0027]   A feature and advantage of embodiments is that the magnetically attachable accessories can include other accessory attachment devices that an accessory clip; for example straps, carabiners, and clamps. The magnetically attachable accessory can also include electronic components such as a charger for the battery whereby with the accessory connecting to the golf rangefinder and becomes magnetically coupled a charger becomes inductively coupled to the circuitry so as to charge the battery. In embodiments, the GPS rangefinder device could also magnetically attach to a laser rangefinder such that a single unit provides both laser ranging and GPS ranging. In embodiments a GPS rangefinder device is sold with more than one magnetically attachable accessory. In embodiments, a GPS rangefinder device is sold with a magnetically coupleable accessory that has at least one of a clip, a carabiner, or a strap as part of the accessory and is also sold with a magnetically coupleable charger unit accessory, both accessories attachable at the same magnetic attraction region. A feature and advantage is a magnetic attraction region on a device that utilizes the attraction region for both connection of a non-electric accessory, such as an attachment device comprising a clip, a strap, or a carabiner, and also for connection to an electrical accessory such as a charger, a supplemental power supply, an audio device. A feature and advantage of the rangefinder device utilizing a magnetic coupling for more than one accessory is that consumer utility and consumer desire for the product is enhanced. Packaging the device with more than one magnetically attachable accessory it is believed would drive consumer desirability and thus enhance sales.

[0028]   A feature and advantage of embodiments is that the rangefinder has a planar front face where the display screen is located and a subtly projecting rear face such that a user when grasping the device, without looking at the device, can ascertain which side is the forward side and which side is the rearward side, minimizing the manipulation to raise the device to a use and viewing position. A feature and advantage is that each of four side wall are inclined inwardly from the front side to the rear side allowing a larger front side where the display is position compared to the rearward side that centrally receives the accessory. Such a configuration accommodates the internal arrangement of components, for example the circuit board with display screen attached thereto is positioned forwardly at the front wall portion and has the largest area to be accommodated, the battery, positioned next has the second greatest area to be accommo-

**Exhibit 5, Page 42**

dated, and the magnet at the rearward wall portion has the least amount of area to be accommodated. Thus, an optimal miniaturization has a housing with a front to rearward taper. In embodiments, the The above features and advantage provide ease of use and facilitate quick retrieval, access, operation, viewing, and restowing thereby facilitating pace of play and minimizing distractions to the golfer. The above summary is not intended to describe each illustrated embodiment or every implementation of the present disclosure.

DESCRIPTION OF THE FIGURES

[0029]　The drawings included in the present application are incorporated into, and form part of, the specification. They illustrate embodiments of the present disclosure and, along with the description, serve to explain the principles of the disclosure. The drawings are only illustrative of certain embodiments and do not limit the disclosure.

[0030]　FIG. 1A is a stylized perspective view showing a rangefinder and a golf cart in use on a golf course.

[0031]　FIG. 1B is an enlarged detail view showing rangefinders magnetically attached to golf cart shown in FIG. 1A and to a golf bag.

[0032]　FIG. 1C is an enlarged detail view showing the GPS golf rangefinder shown in FIG. 1B attached to an upright steel support member of the golf cart.

[0033]　FIG. 1D is a cross sectional view of the rangefinder of FIG. 1C from above through the steel support member.

[0034]　FIG. 1E is a cross sectional view of the rangefinder attached to a metal plate with a rear concavity of the rangefinder illustrating the standoff of the device from the surface of the metal plate.

[0035]　FIG. 1F is a front elevational of the rangefinder attached to the golf cart post of FIG. 1C with the display providing information.

[0036]　FIG. 2A is a rear perspective view of a device in accord with an embodiment.

[0037]　FIG. 2B is a rear elevation view of the device.

[0038]　FIG. 2C is a top plan view of the device.

[0039]　FIG. 3A is a perspective view of an accessory clip in accord with an embodiment.

[0040]　FIG. 3B is a side elevation view of the accessory clip of FIG. 3A.

[0041]　FIG. 3C is a rear elevation view of the accessory clip of FIG. 3A.

[0042]　FIG. 4A is a perspective view of the mating interfaces of the accessory clip and the device.

[0043]　FIG. 4B is a perspective view of the mating interfaces of the three accessories and the device.

[0044]　FIG. 5 is a side elevation view of the device and accessory clip mounted thereto.

[0045]　FIG. 6A is a rear elevation view of the device and attached accessory clip in accord with embodiments.

[0046]　FIG. 6B is a front elevation view of the device and attached accessory clip of FIG. 6A.

[0047]　FIG. 7 is a cross-sectional view of a rangefinder device in accordance with an example embodiment.

[0048]　FIG. 8 is an exploded perspective view of a rangefinder device housing and magnet in accordance with an example embodiment.

[0049]　FIG. 9 is an exploded cross sectional view of a rangefinder device in accordance with example embodiments.

[0050]　FIG. 10 is an elevation view of a circuit board and battery of embodiments.

[0051]　FIG. 11 is a diagrammatic view of a rangefinder device.

[0052]　While the embodiments of the disclosure are amenable to various modifications and alternative forms, specifics thereof have been shown by way of example in the drawings and will be described in detail. It should be understood, however, that the intention is not to limit the disclosure to the particular embodiments described. On the contrary, the intention is to cover all modifications, equivalents, and alternatives falling within the spirit and scope of the disclosure.

DETAILED DESCRIPTION

[0053]　Referring to FIGS. 1A and 1B a golf cart 80 with bags 82 thereon is illustrated on a golf course 90. FIG. 1B depicts the golf cart 80 with rangefinder devices 100, 102, 103 according to embodiments attached to the golf cart and one of the bag. GPS golf rangefinder device 100 is magnetically attached to the golf cart upright support post 86. GPS golf rangefinder device 102 is attached by way an accessory 103, configured as an accessory clip, to a golf bag. Laser rangefinder device 103 is magnetically attached to an upright support post.

[0054]　Referring to FIGS. 1C, 1D, 1E, and 1F, The GPS golf rangefinder device 100 with a magnetic attraction region 110 of the device housing 112 is attached to ferrous metal members, such as steel posts 86 at a magnetic attraction region. Exteriorly, the GPS golf rangefinder device 100 has the housing 112 with a bezel 114 surrounding a display screen 116. The display screen for display information 118 such as yards to the front, center and rear of a green, the current hole, and the par stroke number of the hole. Additionally operational controls configured as pushbuttons 122 extend out sidewall portions of the device.

[0055]　Referring to FIGS. 1C-2C, in embodiments, generally the GPS golf rangefinder device has a forward side 127, a rearward side 129, a top side 131, a bottom side 133, and two lateral sides 135, 137. The housing 112 has a forward or bezel portion 142 and a rearward portion 144 that meet at a juncture 146. The rearward portion has a projection or convexity 150 with a convexity surface 151. The convexity is centrally positioned with respect to the device. The convexity and generally the device has an axis α1. The convexity 150 or projection extends to edge portions 152 of the rearward side around an entire reward side periphery 153. The rearward edge portions 152 and forward edge portions 154 have surfaces 155 that are rounded with a radius of, for example, about 0.12 inches or greater. The edge portions for the purpose of dimensional aspects where the corner radius ends on the surface of the edge portions. As best shown in FIGS. 2A-2C, the convexity may have planar portions 156 with planar surfaces 157 at each of the four sides of the convexity, with the planar surface portions joined by smooth rounded corner surface portions 158. The planar portions are positioned to have an interior angle with respect to the 1 to 15 degrees At the most distal portion 159 of the convexity is a plateau surface portion 160 with a outwardly facing planar surface 162. From the most distal portion, the convexity diverges to the margins 164 of the rearward side 129. The convexity is generally in the shape of a four sided truncated pyramid with rounded corners. The truncation presenting the planar surface 162. The surface extending circumferentially about the central planar area due to the planar side and rounded corners has an undulation.

**Exhibit 5, Page 43**

The undulation can provide favored rotational positions for the accessory clip. The concavity may have cooperating undulations. In other embodiments the surface can be non-undulated, the convexity could be frusto-conical, or a truncated dome shaped. In other embodiments there could be pronounced undulation with a sinusoidal or saw-tooth undulation on both the convexity and concavity about the magnetic attraction region with the number of undulations defining the number of favored rotary positions. Indicia 165 associated with the push buttons may be provided on the rear convexity surface 151.

[0056] The convexity may be subtle, for example extending a distance 166 of 0.25 inches or less rearwardly from the rearward edge portions. See in particular FIG. 2C.

[0057] As best shown in FIG. 2C, in embodiments, the housing side wall portions 168 may have a slight taper inwardly from the forward side to the rearward side.

[0058] Referring to FIGS. 7 and 8, details of the housing 112 are illustrated. The forward and rearward housing portions 142, 144 have a respective forward wall portion 170 and rearward wall portion 172 as depicted and define an open interior 175. The rearward wall portion having a recess 176 defined by an annular boss 177 that receives a magnet 180. The rearward housing portion having a thinned wall region 178 at the magnet, the magnet may be adhered to the thinned wall region in the recess with a suitable adhesive 179. A transparent screen cover 181 is adhered to the forward housing portion 142 by a suitable adhesive such as two sided tape 183.

[0059] Referring to FIGS. 3A to 3C, an accessory clip 103 is illustrated in detail and generally comprises a metal body 190, a second or accessory magnet 192, and a magnet cover 194. The metal body has a spring clip portion 196 and a receptacle portion 200. The receptacle portion may have four lobes 202 and a recess 210 for receiving the magnet 192 and the magnet cover 194. The receptacle portion, including the magnet and magnet cover, present a concavity 212 that conforms to the convexity 150. The magnet cover presents a second magnetic attraction 213. The concavity having an axis α2 with is also the axis of the disk shaped magnet. The body may be formed of spring steel whereby the clip portion is resilient and will suitably clamp to apparel, golf bags, or other convenient things. The magnet cover may be a rubbery or polymeric material that is compressible and thereby presents a cushion between the two components and that also presents a high coefficient of friction with respect to the polymer housing, greater that the coefficient of friction presented by the metal of the body to the polymer housing, particularly as the material is compressed due to the magnetic attraction between the first and second magnets.

[0060] Referring to FIGS. 4A and 4B, different accessory embodiments are depicted. FIG. 4B illustrates three accessories 103.2, 103.4, 103.6 compatible with the GPS golf rangefinder device. The accessory 103.2 has a strap 217 with hook and loop material 217. The accessory 103.4 has a carabiner 218, and the accessory 103.6 has an inductive charger 219 with a USB cable 220. Each accessory 103, 103.2, 103.4, 103.6 having a magnetic coupling 222 defining a concavity 212 that conformingly seats on the magnetic coupling 223 with the convexity 150 of the device 100. Packaging 224, represented diagrammatically, may be provided to the GPS golf rangefinder device and a plurality of accessories therein will provide enhanced desirability to the consumer, and presumably higher sales. The description of

functionality and structure of the receptacle portion of the accessory clip 103 herein also applies to the accessories 103.2, 103.4, 103.6 of FIG. 4B.

[0061] Referring to FIGS. 4A-6B, the cooperation between the accessories 103 and GPS golf rangefinder device 100 is illustrated. In embodiments, the convexity 150 and concavity cooperate along with the cooperating first magnet 180 of the device and the second magnet 192 of the accessory clip 103. The two components are pulled together and properly seated when spaced an inch or more apart when they are otherwise unimpeded. The seating is at an attachment region 225 as illustrated in FIG. 6A that extends beyond a "dead center" alignment position 226 which may be defined by the axis α1 of the device and axis α2 of the accessory clip being in alignment as illustrated in FIG. 6B. FIG. 6 also illustrates by the arrows 229 that the accessory and device are slidingly rotatable with respect to each other in embodiments. Moreover, considering the attachment region is not a singular discrete location, the accessory and the device are slidingly movable with respect to each other in radial directions as illustrated by arrow 231 in FIG. 6B. For example, the accessory can be slidingly moved at the interface 234 between the accessory and device a lateral distance D1 as shown in FIG. 6B, see also FIG. 5. This may offset the axis α2 of the accessory clip from the of the device axis α1 to an offset position identified as α2' on FIG. 6B. Also FIG. 6A shows that the distance D1 may be in any lateral direction and corresponds to the attachment region 225. In embodiments, when moving the accessory clip 0.2 inches on the convexity from dead center position, the accessory clip will be maintained in the displaced position.

[0062] Still referring to FIGS. 4A-6B, the indicia 165 providing labeling for the control push buttons 122, may be fully viewable even when the accessory clip 103 is attached.

[0063] Referring to FIGS. 5-6B, this illustrates by arrows 235 that the accessory may be removed from the rearward side of the device in any rearward or lateral direction. In embodiments, there is a separation force 236 required to separate the accessory and the device, that is a tensile force along the axis α1 and α2 with the axis in alignment sufficient to magnetically decouple the accessory and the device, as indicated by arrows labeled 236. In embodiments one pound or less tensile separation force 236 will not magnetically decouple the accessory and device. In embodiments, a tensile separation force of 5 pounds along said common axis or more will magnetically decouple the accessory and the device. In embodiments, a lateral separation force 237, that is a shear separation force imparted at the interface 234, illustrated by arrows 237, will conveniently separate the accessory and device at a separation force less than the tensile separation force 236. In embodiments, a shear separation force of greater than 3 pounds will effect a magnetic decoupling between the accessory and the device. In embodiments, a shear separation force of greater than 2 pounds will effect a magnetic decoupling between the accessory and the device. In embodiments, a shear separation force of 1 pound or less will not effect a magnetic decoupling between the accessory and the device. In embodiments, a tensile force greater than 4 pounds will effect a magnetic decoupling and separation of the device and accessory. In embodiments a tensile force at the axis of the accessory and device of greater than 3 pounds will effect a magnetic decoupling and separation of the accessory and device.

6

[0064] Referring to FIG. 9, in embodiments, the north pole N of one magnet, for example the first magnet 180, confronts the south pole S of the other magnet, for example the second magnet 192 the poles being aligned with the axis of the rangefinder device and the receptacle portion. In other embodiments, a single magnet 180' may be effectively utilized in the rangefinder and the north-south pole axis α3 may be transverse to the axis of the rangefinder device such that both poles are at the magnetic attraction region, see the magnet 180'. A ferromagnetic metal piece 139 in the accessory bridges magnetic flux F between the north and south poles providing a strong coupling effect utilizing the single magnet in the device and a plate in the accessory or just using the metal accessory body for the coupling piece. In other embodiments, the single magnet may be utilized in the accessory and with the and the north south poles may be transverse to the axis of the rangefinder device with a ferromagnetic metal in the accessory allowed to bridge the magnetic flux between the north and south poles. In other embodiments, two magnets may be utilized with the north south poles axis α3 in the device and accessory in parallel. See 180' and 192' of FIG. 9. This arrangement will preclude the full rotational capability of other embodiments.

[0065] As illustrated the device may be selectively and adjustably attached to the accessory 103 or to a metal structure, or may be utilized without the accessory attached, for example, placing the device 100 in one's pocket or in a convenient compartment of a golf bag or golf cart. The accessory 103 can be stowed, for example in a golf bag compartment.

[0066] Referring to FIGS. 8, 9 and 10, the arrangement of components in the open interior 175 of the housing 112 is illustrated. A printed circuit board 240 has the display screen 116 attached thereto by a ribbon connector 241. The circuit board is connected to a battery 242. The circuit board may have a USB port 247. Micro-switches 249 are positioned on the board to align with push buttons in the housing. The circuit board 240 and battery are sandwiched between the forward and rearward housing portions 142, 144 and may be positioned by structure 253 molded into the housing portions. A cushion 246 may be placed between the battery and circuit board.

[0067] Referring to FIGS. 10 and 11, the rangefinder 100 may include a GPS receiver 260 for receiving information from GPS satellites and an antenna 264 operatively coupled to the GPS receiver 260. The GPS receiver 260 is operatively coupled to control circuitry 270. In embodiments, the control circuitry comprises one or more processors 276 and a non-transitory computer readable medium 278 storing one or more instruction sets. In embodiments, the one or more instruction sets include instructions configured to be executed by the one or more processors 276 to determine a present location of the rangefinder 100 based on information received from the GPS receiver 260 and identify a database record associated with a golf course proximate the present location of the rangefinder 100. The one or more processors 276 may determine a front distance and a back distance from the identified database record. In embodiments, the front distance and the back distance are displayed on the display 116.

[0068] Referring to FIGS. 10 and 11, electronic elements of an example rangefinder 100 are shown. With reference to the figures, it will be appreciated that the rangefinder 100 includes a printed circuit board 240 supporting the circuitry 270. In embodiments, the printed circuit board 240 comprises a substrate and the substrate supports a plurality of conductive paths 273 of the circuitry 270. In the example embodiment shown, the circuitry 270 comprises the printed wiring board 240 and a plurality of electronic components fixed to the printed circuit board 240. The circuitry 270 may comprise various elements without deviating from the spirit and scope of the present invention. For example, the circuitry may comprise combinational logic, a plurality of state machines and a clock that provides a clock signal to the combinational logic and the plurality of state machines. Each state machine may comprise state logic circuitry and a state memory. The state memory may comprise a plurality of memory elements such as flip-flops. The state logic circuitry of the state machine determines the conditions for changing the logical values of bits stored in the state memory. More particularly, the state logic circuitry of the state machine logically combines the binary values of a plurality of inputs with the binary values in the state memory representing the current state to generate a binary number representing the next state. The combinational logic circuitry may comprise various elements without deviating from the spirit and scope of the present description. For example, the combinational logic circuitry may comprise a plurality of discrete electronic components. By way of a second example, combinational logic circuitry may comprise a plurality of electronic components in the form of an application specific integrated circuit (ASIC). Examples of electronic components that may be suitable in some applications include logic gates. Examples of logic gates include, AND gates, NAND gates, OR gates, XOR gates, NOR gates, NOT gates, and the like. These logic gates may comprise a plurality of transistors (e.g., transistor-transistor logic (TTL)).

[0069] Still referring to FIGS. 10 and 11, the circuitry 270 may comprise various elements without deviating from the spirit and scope of the present invention. In embodiments, for example, the circuitry 270 may comprise a processor, a memory, an input/output interface, a display, and a bus that communicatively couples the processor to the memory, the display and the input/output interface.

[0070] In embodiments, the processor may comprise a collection of one or more logical cores or units for receiving and executing instructions or programs. For example, in one or more embodiments, the processor may be configured to receive and execute various routines, programs, objects, components, logic, data structures, and so on to perform particular tasks.

[0071] In embodiments, the memory is a collection of various computer-readable media in the system architecture. In various embodiments, memory can include, but is not limited to volatile media, non-volatile media, removable media, and non-removable media. For example, in one or more embodiments, the memory can include random access memory (RAM), cache memory, read only memory (ROM), flash memory, solid state memory, or other suitable type of memory. In one or more embodiments, the memory includes media that is accessible to the electronic circuitry 270. For example, in embodiments, the memory includes computer readable media located locally in the circuitry 270 and/or media located remotely to the circuitry 270 and accessible via a network. In embodiments, the memory includes a program product having a group of one or more logical instructions that are executable by the processor to carry out the functions of the various embodiments of the disclosure.

[0072] In embodiments, the bus comprises one or more of any of suitable type of bus structures for communicatively connecting the electronic elements. In various embodiments the bus may include a memory bus or memory controller, a peripheral bus, and a processor or local bus using any of a variety of bus architectures.

[0073] In embodiments, the circuitry 270 includes an I/O interface coupled to a processor. The I/O interface may facilitate communication between the various components of the circuitry 270.

[0074] In certain embodiments the I/O interface facilitates communication with input and output devices for interacting with a user. For example, the I/O interface may communicate with one or more devices such, as a user-input device and/or an external display, which enable a user to interact directly with the circuitry 270. The user-input device may comprise one or more push-buttons, a touch screen, or other devices that allows a user to input information. The external display may comprise any of a variety of visual displays, such as a viewable screen, a set of viewable symbols or numbers, and so on.

[0075] Various direction-indicating terms are used herein as a convenient way to discuss the objects shown in the figures. It will be appreciated that many direction indicating terms are related to the instant orientation of the object being described. It will also be appreciated that the objects described herein may assume various orientations without deviating from the spirit and scope of this detailed description. Accordingly, direction-indicating terms such as "upwardly," "downwardly," "forwardly," "backwardly," "leftwardly," and "rightwardly," should not be interpreted to limit the scope of the invention recited in the attached claims.

[0076] The following United States patents are hereby incorporated by reference herein: U.S. Pat. Nos. 9,535,162, 9,518,804, 9,494,686, 9,482,489, 9,429,653, 9,400,326, 9,383,448, 9,335,415, 9,322,920, 9,295,895, 9,274,202, 9,213,101, 9,212,868, 9,197,763, 9,151,603, 9,127,910, 9,095,761, 9,068,795, 9,038,901, 9,030,651, 8,959,823, 8,909,470, 8,868,342, 8,786,837, 8,708,841, 8,638,423, 8,605,259, 8,599,362, 8,529,380, 8,477,290, 8,411,257, 8,384,884, 8,355,869, 8,314,923, 8,240,186, 8,172,702, 8,081,300, 8,072,583, 8,070,629, 8,070,628, 8,040,758, 8,020,769, 8,018,580, 7,973,912, 7,942,762, 7,922,606, 7,898,647, 7,859,650, 7,713,148, 7,684,017, 7,658,031, 7,571,052, 7,535,553, 7,508,497, 7,414,707, 7,349,073, 7,239,377, 7,118,498, 7,053,992, 6,978,676, 6,934,012, 6,873,406, 6,862,084, 6,819,495, 6,717,654, 6,583,860, 6,529,827, 6,456,938, 6,433,860, 6,263,279, 6,252,655, 6,171,199, 6,144,308, 6,133,992, 6,108,071, 6,073,352, 6,029,121, 6,023,322, 5,953,109, 5,926,260, 5,926,259, 5,903,996, 5,898,484, 5,810,680, 5,703,678, 5,652,651, 5,623,335, 5,616,903, 5,364,093, 5,311,271, 5,283,732, 5,262,837, 5,046,839, 4,136,394, 8,797,511, 8,909,470, 8,810,196, and 9,450,446. Components illustrated in such patents may be utilized with embodiments herein. Incorporation by reference is discussed, for example, in MPEP section 2163.07(B).

[0077] Embodiments of the invention include a golf rangefinder device with polymer injection molded housing defining an open interior with circuitry therein for rangefinder and display of pertinent distances on the golf course, a magnet permanently secured to the housing. The magnet attachable to metal members such as a metal post on a golf cart. In embodiments the golf rangefinder device presents a housing portion where the magnet is permanently attached defining a magnetic attachment region. In embodiments the magnet is attached exteriorly and is exposed on the device. In embodiments the magnet is attached exteriorly and is exposed on the accessory. In embodiments the magnet is attached interiorly behind a housing wall portion. In embodiments the magnetic attachment region presents a planar exterior attachment surface. In embodiments, the magnetic attachment region is a projection. In embodiments, the projection is configured as a plateau with a diverging housing portion therebelow or proximally. In embodiments, the magnet is not exposed at the exterior. In embodiments, the magnet is secured within the interior of the housing at the interior center of the housing region of the planar exterior attachment surface, and in embodiments a wall portion is thinned at the magnetic attachment region. In embodiments, the golf rangefinder device is one of a laser rangefinder device and a GPS rangefinder device. In embodiments, an accessory is attachable to the golf rangefinder device, the accessory comprising a magnet complementary to the magnet in the golf rangefinder device. The accessory may include attachment means including a spring clip, a strap, a strap with hook and loop material, a hook, a suction cup, spring loaded clamp. Additionally the accessory may be an operational accessory complementary to the golf rangefinder device. In embodiments the magnetic coupling and associated structure may be used in other applications.

[0078] In embodiments, the interface between a rangefinder with a magnet and an accessory with a magnet may be planar. In embodiments, the concavity may be on the rangefinder and the convexity may be on the accessory. In embodiments, the convexity may be differently shaped, such as dome shaped, or a truncated dome shape. The truncated pyramid shape in embodiments may have three sides or four sides and the corners between adjacent sides may be rounded or sharp. The convexity perimeter in embodiments may be spaced from the edge portion.

[0079] The above references in all sections of this application are herein incorporated by references in their entirety for all purposes.

[0080] All of the features disclosed in this specification (including any accompanying claims, abstract and drawings), and/or all of the steps of any method or process so disclosed, may be combined in any combination, except combinations where at least some of such features and/or steps are mutually exclusive.

[0081] Each feature disclosed in this specification (including references incorporated by reference, any accompanying claims, abstract and drawings) may be replaced by alternative features serving the same, equivalent or similar purpose, unless expressly stated otherwise. Thus, unless expressly stated otherwise, each feature disclosed is one example only of a generic series of equivalent or similar features.

[0082] The invention is not restricted to the details of the foregoing embodiment(s). The invention extends to any novel one, or any novel combination, of the features disclosed in this specification (including any incorporated by reference references, any accompanying claims, abstract and drawings), or to any novel one, or any novel combination, of the steps of any method or process so disclosed The above references in all sections of this application are herein incorporated by references in their entirety for all purposes.

[0083] Although specific examples have been illustrated and described herein, it will be appreciated by those of ordinary skill in the art that any arrangement calculated to achieve the same purpose could be substituted for the specific examples shown. This application is intended to cover adaptations or variations of the present subject matter. Therefore, it is intended that the invention be defined by the attached claims and their legal equivalents, as well as the following illustrative aspects. The above described aspects embodiments of the invention are merely descriptive of its principles and are not to be considered limiting. Further modifications of the invention herein disclosed will occur to those skilled in the respective arts and all such modifications are deemed to be within the scope of the invention.

What is claimed is:

1. A golf rangefinder comprising:

a housing comprising a front housing portion having a display screen bezel and rearward housing portion, the front housing portion and rearward housing portion defining an interior, the rearward housing portion defining an outward projection having a distal surface;

circuitry positioned in the interior of the housing comprising a GPS receiver, a processor, memory, connecting to a power supply, the circuitry further connected to a display screen positioned to be viewable within the bezel and user controls on the housing; and

a magnet positioned in the interior of the housing at the distal surface of the outward projection.

2. The golf rangefinder of claim 1, further comprising an accessory clip having a hook portion and a receptacle portion, wherein the accessory clip is magnetically coupleable to the rearward housing portion;

wherein when the accessory clip is attached to the housing, the accessory clip has a profile when viewed from the rear that is entirely interior to a profile of the rearward housing portion.

3. The golf rangefinder of claim 2, wherein the receptacle portion conforming to the rearward housing portion, wherein the accessory clip is magnetically coupleable to the rearward housing portion at the distal surface.

4. The golf rangefinder of claim 3 wherein the receptacle and the distal surface are shaped such that when the accessory clip is attached to the housing, the accessory clip is rotatable with respect to the housing.

5. The golf rangefinder of claim 4, wherein when the accessory clip is attached to the housing, the receptacle and the distal surface define an interface that has a plurality of favored rotary positions.

6. The golf rangefinder of claim 5, wherein the distal surface is centrally positioned on the rearward housing portion and has a planar outer surface with a circular perimeter.

7. The golf rangefinder of claim 6, wherein the circular perimeter has undulations extending around and radially outward therefrom providing favored rotary attachment positions of the accessory clip and the housing.

8. The golf rangefinder of claim 1, wherein each of the housing and the accessory clip have a respective central axis extending through the receptacle and the distal surface,

wherein when the accessory clip and housing are magnetically coupled, the accessory clip and housing have a center position where the axes are aligned and the accessory clip and housing are slidingly movable and

retainable to a position offset from the center position wherein the respective axes are offset from one another.

9. A golf rangefinder comprising:

a housing comprising a front housing portion at a front side and having a display screen bezel, the front housing portion coupled to a rearward housing portion, the front housing portion and rearward housing portion defining an interior, the rearward housing portion having an outward projecting convexity having a distal portion;

circuitry positioned in the interior of the housing comprising a GPS receiver, a processor, memory, connecting to a power supply, the circuitry further connected to a display screen positioned to be viewable within the bezel and user controls on the housing; and

a magnet positioned in the interior of the housing at the distal portion of the outwardly projecting convexity.

10. The golf rangefinder of claim 9, wherein the convexity is shaped as one of a truncated pyramid, a truncated dome, or a frusto-conical shape.

11. The golf rangefinder of claim 9, further comprising an accessory clip having a hook portion and a receptacle portion, wherein the accessory clip is magnetically coupleable to the rearward housing portion.

12. The golf rangefinder of claim 11, wherein the receptacle portion defining a concavity conforming to the convexity of the rearward housing portion.

13. The golf rangefinder of claim 12, wherein the receptacle and the distal surface are shaped such that when the accessory clip is attached to the housing, the accessory clip is rotatable with respect to the housing.

14. The golf rangefinder of claim 9, wherein the housing defines a shape of 2.5 inches by 2.5 inches by 8 5 inches and wherein the rangefinder weighs less than four ounces.

15. The golf rangefinder of claim 9, further comprising an accessory having a receptacle portion with a concavity, the accessory chosen from an accessory with a strap, an accessory with a carabiner, and an accessory with a spring clip.

16. A golf rangefinder comprising:

a housing comprising a front housing portion at a front side, a rearward housing portion at a rearward side of the housing and an edge extending around a periphery of the rearward housing portion, the front housing portion having a forward screen receiving region, the front housing portion and rearward housing portion defining an interior, the rearward housing portion having an outwardly projecting convexity, the convexity having a centrally positioned most distal portion having a planar outer surface;

circuitry including a GPS receiver, a processor, memory, connecting to a battery, positioned in the interior of the housing, and the circuitry further connected to a display screen positioned to be viewable within the forward screen receiving region and user controls on the housing;

a magnet positioned in the interior of the housing at the most distal portion of the outwardly projecting convexity;

an accessory clip comprising a body defining a spring hook portion and a receptacle portion, the receptacle portion defining a concavity sized to conformingly receive the convexity wherein the accessory clip is magnetically coupleable to device at the convexity.

**17**. The golf rangefinder of claim **16**, wherein the planar outer surface defines a circular perimeter and wherein the magnet is disc shaped with a circular profile concentric with the circular perimeter of the planar outer surface.

**18**. The golf rangefinder of claim **16** wherein the convexity and the concavity are shaped such that when the device and accessory clip are attached, they are rotatable with respect to each other.

**19**. The golf rangefinder of claim **16**, wherein the outwardly projecting convexity defines four planar surfaces extending from the edge to planar outer surface.

**20**. The golf rangefinder of claim **16**, wherein each of the housing and the accessory clip have a respective central axis extending through the convexity and the concavity,

wherein when the accessory clip and housing are magnetically coupled, the accessory clip and housing have a dead center position where the respective axes are aligned, and wherein the accessory clip is magnetically decoupleable and separable from the housing in any rearward or lateral direction.

\*   \*   \*   \*   \*

Exhibit 6



US 20210141588A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2021/0141588 A1**

DeCastro et al. (43) **Pub. Date:** **May 13, 2021**

(54) **LOCATION-ENABLED PORTABLE AUDIO SYSTEM**

(71) Applicant: **BUSHNELL INC.,** Overland Park, KS (US)

(72) Inventors: **John DeCastro,** Overland Park, KS (US); **Scott O. Nyhart,** Shawnee, KS (US); **William Flood,** Olathe, KS (US)

(73) Assignee: **BUSHNELL INC.,** OVERLAND PARK, KS (US)

(21) Appl. No.: **16/679,633**

(22) Filed: **Nov. 11, 2019**

**Publication Classification**

(51) **Int. Cl.**

| | | |
|---|---|---|
| *G06F 3/16* | (2006.01) | |
| *H04R 1/02* | (2006.01) | |
| *H04R 3/00* | (2006.01) | |
| *H02J 7/02* | (2006.01) | |
| *A63B 71/06* | (2006.01) | |

(52) **U.S. Cl.**

CPC ............. *G06F 3/165* (2013.01); *H04R 1/025* (2013.01); *H04R 1/026* (2013.01); *H04R 3/00* (2013.01); *H02J 7/025* (2013.01); *A63B 71/0622* (2013.01); *A63B 2102/32* (2015.10); *H04R 2499/11* (2013.01); *A63B 2071/0625* (2013.01); *A63B 2225/54* (2013.01); *A63B 2209/08* (2013.01); *A63B 2220/12* (2013.01); *A63B 2220/20* (2013.01); *H04R 2420/07* (2013.01)

(57) **ABSTRACT**

Audio systems and methods for obtaining location information are disclosed. A portable, wireless speaker that may include a beacon that a user may activate to remotely trigger a request for shot information, which may include location information of the user or speaker. The beacon may be wirelessly coupled to the speaker. The speaker may receive location information from a remote device, such as a GPS-enabled mobile phone. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause the playback of the speaker to play out the shot information.





**FIG. 1**



**FIG. 2**

Exhibit 6, Page 50



**FIG. 3**

Exhibit 6, Page 51



**FIG. 4**

## LOCATION-ENABLED PORTABLE AUDIO SYSTEM

### FIELD OF TECHNOLOGY

[0001]    Aspects of the present disclosure relate to a system for audio playback, more specifically a system for controlling and generating audio playback including a remote positioning and location functionality.

### BACKGROUND

[0002]    In certain sporting activities, knowledge of a player's location and range to a target can provide the player with a distinct playing advantage. Golfers, for example, have relied on traditional range finding devices to determine the distance from the golfer's position to the green or flag stick. Knowing this distance allows the golfer to choose an appropriate club or determine the speed or strength required to hit the ball. Traditional ranging devices may include an optical device coupled to a laser transmitter and receiver, that when aimed and fired at a target, transmits a beam toward the target, receives a reflected beam to the receiver and calculates the distance from the device to the target based on the time-of-flight of the beam. These devices can be cumbersome, heavy and inaccurate given an obstructed field-of-view or other interference.

[0003]    Golfers and other sports enthusiasts also may enjoy listening to music or other audio content while playing. Portable, wireless speakers known in the art allow a player to carry the speaker in a bag, golf cart or other vehicle. When using in a sport like golf, however, traditional portable speakers must be left in the golf bag or in the cart when the golfer steps away from the bag or cart to take a shot. The golfer no longer has immediate access to the controls on the speaker requiring the golfer to return to the bag or cart to pause, stop, or otherwise control it.

### SUMMARY

[0004]    Embodiments of the present invention include a portable audio system for control and playback of audio content, including certain information relating to a user's location, environment and other personalized content. According to one aspect, an audio playback system may include a beacon configured to trigger a request for shot information and a controller wirelessly coupled to the beacon. The controller may be configured to transmit the request for shot information to a remote device and receive the shot information from the remote device. The shot information may be converted into an audio signal and play back the audio signal to an audio output.

[0005]    According to another aspect, a method of determining shot information may include receiving a request for shot information from a wireless beacon and transmitting the request to a remote device. Shot information may be received from the remote device and encoded as an audio file. The audio file may be transmitted to an audio output.

[0006]    According to another aspect of the present disclosure, an audio system may comprise a beacon configured to trigger a request for shot location and a controller wirelessly coupled to the beacon. A non-transitory, computer-readable storage medium may be in operable communication with the controller, and contain one or more programming instructions that, when executed, cause the controller to receive a request for shot information triggered from the wireless beacon and transmit the request to a remote device. Shot information may be received from the remote device and be encoded as an audio file. The audio file may be transmitted to an audio output.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0007]    The features, nature, and advantages of the present disclosure will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout.

[0008]    FIG. 1 depicts the components of an audio system according to an aspect of the present disclosure.

[0009]    FIG. 2 depicts a usage scenario of an audio system according to an aspect of the present disclosure.

[0010]    FIG. 3 depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

[0011]    FIG. 4 depicts a method of determining a shot information according to an aspect of the present disclosure.

### DETAILED DESCRIPTION

[0012]    The present disclosure provides audio systems and methods for obtaining a personalized information, including information relating to a user's location, environment and/or gameplay. According to one aspect, the present disclosure provides a portable, wireless speaker that includes a beacon that a user may activate remotely to trigger a request for information shot information for the user. Shot information, as used herein, may include information such as, without limitation, a user's location, environmental elements, landmarks, distances, gameplay history, ambient or crowd noises, or the like. The beacon may be wirelessly coupled to a controller, such as an application installed and running on a mobile device. According to one aspect, the controller may receive shot information from a remote device, such as a GPS-enabled location service. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause, attenuate or otherwise adapt the playback of audio on the speaker to play out the shot information.

[0013]    FIG. 1 depicts the components of an audio system 100 according to an aspect of the present disclosure. The audio system may include a speaker device 102 that forms or defines one or more voids 111. The audio system 100 may include one or more speakers 110 aligned with the voids 111 and configured to play back audio content stored in memory or streamed from a connected device, such as a mobile device 208. A fabric or other covering material may be disposed over the speakers 110 to prevent dust and other air-borne debris from entering the speaker 110 or speaker device 102. A power source (not shown) may provide energy to the audio system 100. The power source may be any power source commonly known in the art, including a rechargeable battery and/or an AC power connecter.

[0014]    A control panel 112 may be configured to alter, adjust or otherwise control the audio play back. According to one aspect, the control panel 112 may include one or more buttons formed in or on the body, and coupled to a controller (not shown). The controller, as described herein may be software, hardware or a combination of both. According to one aspect, the controller may be a software application resident on a mobile device 208. Alternatively, the controller may reside in the speaker device 102. Control buttons may

include a power button **114**, a play/pause button **116**, an up-volume button **118** and a down-volume button **120**. The power button **114** may also function as a pairing button, establishing a paired connection with the mobile device **208** or another device. A microphone **122** may be coupled to the controller to receive voice activation commands or signals to control further the audio system. According to one aspect the speaker device **102** may include a magnetic mount **128** configured to mount the speaker device **102** securely to a metal or other magnetic material.

[0015] According to one aspect, the audio system **100** may include a beacon **124** that is coupled to the controller. The beacon **124** may be sized and shaped to fit into a recess **104** formed or defined in the speaker device **102**. According to one aspect, the beacon **124** may be in the form of a poker chip-sized device suitable for carrying in the user's pocket. The speaker device **102** may include a beacon magnet **108**, or magnetic material, to correspond to a magnet, or magnetic material, on the beacon **124**. The beacon magnet **108** may be adapted to retain the beacon **124** in the recess **104** when the beacon **124** is not in use. According to one aspect, the speaker device **102** may further include a wireless charging interface **106** that, when the beacon **124** is placed in the recess **104**, recharges a battery (not shown) in the beacon **124** using the audio system power source. The audio system **100** may also include one or more connection ports **130** configured to provide a connection to other devices. The connection ports **130** may be configured as charging ports for additional devices, AC adapter plugs, or audio input plugs.

[0016] The audio system **100** may provide audio playback from a remote device such as a mobile device **208** or other device coupled to the audio system **100**. For example, the audio system **100** may be wirelessly coupled to the mobile device **208** using a Bluetooth or similar protocol. The audio system **100** and the beacon **102** may be paired with the mobile device **208** such that audio playback initiated on the mobile device **208** may be wirelessly transmitted to the audio system **100** for playback. The user may control the playback of the audio content using the control panel **112**. Alternatively, the audio system **100** may include a local memory on which audio content may be stored for playback. Further yet, an audio source may be coupled to the audio system **100** using a wired connection using a connection port **130**.

[0017] The audio system **100** may be portable such that it may be taken outdoors or in a vehicle. According to one aspect, outdoor enthusiasts, such as a golfer, may use the audio system **100** while out on a course playing golf. In such instances, the audio system **100** may be carried in a golf bag or in a golf cart, mounted to a metal surface of the cart using the magnetic mount **128**. As described herein, the golfer may use the beacon **124** to trigger a shot information request to determine the information relating to the golfer's location, distance to a target or other gameplay information. The beacon **124** may be triggered by pressing an actuator **126**, such as a button or touch pad on the beacon **124**. The shot information request may be transmitted to the mobile device **208** which may determine the requested shot information and transmit such information to the audio system **100** to be played out as an audio signal from the speaker **110**. The mobile device **208** may determine the shot information using any number of resources including but not limited to, geographic information, environmental information, game-

play history, or other information. Geographic information may be obtained from a GPS provider or GPS-enabled location service. Environmental information, such as course information, landmarks, distances, and other area information may be obtained from locally stored data or remote databases storing such information. Gameplay history and other information may similarly be retrieved or obtained from local or remote storage locations.

[0018] FIG. **2** depicts a usage scenario **200** of an audio system according to an aspect of the present disclosure. A golfer **202** may be playing on a course **204**. According to one aspect, the golf course **204** may have published statistics and other information about the course in a database that may be accessible to the golfer **202**. Such information may include hole maps, elevations, distances, and other information a golfer may desire during play. The golfer **202** may access the available course information via a website, mobile application or other source accessible by the golfer's mobile phone or other mobile device **208**. The mobile device **208** may include or communicate with location services such as a global position system (GPS) or other location service that may interface with the mobile device **208** and any application or web-browser through which the golfer **202** may access course information.

[0019] According to one aspect, the golfer **202** may remove the beacon **124** from the speaker device **102** and carry the beacon **124** in a pocket such that the beacon **124** is consistently at the golfer's location and is easily accessible. For example, if the golfer is using a cart **212** and has parked the cart on a path **214**, the golfer may keep the beacon **124** with him as he walks to the golf ball while the audio system remains in the cart **212**, or mounted to the cart frame using the magnetic mount **128**. Prior to taking a shot, the golfer **202** may wish to determine shot information, for example the distance from the golfer **202** to a target **206**, such as a hole or flagstick. Knowing the distance to the target **206** allows the golfer **202** to determine more accurately an appropriate club to hit as well as the appropriate swing speed and strength. The golfer may retrieve the beacon **124** from a pocket and press the actuator **126**. To avoid having to remove the beacon **124** from a pocket, the golfer may trigger the beacon **124** through the golfer's pocket by pressing the actuator **126**. The beacon **124** may transmit a request to the mobile device **208**. In an alternative configuration, the request may be transmitted to a controller resident on the speaker device **102**.

[0020] According to one aspect of the present disclosure, the beacon **124** may trigger a listening request that may including a request for shot information. Actuating the beacon **124** may activate the microphone **122**, which may be located on the speaker device **102** or the mobile device **208**, and put the audio system into a listening mode, to which a golfer may issue verbal instructions, commands or requests. The verbal instructions may be processed using a voice assistant capability of the mobile device **208** or an application on the mobile device **208**.

[0021] The mobile device **208** and its controller may receive the shot information request and consult the environmental information by the mobile device **208**, received from a GPS satellite **210** for example. The mobile device **208** may correlate the location information obtained from the GPS system or other location service with the environmental information to determine where on the course the mobile

**Exhibit 6, Page 54**

device **208** or beacon **124** are located. From the correlated location, the mobile device **208** may determine the distance from the beacon **124** or audio system **100** to the target **206**. Knowing the distance to the target **206**, the golfer **202** may select an appropriate club and adapt their golf swing accordingly.

[0022] The mobile device **208** may convert the shot information into an audio signal and transmit the audio signal to the audio system **100**. The audio system **100** may receive the audio signal and, if already playing audio content, adapt the audio and playout the audio signal indicating the shot information, i.e., the distance to the target **206**. The audio system may adapt the currently playing audio by pausing the audio, attenuating the volume of the audio content, or the like. Alternatively, the audio system may include the capability to receive and convert the shot information to an audio signal. Previously playing audio content may resume playing normally after the shot information is played out.

[0023] When the beacon **124** is not in use, the golfer **202** may replace the beacon **124** into the recess **104** of the speaker device **102**, where magnetic materials may retain the beacon **124** and the battery of the beacon **124** may be recharged wirelessly by the charging interface **106**. Such wireless charging systems are known in the art.

[0024] As described herein, aspects of the present disclosure provide one or more audio systems configured to broadcast, or otherwise transmit audio signals, including audio signals relating to shot information, from one or more speakers. The audio systems may include a beacon used to trigger a shot information request that is transmitted to a controller, such as a mobile phone application, or similar device. The audio system may receive the shot information from the mobile device and play shot information out as audio. The audio system's functionality may be embodied, fully or in part, in a computing system.

[0025] FIG. **3** depicts a computer system **300** according to one aspect of the present disclosure. In general, the computer system **300** may include a computing device **310**, such as a special-purpose computer designed and implemented for directing and controlling the output of audio signals. The computing device **310** may be or include data sources, client devices, and so forth. For example, the computing device **310** may include a microprocessor installed and disposed within an internal area mobile device. In certain aspects, the computing device **310** may be implemented using hardware or a combination of software and hardware. The computing device **310** may be a standalone device, a device integrated into another entity or device, a platform distributed across multiple entities, or a virtualized device executing in a virtualization environment. According to one aspect, the computing device **310** may be a mobile device, such as a mobile phone, tablet, phablet, PC or the like. According to another aspect, the computing device **310** may be a speaker device.

[0026] The computing device **310** may communicate across a network **302**. The network **302** may include any data network(s) or internetwork(s) suitable for communicating data and control information among participants in the computer system **300**. This may include public networks such as the Internet, private networks, and telecommunications networks such as the Public Switched Telephone Network or cellular networks using cellular technology and/or other technologies, as well as any of a variety other local area networks or enterprise networks, along with any

switches, routers, hubs, gateways, and the like that might be used to carry data among participants in the computer system **300**. The network **302** may also include a combination of data networks and need not be limited to a strictly public or private network.

[0027] The computing device **310** may communicate with an external device **304**. The external device **304** may be any computer or other remote resource that connects to the computing device **310** through the network **302**. This may include any of the servers or data sources described herein, including servers, content providers, databases or other sources for shot information to be used by the devices as described herein.

[0028] In general, the computing device **310** may include a controller **312**, a memory **314**, a network interface **316**, a data store **318**, and one or more input/output interfaces **320**. The computing device **310** may further include or be in communication with peripherals **322** and other external input/output devices that might connect to the input/output interfaces **320**.

[0029] The controller **312** may be implemented in software, hardware or a combination of software and hardware. According to one aspect, the controller **312** may be implemented in application software running on a mobile device. Alternatively, the controller **312** may include a processor or other processing circuitry capable of processing instructions for execution within the computing device **310** or computer system **300**. The controller **312**, as hardware, may include a single-threaded processor, a multi-threaded processor, a multi-core processor and so forth. The controller **312** may be capable of processing instructions stored in the memory **314** or the data store **318**.

[0030] The memory **314** may store information within the computing device **310**. The memory **314** may include any volatile or non-volatile memory or other computer-readable medium, including without limitation a Random-Access Memory (RAM), a flash memory, a Read Only Memory (ROM), a Programmable Read-only Memory (PROM), an Erasable PROM (EPROM), registers, and so forth. The memory **314** may store program instructions, program data, executables, and other software and data useful for controlling operation of the computing device **310** and configuring the computing device **310** to perform functions for a user. The memory **314** may include a number of different stages and types of memory for different aspects of operation of the computing device **310**. For example, a processor may include on-board memory and/or cache for faster access to certain data or instructions, and a separate, main memory or the like may be included to expand memory capacity as desired. All such memory types may be a part of the memory **314** as contemplated herein.

[0031] The memory **314** may, in general, include a non-volatile computer readable medium containing computer code that, when executed by the computing device **310** creates an execution environment for a computer program in question, e.g., code that constitutes processor firmware, a protocol stack, a database management system, an operating system, or a combination of the foregoing, and that performs some or all of the steps set forth in the various flow charts and other algorithmic descriptions set forth herein. While a single memory **314** is depicted, it will be understood that any number of memories may be usefully incorporated into the computing device **310**.

[0032] The network interface 316 may include any hardware and/or software for connecting the computing device 310 in a communicating relationship with other resources through the network 302. This may include remote resources accessible through the Internet, as well as local resources available using short range communications protocols using, e.g., physical connections (e.g., Ethernet), radio frequency communications (e.g., Wi-Fi, Bluetooth), optical communications, (e.g., fiber optics, infrared, or the like), ultrasonic communications, or any combination of these or other media that might be used to carry data between the computing device 310 and other devices. The network interface 316 may, for example, include a router, a modem, a network card, an infrared transceiver, a radio frequency (RF) transceiver, a near field communications interface, a radio-frequency identification (RFID) tag reader, or any other data reading or writing resource or the like.

[0033] The network interface 316 may include any combination of hardware and software suitable for coupling the components of the computing device 310 to other computing or communications resources. By way of example and not limitation, this may include electronics for a wired or wireless Ethernet connection operating according to the IEEE 802.11 standard (or any variation thereof), or any other short or long range wireless networking components or the like. This may include hardware for short range data communications such as Bluetooth or an infrared transceiver, which may be used to couple to other local devices, or to connect to a local area network or the like that is in turn coupled to a data network 302 such as the Internet. This may also include hardware/software for a WiMax connection or a cellular network connection (using, e.g., CDMA, GSM, LTE, or any other suitable protocol or combination of protocols). The network interface 316 may be included as part of the input/output devices 320 or vice-versa.

[0034] The data store 318 may be any internal memory store providing a computer-readable medium such as a disk drive, an optical drive, a magnetic drive, a flash drive, or other device capable of providing mass storage for the computing device 310. The data store 318 may store computer readable instructions, data structures, program modules, and other data for the computing device 310 or computer system 300 in a non-volatile form for relatively long-term, persistent storage and subsequent retrieval and use. For example, the data store 318 may store an operating system, application programs, program data, databases, files, and other program modules or other software objects and the like.

[0035] The input/output interface 320 may support input from and output to other devices that might couple to the computing device 310. This may, for example, include serial ports (e.g., RS-232 ports), universal serial bus (USB) ports, optical ports, Ethernet ports, telephone ports, audio jacks, component audio/video inputs, HDMI ports, and so forth, any of which might be used to form wired connections to other local devices. This may also include an infrared interface, RF interface, magnetic card reader, or other input/output system for wirelessly coupling in a communicating relationship with other local devices. It will be understood that, while the network interface 316 for network communications is described separately from the input/output interface 320 for local device communications, these two interfaces may be the same, or may share functionality, such as where a USB port is used to attach to a Wi-Fi accessory, or

where an Ethernet connection is used to couple to a local network attached storage. The input/output interface 320 may further output audio signals to the speakers 322 of the audio system, as described herein.

[0036] A peripheral 322 may include any device used to provide information to or receive information from the computing device 310. This may include human input/output (I/O) devices such as a keyboard, a mouse, a mouse pad, a track ball, a joystick, a microphone, a foot pedal, a camera, a touch screen, a scanner, or other device that might be employed by the user 330 to provide input to the computing device 310. This may also or instead include a display, a printer, a projector, a headset or any other audio-visual device for presenting information to a user. The peripheral 322 may also or instead include a digital signal processing device, an actuator, or other device to support control of or communication with other devices or components. In one aspect, the peripheral 322 may serve as the network interface 316, such as with a USB device configured to provide communications via short range (e.g., Bluetooth, Wi-Fi, Infrared, RF, or the like) or long range (e.g., cellular data or WiMax) communications protocols. In another aspect, the peripheral 322 may augment operation of the computing device 310 with additional functions or features, such as a GPS device, or other device. In another aspect, the peripheral 322 may include a storage device such as a flash card, USB drive, or other solid-state device, or an optical drive, a magnetic drive, a disk drive, or other device or combination of devices suitable for bulk storage. More generally, any device or combination of devices suitable for use with the computing device 310 may be used as a peripheral 322 as contemplated herein.

[0037] Other hardware 326 may be incorporated into the computing device 310 such as a co-processor, a digital signal processing system, a math co-processor, a graphics engine, a video driver, a camera, a microphone, additional speakers, and so forth. The other hardware 326 may also or instead include expanded input/output ports, extra memory, additional drives, and so forth.

[0038] A bus 332 or combination of busses may serve as an electromechanical backbone for interconnecting components of the computing device 310 such as the controller 312, memory 314, network interface 316, other hardware 326, data store 318, and input/output interface. As shown in the figure, each of the components of the computing device 310 may be interconnected using a system bus 332 in a communicating relationship for sharing controls, commands, data, power, and so forth.

[0039] FIG. 4 depicts a method of obtaining shot information according to an aspect of the present disclosure. As described herein, and shown in block 402, the audio system may receive a request for shot information. A user, such as a golfer, wishing to receive information on the user's location or surrounding environmental features, may initiate the request by actuating a beacon. The beacon may be a portable and removable component of the audio system that is paired, via a wireless protocol like Bluetooth, to the audio system and/or a remote device.

[0040] As shown in block 404, the request may be transmitted to a controller on a mobile device, such as a GPS-enabled mobile device, to which the audio system is wirelessly coupled or coupled using an appropriate data transmission cable. Alternatively, the GPS-enabled mobile device may be part of the audio system itself, such as a

speaker device. As shown in block **406**, the controller may determine the user's geographic location using the mobile device's native GPS functionality or another location service in an installed application. Application software on the remote device may include local environmental information relating to the user's location. For example, the application software may include maps, elevations, distances, crowd sound effects, or the like relating to a golf course and or gameplay on which the user is located.

[0041] As shown in block **408**, the controller, relying on the user's geographic location, may correlate the user's location with the environmental data of the application software to generate the shot information requested. The shot information may include information as to the user's location in or on a defined area, such as a golf course, various landmarks, markers, or the like. According to one aspect, the application software may include or access a database storing shot information of a number of golf courses. Based on the geographic location, the controller may determine the golf course on which the user is located. The controller may correlate the geographic location with the location information of the identified golf course to generate the shot information. The shot information may also include an elevation, distance, crowd sound effects, or other gameplay information relating to the user's location and target, such as a flagstick, bunker, or other known landmark.

[0042] As shown in block **410**, the shot information may be converted into an audio signal capable of being played out by the audio system. For example, the shot information may indicate that the user is 100 yards from the flagstick of the current hole being played. The shot information, for example, may be converted to an audio signal that states "You are 100 yards from the flagstick."

[0043] As shown in block **412**, the audio system may determine if audio content is already playing from the speakers when the shot information audio signal is ready to be played. If there is no audio currently being played out, the audio system may initiate the playback of the shot information audio signal, as shown in block **414**. If, however, audio content is being played, the audio system may adapt the content, as shown in block **416**. The controller may attenuate the volume of the current audio, pause the current audio, or the like. Once the audio content is adapted accordingly, the audio system may playback the shot information audio signal, as shown in block **418**. Once the shot information is played back, as shown in block **420**, the audio system may resume playback of the audio content.

[0044] As shown in block **422**, the request for shot information may be completed and the audio system may continue to operate playing audio content until another request is initiated.

[0045] While aspects of the present disclosure provide for a pressure activated beacon, using a button or touch pad, one skilled in the art will recognize that other triggers may be implemented to initiate a shot information request, including voice commands.

[0046] While aspects of the present disclosure may provide functionalities and capabilities located on a remote device, one skilled in the art will recognize that those functionalities may be located, processed or otherwise carried out in the audio system itself or on another device coupled to the audio system without deviating from the scope of the disclosure.

[0047] While aspects of the present disclosure provide for an audio system to be used on a golf course by a golfer, one skilled in the art will recognize that the use and applicability of the audio system as described herein is not so limited and may be used in other environments.

[0048] Based on the teachings, one skilled in the art should appreciate that the scope of the present disclosure is intended to cover any aspect of the present disclosure, whether implemented independently of or combined with any other aspect of the present disclosure. For example, an apparatus may be implemented or a method may be practiced using any number of the aspects set forth. In addition, the scope of the present disclosure is intended to cover such an apparatus or method practiced using other structure, functionality, or structure and functionality in addition to, or other than the various aspects of the present disclosure set forth. It should be understood that any aspect of the present disclosure may be embodied by one or more elements of a claim.

[0049] The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." Any aspect described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects.

[0050] Although particular aspects are described herein, many variations and permutations of these aspects fall within the scope of the present disclosure. Although some benefits and advantages of the preferred aspects are mentioned, the scope of the present disclosure is not intended to be limited to particular benefits, uses or objectives. Rather, aspects of the present disclosure are intended to be broadly applicable to different technologies, system configurations, networks and protocols, some of which are illustrated by way of example in the figures and in the following description of the preferred aspects. The detailed description and drawings are merely illustrative of the present disclosure rather than limiting, the scope of the present disclosure being defined by the appended claims and equivalents thereof.

[0051] As used herein, the term "determining" encompasses a wide variety of actions. For example, "determining" may include calculating, computing, processing, deriving, investigating, looking up (e.g., looking up in a table, a database or another data structure), ascertaining and the like. Additionally, "determining" may include receiving (e.g., receiving information), accessing (e.g., accessing data in a memory) and the like. Furthermore, "determining" may include resolving, selecting, choosing, establishing, and the like.

[0052] As used herein, a phrase referring to "at least one of" a list of items refers to any combination of those items, including single members. As an example, "at least one of: a, b, or c" is intended to cover: a, b, c, a-b, a-c, b-c, and a-b-c.

[0053] The various illustrative logical blocks, modules and circuits described in connection with the present disclosure may be implemented or performed with a processor specially configured to perform the functions discussed in the present disclosure. The processor may be a neural network processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array signal (FPGA) or other programmable logic device (PLD), discrete gate or transistor logic, discrete hardware components or any combination thereof designed to perform the functions described herein. Alternatively, the processing system may comprise one or more neuromorphic processors for implementing the neuron models and models

of neural systems described herein. The processor may be a microprocessor, controller, microcontroller, or state machine specially configured as described herein. A processor may also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or such other special configuration, as described herein.

[0054] The steps of a method or algorithm described in connection with the present disclosure may be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module may reside in storage or machine readable medium, including random access memory (RAM), read only memory (ROM), flash memory, erasable programmable read-only memory (EPROM), electrically erasable programmable read-only memory (EEPROM), registers, a hard disk, a removable disk, a CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. A software module may comprise a single instruction, or many instructions, and may be distributed over several different code segments, among different programs, and across multiple storage media. A storage medium may be coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium may be integral to the processor.

[0055] The methods disclosed herein comprise one or more steps or actions for achieving the described method. The method steps and/or actions may be interchanged with one another without departing from the scope of the claims. In other words, unless a specific order of steps or actions is specified, the order and/or use of specific steps and/or actions may be modified without departing from the scope of the claims.

[0056] The functions described may be implemented in hardware, software, firmware, or any combination thereof. If implemented in hardware, an example hardware configuration may comprise a processing system in a device. The processing system may be implemented with a bus architecture. The bus may include any number of interconnecting buses and bridges depending on the specific application of the processing system and the overall design constraints. The bus may link together various circuits including a processor, machine-readable media, and a bus interface. The bus interface may be used to connect a network adapter, among other things, to the processing system via the bus. The network adapter may be used to implement signal processing functions. For certain aspects, a user interface (e.g., keypad, display, mouse, joystick, etc.) may also be connected to the bus. The bus may also link various other circuits such as timing sources, peripherals, voltage regulators, power management circuits, and the like, which are well known in the art, and therefore, will not be described any further.

[0057] The processor may be responsible for managing the bus and processing, including the execution of software stored on the machine-readable media. Software shall be construed to mean instructions, data, or any combination thereof, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise.

[0058] In a hardware implementation, the machine-readable media may be part of the processing system separate from the processor. However, as those skilled in the art will readily appreciate, the machine-readable media, or any portion thereof, may be external to the processing system. By way of example, the machine-readable media may include a transmission line, a carrier wave modulated by data, and/or a computer product separate from the device, all which may be accessed by the processor through the bus interface. Alternatively, or in addition, the machine-readable media, or any portion thereof, may be integrated into the processor, such as the case may be with cache and/or specialized register files. Although the various components discussed may be described as having a specific location, such as a local component, they may also be configured in various ways, such as certain components being configured as part of a distributed computing system.

[0059] The machine-readable media may comprise a number of software modules. The software modules may include a transmission module and a receiving module. Each software module may reside in a single storage device or be distributed across multiple storage devices. By way of example, a software module may be loaded into RAM from a hard drive when a triggering event occurs. During execution of the software module, the processor may load some of the instructions into cache to increase access speed. One or more cache lines may then be loaded into a special purpose register file for execution by the processor. When referring to the functionality of a software module below, it will be understood that such functionality is implemented by the processor when executing instructions from that software module. Furthermore, it should be appreciated that aspects of the present disclosure result in improvements to the functioning of the processor, computer, machine, or other system implementing such aspects.

[0060] If implemented in software, the functions may be stored or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media include both computer storage media and communication media including any storage medium that facilitates transfer of a computer program from one place to another.

[0061] Further, it should be appreciated that modules and/or other appropriate means for performing the methods and techniques described herein can be downloaded and/or otherwise obtained by a user terminal and/or base station as applicable. For example, such a device can be coupled to a server to facilitate the transfer of means for performing the methods described herein. Alternatively, various methods described herein can be provided via storage means, such that a user terminal and/or base station can obtain the various methods upon coupling or providing the storage means to the device. Moreover, any other suitable technique for providing the methods and techniques described herein to a device can be utilized.

[0062] It is to be understood that the claims are not limited to the precise configuration and components illustrated above. Various modifications, changes, and variations may be made in the arrangement, operation, and details of the methods and apparatus described above without departing from the scope of the claims.

What is claimed is:

1. An audio playback system comprising:
   a beacon configured to trigger a request for shot information;

**Exhibit 6, Page 58**

a speaker device configured to play audio content;

a controller wirelessly coupled to the beacon, the controller configured to:

    transmit the request for shot information to a remote device;

    receive the shot information from the remote device;

    convert the shot information into an audio signal;

    determine whether audio content is playing from the speaker device, and if audio content is playing, adapting the audio content; and

    play back the audio signal to an audio output coupled to the speaker device.

**2**. The audio system of claim **1** wherein the controller includes an application stored on a mobile device.

**3**. (canceled)

**4**. The audio system of claim **1**, wherein the speaker device defines a recess, the recess sized and shaped to retain the beacon.

**5**. The audio system of claim **4** wherein the speaker device comprises a first magnetic material disposed in the recess, the beacon including a second magnetic material configured to attract the first magnetic material.

**6**. The audio system of claim **1**, wherein the speaker device is coupled to the audio output through a wireless connection.

**7**. The audio system of claim **6** wherein the wireless connection is a Bluetooth connection.

**8**. The audio system of claim **1**, wherein the speaker further comprises a wireless charging interface configured to charge the beacon.

**9**. The audio system of claim **1**, wherein the speaker device further comprises a magnetic mount configured to mount the speaker device to a magnetic surface.

**10**. The audio system of claim **1** further comprising a microphone coupled to the controller, the microphone configured to receive a voice command.

**11**. The audio system of claim **10** wherein the beacon is configured to activate the microphone.

**12**. The audio system of claim **1** wherein the beacon further comprises an actuator, the actuator configured to trigger the request for the shot information.

**13**. The audio system of claim **1** wherein the remote device includes a GPS-enabled location service.

**14**. The audio system of claim **1** wherein the beacon is coupled to the controller through a Bluetooth connection.

**15**. The audio system of claim **1** wherein the shot information comprises a geographic location correlated with environmental information.

**16**. The audio system of claim **15** wherein the environmental information includes data relating to at least one landmark.

**17**. The audio system of claim **16** wherein the shot information includes a distance between the controller and the at least one landmark.

**18**. The audio system of claim **1** wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

**19**. A method of determining shot information comprising:

    receiving a request for shot information from a wireless beacon;

    transmitting the request to a remote device;

    receiving shot information from the remote device;

    encoding the shot information as an audio file;

    determining whether audio content is playing from a speaker device, and if audio content is playing, adapt the audio content; and

    transmitting the audio file to an audio output coupled to the speaker device.

**20**. An audio system comprising:

a beacon configured to trigger a request for shot location;

a speaker device configured to play audio content;

controller wirelessly coupled to the beacon; and

a non-transitory, computer-readable storage medium m operable communication with the controller, wherein the computer-readable storage medium contains one or more programming instructions that, when executed, cause the controller to:

receive a request for shot information triggered from the wireless beacon;

transmit the request to a remote device;

receive shot information from the remote device;

encode the shot information as an audio file;

determine whether audio content is playing from the speaker device, and if audio content is playing, adapt the audio content; and

transmit the audio file to an audio output coupled to the speaker device.

**21**. The audio system of claim **1** wherein adapting the audio content comprises pausing the audio content during play back of the audio signal.

**22**. The audio system of claim **1** wherein adapting the audio content comprises attenuating the audio content during play back of the audio signal.

**23**. The method of claim **19** wherein adapting the audio content comprises pausing the audio content during play back of the audio signal.

**24**. The method of claim **19** wherein adapting the audio content comprises attenuating the audio content during play back of the audio signal.

**25**. The audio system of claim **20** wherein adapting the audio content comprises pausing the audio content during play back of the audio signal.

**26**. The audio system of claim **20** wherein adapting the audio content comprises attenuating the audio content during play back of the audio signal.

\* \* \* \* \*

# Exhibit 7


US 20210144478A1

(19) **United States**

(12) **Patent Application Publication** (10) Pub. No.: **US 2021/0144478 A1**
    DeCastro et al.                    (43) Pub. Date:      **May 13, 2021**

(54) **LOCATION-ENABLED PORTABLE AUDIO SYSTEM**

(71) Applicant: **BUSHNELL INC.**, Overland Park, KS (US)

(72) Inventors: **John DeCastro**, Overland Park, KS (US); **Scott O. Nyhart**, Shawnee, KS (US); **William Flood**, Olathe, KS (US)

(73) Assignee: **BUSHNELL INC.**, Overland Park, KS (US)

(21) Appl. No.: **16/935,929**

(22) Filed: **Jul. 22, 2020**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/679,633, filed on Nov. 11, 2019.

**Publication Classification**

(51) **Int. Cl.**
    *H04R 5/04*       (2006.01)
    *H04R 5/033*     (2006.01)
    *H04R 1/10*       (2006.01)
    *G06F 3/16*       (2006.01)
    *H04W 4/029*    (2006.01)

(52) **U.S. Cl.**
    CPC .............. *H04R 5/04* (2013.01); *H04R 5/033* (2013.01); *H04R 1/1041* (2013.01); *H04R 2420/07* (2013.01); *G06F 3/167* (2013.01); *H04W 4/029* (2018.02); *H04R 1/1016* (2013.01)

(57)             **ABSTRACT**

Audio systems and methods for obtaining location information are disclosed. A portable, wireless speaker may include a beacon that a user may activate to remotely trigger a request for shot information, which may include location information of the user or speaker. The beacon may be wirelessly coupled to the speaker. Notably, the beacon may comprise an earpiece such as an earbud or pair of earbuds. The speaker may receive location information from a remote device, such as a GPS-enabled mobile phone. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause the playback of the speaker to play out the shot information. The system may also comprise a visual display.





**FIG. 1**



**FIG. 2**

Exhibit 7, Page 62



*Fig. 3A*

Exhibit 7, Page 63



*Fig. 3B*

**Exhibit 7, Page 64**



*Fig. 3C*

Exhibit 7, Page 65



*Fig. 4*



*Fig. 5*

**Exhibit 7, Page 67**



*Fig. 6*

**Exhibit 7, Page 68**



*Fig. 7A*



*Fig. 7B*



*Fig. 7C*

**Exhibit 7, Page 71**



*Fig. 8*

**Exhibit 7, Page 72**



*Fig. 9*



FIG. 10



FIG. 11

## LOCATION-ENABLED PORTABLE AUDIO SYSTEM

### CROSS-REFERENCE TO RELATED APPLICATIONS

[0001] This application is a continuation-in-part of U.S. application Ser. No. 16/679,633, filed Nov. 11, 2019.

### FIELD OF TECHNOLOGY

[0002] Aspects of the present disclosure relate to a system for audio playback, more specifically a system for controlling and generating audio playback including a remote positioning and location functionality.

### BACKGROUND

[0003] In certain sporting activities, knowledge of a player's location and range to a target can provide the player with a distinct playing advantage. Golfers, for example, have relied on traditional range finding devices to determine the distance from the golfer's position to the green or flag stick. Knowing this distance allows the golfer to choose an appropriate club or determine the speed or strength required to hit the ball. Traditional ranging devices may include an optical device coupled to a laser transmitter and receiver, that when aimed and fired at a target, transmits a beam toward the target, receives a reflected beam to the receiver and calculates the distance from the device to the target based on the time-of-flight of the beam. These devices can be cumbersome, heavy and inaccurate given an obstructed field-of-view or other interference.

[0004] Golfers and other sports enthusiasts also may enjoy listening to music or other audio content while playing. Portable, wireless speakers known in the art allow a player to carry the speaker in a bag, golf cart or other vehicle. When using in a sport like golf, however, traditional portable speakers must be left in the golf bag or in the cart when the golfer steps away from the bag or cart to take a shot. The golfer no longer has immediate access to the controls on the speaker requiring the golfer to return to the bag or cart to pause, stop, or otherwise control it.

### SUMMARY

[0005] Embodiments of the present invention include a portable audio system for control and playback of audio content, including certain information relating to a user's location, environment and other personalized content. According to one aspect, an audio playback system may include a beacon configured to trigger a request for shot information and a controller wirelessly coupled to the beacon. The controller may be configured to transmit the request for shot information to a remote device and receive the shot information from the remote device. The shot information may be converted into an audio signal and play back the audio signal to an audio output.

[0006] According to another aspect, a method of determining shot information may include receiving a request for shot information from a wireless beacon and transmitting the request to a remote device. Shot information may be received from the remote device and encoded as an audio file. The audio file may be transmitted to an audio output.

[0007] According to another aspect of the present disclosure, an audio system may comprise a beacon configured to trigger a request for shot location and a controller wirelessly coupled to the beacon. A non-transitory, computer-readable storage medium may be in operable communication with the controller, and contain one or more programming instructions that, when executed, cause the controller to receive a request for shot information triggered from the wireless beacon and transmit the request to a remote device. Shot information may be received from the remote device and be encoded as an audio file. The audio file may be transmitted to an audio output.

[0008] This disclosure provides an audio playback system including a beacon configured to trigger a request for shot information, wherein the beacon comprises an earpiece; a controller wirelessly coupled to the beacon, the controller configured to: transmit the request for shot information to a remote device; receive the shot information from the remote device; convert the shot information into an audio signal; and play back the audio signal to an audio output.

[0009] Embodiments of the audio system include any of the following alone or in combination.

[0010] The audio system wherein the earpiece includes an earbud or a pair of earbuds.

[0011] The audio system further including a microphone coupled to the controller, the microphone configured to receive a voice command.

[0012] The audio system wherein the beacon is configured to activate the microphone.

[0013] The audio system wherein the beacon further includes an actuator, the actuator configured to trigger the request for the shot information.

[0014] The audio system wherein the beacon includes a GPS-enabled location service.

[0015] The audio system wherein the beacon is coupled to the controller through a Bluetooth connection.

[0016] The audio system wherein the shot information includes a geographic location correlated with environmental information.

[0017] The audio system wherein the environmental information includes data relating to at least one landmark.

[0018] The audio system wherein the shot information includes a distance between the beacon and the at least one landmark.

[0019] The audio system wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

[0020] The audio system wherein the controller includes an application stored on a mobile device.

[0021] The audio system further including a speaker device coupled to the audio output.

[0022] The audio system wherein the controller determines the operational state of the earpiece and directs audio output to the earpiece or the speaker device depending on the operational state of the earpiece.

[0023] The audio system wherein the operational state of the earpiece is based at least in part on sensor information and user input.

[0024] The audio system wherein the user input includes a tap signal, voice command, or a combination thereof.

[0025] The audio system wherein the speaker device defines a recess, the recess sized and shaped to retain the earpiece.

[0026] The audio system wherein the speaker device further includes a charging interface configured to charge the beacon.

**Exhibit 7, Page 76**

[0027]    The audio system wherein the speaker device further includes a magnetic mount configured to mount the speaker device to a magnetic surface.

[0028]    The audio system wherein the speaker device further includes a visual display.

[0029]    This disclosure also provides a method of determining shot information including:

[0030]    receiving a request for shot information from a wireless beacon wherein the wireless beacon includes an earpiece;

[0031]    transmitting the request to a processor;

[0032]    receiving shot information from the processor;

[0033]    encoding the shot information as an audio file;

[0034]    transmitting the audio file to an audio output.

[0035]    This disclosure also provides an audio system including:

[0036]    a beacon configured to trigger a request for shot location, wherein the beacon includes an earpiece;

[0037]    a controller wirelessly coupled to the beacon; and

[0038]    a non-transitory, computer-readable storage medium in operable communication with the controller, wherein the computer-readable storage medium contains one or more programming instructions that, when executed, cause the controller to:

[0039]    receive a request for shot information triggered from the wireless beacon;

[0040]    transmit the request to a processor;

[0041]    receive shot information from the processor;

[0042]    encode the shot information as an audio file; and

[0043]    transmit the audio file to an audio output.

[0044]    This disclosure also provides an audio playback system including:

a beacon configured to trigger a request for shot information;

a speaker device including a speaker and a visual display;

a controller wirelessly coupled to the beacon, the controller configured to:

[0045]    receive the request for shot information;

[0046]    transmit the request for shot information to a processor;

[0047]    receive the shot information from the remote device;

[0048]    convert the shot information into an audio signal; and

[0049]    play back the audio signal to an audio output.

### BRIEF DESCRIPTION OF THE DRAWINGS

[0050]    The features, nature, and advantages of the present disclosure will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout.

[0051]    FIG. 1 depicts the components of an audio system according to an aspect of the present disclosure.

[0052]    FIG. 2 depicts a usage scenario of an audio system according to an aspect of the present disclosure.

[0053]    FIG. 3A depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

[0054]    FIG. 3B depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

[0055]    FIG. 3C depicts a hardware architecture of an earpiece beacon according to an aspect of the present disclosure.

[0056]    FIG. 4 depicts a method of determining a shot information according to an aspect of the present disclosure.

[0057]    FIG. 5 is a perspective view of an illustrative ear bud in accordance with an embodiment of the present disclosure.

[0058]    FIG. 6 is a side view of an illustrative ear bud located in an ear of a user in accordance with an embodiment of the present disclosure.

[0059]    FIG. 7A is a perspective view showing the audio system including a visual display attached to an upright steel support member of the golf cart according to an aspect of the present disclosure.

[0060]    FIG. 7B is a side view of the audio system including a visual display attached to a metal plate with a rear concavity of the rangefinder illustrating the standoff of the device from the surface of the metal plate according to an aspect of the present disclosure.

[0061]    FIG. 7C is a front elevational view of the audio system including a visual display attached to the golf cart post of FIG. 7A with the display providing information according to an aspect of the present disclosure.

[0062]    FIG. 8 shows an exploded view of the housing of the audio system including a visual display according to an aspect of the present disclosure.

[0063]    FIG. 9 and FIG. 10 show illustrations of printed circuit boards of audio systems including a visual display according to an aspect of the present disclosure.

[0064]    FIG. 11 depicts a hardware architecture of an audio system including a visual display according to an aspect of the present disclosure.

### DETAILED DESCRIPTION

[0065]    The present disclosure provides audio systems and methods for obtaining a personalized information, including information relating to a user's location, environment and/or gameplay. According to one aspect, the present disclosure provides a portable, wireless speaker that includes a beacon that a user may activate remotely to trigger a request for shot information for the user. Shot information, as used herein, may include information such as, without limitation, a user's location, environmental elements, landmarks, distances, gameplay history, ambient or crowd noises, or the like. The beacon may be wirelessly coupled to a controller, such as an application installed and running on a mobile device. According to one aspect, the controller may receive shot information from a remote device, such as a GPS-enabled location service. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause, attenuate or otherwise adapt the playback of audio on the speaker to play out the shot information.

[0066]    FIG. 1 depicts the components of an audio system 100 according to an aspect of the present disclosure. The audio system may include a speaker device 102 that forms or defines one or more voids 111. The audio system 100 may include one or more speakers 110 aligned with the voids 111 and configured to play back audio content stored in memory or streamed from a connected device, such as a mobile device 208. A fabric or other covering material may be disposed over the speakers 110 to prevent dust and other air-borne debris from entering the speaker 110 or speaker device 102. A power source (not shown) may provide energy to the audio system 100. The power source may be any power source commonly known in the art, including a rechargeable battery and/or an AC power connecter.

[0067]    A control panel 112 may be configured to alter, adjust or otherwise control the audio playback. According to

one aspect, the control panel 112 may include one or more buttons formed in or on the body, and coupled to a controller (not shown). The controller, as described herein may be software, hardware or a combination of both. According to one aspect, the controller may be a software application resident on a mobile device 208. Alternatively, the controller may reside in the speaker device 102. Control buttons may include a power button 114, a play/pause button 116, an up-volume button 118 and a down-volume button 120. The power button 114 may also function as a pairing button, establishing a paired connection with the mobile device 208 or another device. A microphone 122 may be coupled to the controller to receive voice activation commands or signals to control further the audio system. According to one aspect the speaker device 102 may include a magnetic mount 128 configured to mount the speaker device 102 securely to a metal or other magnetic material.

[0068]    According to one aspect, the audio system 100 may include a beacon 124 that is coupled to the controller. The beacon 124 may be sized and shaped to fit into a recess 104 formed or defined in the speaker device 102. According to one aspect, the beacon 124 may be in the form of a poker chip-sized device suitable for carrying in the user's pocket. The speaker device 102 may include a beacon magnet 108, or magnetic material, to correspond to a magnet, or magnetic material, on the beacon 124. The beacon magnet 108 may be adapted to retain the beacon 124 in the recess 104 when the beacon 124 is not in use. According to one aspect, the speaker device 102 may further include a wireless charging interface 106 that, when the beacon 124 is placed in the recess 104, recharges a battery (not shown) in the beacon 124 using the audio system power source. The audio system 100 may also include one or more connection ports 130 configured to provide a connection to other devices. The connection ports 130 may be configured as charging ports for additional devices, AC adapter plugs, or audio input plugs.

[0069]    The audio system 100 may provide audio playback from a remote device such as a mobile device 208 or other device coupled to the audio system 100. For example, the audio system 100 may be wirelessly coupled to the mobile device 208 using a Bluetooth or similar protocol. The audio system 100 and the beacon 102 may be paired with the mobile device 208 such that audio playback initiated on the mobile device 208 may be wirelessly transmitted to the audio system 100 for playback. The user may control the playback of the audio content using the control panel 112. Alternatively, the audio system 100 may include a local memory on which audio content may be stored for playback. Further yet, an audio source may be coupled to the audio system 100 using a wired connection using a connection port 130.

[0070]    The audio system 100 may be portable such that it may be taken outdoors or in a vehicle. According to one aspect, outdoor enthusiasts, such as a golfer, may use the audio system 100 while out on a course playing golf. In such instances, the audio system 100 may be carried in a golf bag or in a golf cart, mounted to a metal surface of the cart using the magnetic mount 128. As described herein, the golfer may use the beacon 124 to trigger a shot information request to determine the information relating to the golfer's location, distance to a target or other gameplay information. The beacon 124 may be triggered by pressing an actuator 126, such as a button, touchpad or sensor on the beacon 124. The

shot information request may be transmitted to the mobile device 208 which may determine the requested shot information and transmit such information to the audio system 100 to be played out as an audio signal from the speaker 110. The mobile device 208 may determine the shot information using any number of resources including but not limited to, geographic information, environmental information, gameplay history, or other information. Geographic information may be obtained from a GPS provider or GPS-enabled location service. Environmental information, such as course information, landmarks, distances, and other area information may be obtained from locally stored data or remote databases storing such information. Gameplay history and other information may similarly be retrieved or obtained from local or remote storage locations.

[0071]    FIG. 2 depicts a usage scenario 200 of an audio system according to an aspect of the present disclosure. A golfer 202 may be playing on a course 204. According to one aspect, the golf course 204 may have published statistics and other information about the course in a database that may be accessible to the golfer 202. Such information may include hole maps, elevations, distances, and other information a golfer may desire during play. The golfer 202 may access the available course information via a website, mobile application or other source accessible by the golfer's mobile phone or other mobile device 208. The mobile device 208 may include or communicate with location services such as a global position system (GPS) or other location service that may interface with the mobile device 208 and any application or web-browser through which the golfer 202 may access course information.

[0072]    According to one aspect, the golfer 202 may remove the beacon 124 from the speaker device 102 and carry the beacon 124 in a pocket such that the beacon 124 is consistently at the golfer's location and is easily accessible. For example, if the golfer is using a cart 212 and has parked the cart on a path 214, the golfer may keep the beacon 124 with him as he walks to the golf ball while the audio system remains in the cart 212, or mounted to the cart frame using the magnetic mount 128. Prior to taking a shot, the golfer 202 may wish to determine shot information, for example the distance from the golfer 202 to a target 206, such as a hole or flagstick. Knowing the distance to the target 206 allows the golfer 202 to determine more accurately an appropriate club to hit as well as the appropriate swing speed and strength. The golfer may retrieve the beacon 124 from a pocket and press the actuator 126. To avoid having to remove the beacon 124 from a pocket, the golfer may trigger the beacon 124 through the golfer's pocket by pressing the actuator 126. The beacon 124 may transmit a request to the mobile device 208. In an alternative configuration, the request may be transmitted to a controller resident on the speaker device 102.

[0073]    In embodiments, the beacon 124 includes a GPS antenna to provide accurate information about its location when it is physically separate from the audio system 100. For example, the audio system 100 may be placed on a golf bag or golf cart and the beacon 124 may be carried on or worn by a user during play. In some instances, the cart or bag may be at one location on the golf course, such as a cart path or parking area, and the user may be addressing the user's golf ball at a second location remote from the audio system, such as on a fairway. More accurate shot information may be provided to the user if the beacon 124 is carried to close

proximity to the golf ball and is used to determine the GPS location instead of the audio system **100**.

[0074] According to one aspect of the present disclosure, the beacon **124** may trigger a listening request that may including a request for shot information. Actuating the beacon **124** may activate the microphone **122**, which may be located on the speaker device **102** or the mobile device **208**, and put the audio system into a listening mode, to which a golfer may issue verbal instructions, commands or requests. The verbal instructions may be processed using a voice assistant capability of the mobile device **208** or an application on the mobile device **208**.

[0075] The mobile device **208** and its controller may receive the shot information request and consult the environmental information in conjunction with location information obtained by the mobile device **208**, received from a GPS satellite **210** for example. The mobile device **208** may correlate the location information obtained from the GPS system or other location service with the environmental information to determine where on the course the mobile device **208** or beacon **124** are located. From the correlated location, the mobile device **208** may determine the distance from the beacon **124** or audio system **100** to the target **206**. Knowing the distance to the target **206**, the golfer **202** may select an appropriate club and adapt their golf swing accordingly.

[0076] The mobile device **208** may convert the shot information into an audio signal and transmit the audio signal to the audio system **100**. The audio system **100** may receive the audio signal and, if already playing audio content, adapt the audio and playout the audio signal indicating the shot information, i.e., the distance to the target **206**. The audio system may adapt the currently playing audio by pausing the audio, attenuating the volume of the audio content, or the like. Alternatively, the audio system may include the capability to receive and convert the shot information to an audio signal. Previously playing audio content may resume playing normally after the shot information is played out.

[0077] When the beacon **124** is not in use, the golfer **202** may replace the beacon **124** into the recess **104** of the speaker device **102**, where magnetic materials may retain the beacon **124** and the battery of the beacon **124** may be recharged wirelessly by the charging interface **106**. Such wireless charging systems are known in the art.

[0078] As described herein, aspects of the present disclosure provide one or more audio systems configured to broadcast, or otherwise transmit audio signals, including audio signals relating to shot information, from one or more speakers. The audio systems may include a beacon **124** used to trigger a shot information request that is transmitted to a controller, such as a mobile phone application, or similar device. The audio system may receive the shot information from the mobile device and play such information out as audio. The audio system's functionality may be embodied, fully or in part, in a computing system.

[0079] FIG. **3**A depicts a computer system **300** according to one aspect of the present disclosure. In general, the computer system **300** may include a computing device **310**, such as a special-purpose computer designed and implemented for directing and controlling the output of audio signals. The computing device **310** may be or include data sources, client devices, and so forth. For example, the computing device **310** may include a microprocessor installed and disposed within an internal area a mobile

device. In certain aspects, the computing device **310** may be implemented using hardware or a combination of software and hardware. The computing device **310** may be a stand-alone device, a device integrated into another entity or device, a platform distributed across multiple entities, or a virtualized device executing in a virtualization environment. According to one aspect, the computing device **310** may be a mobile device, such as a mobile phone, tablet, phablet, PC or the like. According to another aspect, the computing device **310** may be a speaker device.

[0080] The computing device **310** may communicate across a network **302**. The network **302** may include any data network(s) or internetwork(s) suitable for communicating data and control information among participants in the computer system **300**. This may include public networks such as the Internet, private networks, and telecommunications networks such as the Public Switched Telephone Network or cellular networks using cellular technology and/or other technologies, as well as any of a variety other local area networks or enterprise networks, along with any switches, routers, hubs, gateways, and the like that might be used to carry data among participants in the computer system **300**. The network **302** may also include a combination of data networks and need not be limited to a strictly public or private network.

[0081] The computing device **310** may communicate with an external device **304**. The external device **304** may be any computer or other remote resource that connects to the computing device **310** through the network **302**. This may include any of the servers or data sources described herein, including servers, content providers, databases or other sources for shot information to be used by the devices as described herein.

[0082] In general, the computing device **310** may include a controller **312**, a memory **314**, a network interface **316**, a data store **318**, and one or more input/output interfaces **320**. The computing device **310** may further include or be in communication with peripherals **322** and other external input/output devices that might connect to the input/output interfaces **320**.

[0083] The controller **312** may be implemented in software, hardware or a combination of software and hardware. According to one aspect, the controller **312** may be implemented in application software running on a mobile device. Alternatively, the controller **312** may include a processor or other processing circuitry capable of processing instructions for execution within the computing device **310** or computer system **300**. The controller **312**, as hardware, may include a single-threaded processor, a multi-threaded processor, a multi-core processor and so forth. The controller **312** may be capable of processing instructions stored in the memory **314** or the data store **318**.

[0084] The memory **314** may store information within the computing device **310**. The memory **314** may include any volatile or non-volatile memory or other computer-readable medium, including without limitation a Random-Access Memory (RAM), a flash memory, a Read Only Memory (ROM), a Programmable Read-only Memory (PROM), an Erasable PROM (EPROM), registers, and so forth. The memory **314** may store program instructions, program data, executables, and other software and data useful for controlling operation of the computing device **310** and configuring the computing device **310** to perform functions for a user. The memory **314** may include a number of different stages

and types of memory for different aspects of operation of the computing device **310**. For example, a processor may include on-board memory and/or cache for faster access to certain data or instructions, and a separate, main memory or the like may be included to expand memory capacity as desired. All such memory types may be a part of the memory **314** as contemplated herein.

[0085]  The memory **314** may, in general, include a non-volatile computer readable medium containing computer code that, when executed by the computing device **310** creates an execution environment for a computer program in question, e.g., code that constitutes processor firmware, a protocol stack, a database management system, an operating system, or a combination of the foregoing, and that performs some or all of the steps set forth in the various flow charts and other algorithmic descriptions set forth herein. While a single memory **314** is depicted, it will be understood that any number of memories may be usefully incorporated into the computing device **310**.

[0086]  The network interface **316** may include any hardware and/or software for connecting the computing device **310** in a communicating relationship with other resources through the network **302**. This may include remote resources accessible through the Internet (e.g. audio streaming), as well as local resources available using short range communications protocols using, e.g., physical connections (e.g., Ethernet), radio frequency communications (e.g., Wi-Fi, Bluetooth), optical communications (e.g., fiber optics, infrared, or the like), ultrasonic communications, or any combination of these or other media that might be used to carry data between the computing device **310** and other devices. The network interface **316** may, for example, include a router, a modem, a network card, an infrared transceiver, a radio frequency (RF) transceiver for receiving AM/FM or satellite radio sources, a near field communications interface, a radio-frequency identification (RFID) tag reader, or any other data reading or writing resource or the like.

[0087]  The network interface **316** may include any combination of hardware and software suitable for coupling the components of the computing device **310** to other computing or communications resources. By way of example and not limitation, this may include electronics for a wired or wireless Ethernet connection operating according to the IEEE 802.11 standard (or any variation thereof), or any other short or long range wireless networking components or the like. This may include hardware for short range data communications such as Bluetooth or an infrared transceiver, which may be used to couple to other local devices, or to connect to a local area network or the like that is in turn coupled to a data network **302** such as the Internet. This may also include hardware/software for a WiMax connection or a cellular network connection (using, e.g., CDMA, GSM, LTE, or any other suitable protocol or combination of protocols). The network interface **316** may be included as part of the input/output devices **320** or vice-versa.

[0088]  The data store **318** may be any internal memory store providing a computer-readable medium such as a disk drive, an optical drive, a magnetic drive, a flash drive, or other device capable of providing mass storage for the computing device **310**. The data store **318** may store computer readable instructions, data structures, program modules, and other data for the computing device **310** or computer system **300** in a non-volatile form for relatively long-term, persistent storage and subsequent retrieval and use. For example, the data store **318** may store an operating system, application programs, program data, databases, files, and other program modules or other software objects and the like.

[0089]  The input/output interface **320** may support input from and output to other devices that might couple to the computing device **310**. This may, for example, include serial ports (e.g., RS-232 ports), universal serial bus (USB) ports, optical ports, Ethernet ports, telephone ports, audio jacks, component audio/video inputs, HDMI ports, and so forth, any of which might be used to form wired connections to other local devices. This may also include an infrared interface, RF interface, magnetic card reader, or other input/output system for wirelessly coupling in a communicating relationship with other local devices. It will be understood that, while the network interface **316** for network communications is described separately from the input/output interface **320** for local device communications, these two interfaces may be the same, or may share functionality, such as where a USB port **370** is used to attach to a Wi-Fi accessory, or where an Ethernet connection is used to couple to a local network attached storage. The input/output interface **320** may further output audio signals to the speakers **322** of the audio system, as described herein.

[0090]  A peripheral **322** may include any device used to provide information to or receive information from the computing device **310**. This may include human input/output (I/O) devices such as a keyboard, a mouse, a mouse pad, a track ball, a joystick, a microphone, a foot pedal, a camera, a touch screen, a scanner, or other device that might be employed by the user **330** to provide input to the computing device **310**. This may also or instead include a display, a printer, a projector, a headset or any other audio-visual device for presenting information to a user. The peripheral **322** may also or instead include a digital signal processing device, an actuator, or other device to support control of or communication with other devices or components. In one aspect, the peripheral **322** may serve as the network interface **316**, such as with a USB device configured to provide communications via short range (e.g., Bluetooth, Wi-Fi, Infrared, RF, or the like) or long range (e.g., cellular data or WiMax) communications protocols. In another aspect, the peripheral **322** may augment operation of the computing device **310** with additional functions or features, such as a GPS device, or other device. In another aspect, the peripheral **322** may include a storage device such as a flash card, USB drive, or other solid-state device, or an optical drive, a magnetic drive, a disk drive, or other device or combination of devices suitable for bulk storage. More generally, any device or combination of devices suitable for use with the computing device **310** may be used as a peripheral **322** as contemplated herein.

[0091]  Other hardware **326** may be incorporated into the computing device **310** such as a co-processor, a digital signal processing system, a math co-processor, a graphics engine, a video driver, a camera, a microphone, additional speakers, and so forth. The other hardware **326** may also or instead include expanded input/output ports, extra memory, additional drives, and so forth.

[0092]  A bus **332** or combination of busses may serve as an electromechanical backbone for interconnecting components of the computing device **310** such as the controller **312**, memory **314**, network interface **316**, other hardware **326**, data store **318**, and input/output interface. As shown in

the figure, each of the components of the computing device **310** may be interconnected using a system bus **332** in a communicating relationship for sharing controls, commands, data, power, and so forth.

[0093] FIG. 3B depicts a computer system **300** according to other aspects of the present disclosure. In certain embodiments the I/O interface facilitates communication with input and output devices for interacting with a user. For example, the I/O interface may communicate with one or more devices such, as a user-input device and/or a display **350** which may be instantiated on the device described herein or on a separate device such as a mobile device **208**, which enable a user to interact directly with the controller **312** via bus **332**. In these embodiments, the computer system may further include a display **350** to provide visual output to the user. The user-input device may include one or more pushbuttons, a touch screen, or other devices that allows a user to input information. The display **350** may include any of a variety of visual displays, such as a viewable screen, a set of viewable symbols or numbers, and so on.

[0094] The GPS receiver **340** includes GPS functionality or another location service in an installed application. A GPS antenna **342** enables the device to obtain location information from a GPS satellite **210**. In some embodiments, a GPS antenna may be physically located on the beacon **124** to enable the audio system **100** to locate the position of the beacon **124** if it is separated from the audio system **100**.

[0095] A power source (not shown) may provide energy to the audio system **100**. The power source may be any power source commonly known in the art, including a rechargeable battery **360** and/or an AC power connecter for recharging the device.

[0096] FIG. **11** depicts a computer system according to other aspects of the present disclosure. In certain embodiments the I/O interface facilitates communication with input and output devices for interacting with a user. For example, the I/O interface may communicate with one or more devices (not shown) via a USB port **247** and/or a display **116** to provide visual output to the user which may be instantiated on a device described herein or on a separate device, which enable a user to interact directly with the processor **276**. The system includes a GPS Receiver **260** and GPS antenna **264** to localize the computer system in its environment (e.g. at a location within a golf course). The computer system also comprises memory **278**. Battery **242** powers the computer system.

[0097] FIG. **4** depicts a method of obtaining shot information according to an aspect of the present disclosure. As described herein, and shown in block **402**, the audio system may receive a request for shot information. A user, such as a golfer, wishing to receive information on the user's location or surrounding environmental features, may initiate the request by actuating a beacon **124**. The beacon **124** may be a portable and removable component of the audio system that is paired, via a wireless protocol like Bluetooth, to the audio system and/or a remote device.

[0098] In some embodiments, the beacon may include an earpiece such as an earbud, or pair of earbuds, as described in greater detail below. FIG. 3C depicts a hardware architecture of an earpiece beacon according to an aspect of the present disclosure. The earpiece beacon **380** is in wireless communication with the input/output interface **320** of computing device **310** of FIG. 3B via wireless communications unit **381**. A controller **382** in operational connectivity with

controller **312** of computing device **310** controls the functions of the earpiece beacon **380**. The earpiece beacon **380** includes a GPS Receiving Unit **383** and GPS antenna **384** to localize the beacon in its environment (e.g. at a location within a golf course). The earpiece beacon **380** includes speaker(s) **385** to provide audio output to the user (e.g. shot information) and a microphone **386** to receive voice input from a user. Sensor(s) **387** detect conditions related to the earpiece beacon **380** such as positioning near a user's ear and tap signals from a user. A rechargeable battery **388** supplies power to the components of the earpiece beacon **380**. All components of the earpiece beacon **380** are interconnected by bus **389**.

[0099] As shown in block **404**, the request may be transmitted to a controller on a mobile device, such as a GPS-enabled mobile device, to which the audio system is wirelessly coupled or coupled using an appropriate data transmission cable. Alternatively, the GPS-enabled mobile device may be part of the audio system itself, such as a speaker device. As shown in block **406**, the controller may determine the user's geographic location using the mobile device's native GPS functionality or another location service in an installed application. Application software on the remote device may include local environmental information relating to the user's location. For example, the application software may include maps, elevations, distances, crowd sound effects, or the like relating to a golf course and or gameplay on which the user is located.

[0100] As shown in block **408**, the controller, relying on the user's geographic location, may correlate the user's location with the environmental data of the application software to generate the shot information requested. The shot information may include information as to the user's location in or on a defined area, such as a golf course, various landmarks, markers, or the like. According to one aspect, the application software may include or access a database storing shot information of a number of golf courses. Based on the geographic location, the controller may determine the golf course on which the user is located. The controller may correlate the geographic location with the location information of the identified golf course to generate the shot information. The shot information may also include an elevation, distance, crowd sound effects, or other gameplay information relating to the user's location and target, such as a flagstick, bunker, or other known landmark.

[0101] As shown in block **410**, the shot information may be converted into an audio signal capable of being played out by the audio system. For example, the shot information may indicate that the user is 100 yards from the flagstick of the current hole being played. The shot information, for example, may be converted to an audio signal that states "You are 100 yards from the flagstick."

[0102] As shown in block **412**, the audio system may determine if audio content is already playing from the speakers when the shot information audio signal is ready to be played. If there is no audio currently being played out, the audio system may initiate the playback of the shot information audio signal, as shown in block **414**. If, however, audio content is being played, the audio system may adapt the content, as shown in block **416**. The controller may attenuate the volume of the current audio, pause the current audio, or the like. Once the audio content is adapted accordingly, the audio system may play back the shot information audio

signal, as shown in block **418**. Once the shot information is played back, as shown in block **420**, the audio system may resume playback of the audio content.

[0103]    As shown in block **422**, the request for shot information may be completed and the audio system may continue to operate playing audio content until another request is initiated.

[0104]    While aspects of the present disclosure provide for a pressure activated beacon, using a button or touch pad, one skilled in the art will recognize that other triggers may be implemented to initiate a shot information request, including tap signals or voice commands.

[0105]    The various illustrative logical blocks, modules and circuits described in connection with the present disclosure may be implemented or performed with a processor specially configured to perform the functions discussed in the present disclosure. The processor may be a neural network processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array signal (FPGA) or other programmable logic device (PLD), discrete gate or transistor logic, discrete hardware components or any combination thereof designed to perform the functions described herein. Alternatively, the processing system may comprise one or more neuromorphic processors for implementing the neuron models and models of neural systems described herein. The processor may be a microprocessor, controller, microcontroller, or state machine specially configured as described herein. A processor may also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or such other special configuration, as described herein.

[0106]    The steps of a method or algorithm described in connection with the present disclosure may be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module may reside in storage or machine readable medium, including random access memory (RAM), read only memory (ROM), flash memory, erasable programmable read-only memory (EPROM), electrically erasable programmable read-only memory (EEPROM), registers, a hard disk, a removable disk, a CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. A software module may comprise a single instruction, or many instructions, and may be distributed over several different code segments, among different programs, and across multiple storage media. A storage medium may be coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium may be integral to the processor.

[0107]    The methods disclosed herein comprise one or more steps or actions for achieving the described method. The method steps and/or actions may be interchanged with one another without departing from the scope of the claims. In other words, unless a specific order of steps or actions is specified, the order and/or use of specific steps and/or actions may be modified without departing from the scope of the claims.

[0108]    The functions described may be implemented in hardware, software, firmware, or any combination thereof. If

implemented in hardware, an example hardware configuration may comprise a processing system in a device. The processing system may be implemented with a bus architecture. The bus may include any number of interconnecting buses and bridges depending on the specific application of the processing system and the overall design constraints. The bus may link together various circuits including a processor, machine-readable media, and a bus interface. The bus interface may be used to connect a network adapter, among other things, to the processing system via the bus. The network adapter may be used to implement signal processing functions. For certain aspects, a user interface (e.g., keypad, display, mouse, joystick, etc.) may also be connected to the bus. The bus may also link various other circuits such as timing sources, peripherals, voltage regulators, power management circuits, and the like, which are well known in the art, and therefore, will not be described any further.

[0109]    The processor may be responsible for managing the bus and processing, including the execution of software stored on the machine-readable media. Software shall be construed to mean instructions, data, or any combination thereof, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise.

[0110]    In a hardware implementation, the machine-readable media may be part of the processing system separate from the processor. However, as those skilled in the art will readily appreciate, the machine-readable media, or any portion thereof, may be external to the processing system. By way of example, the machine-readable media may include a transmission line, a carrier wave modulated by data, and/or a computer product separate from the device, all which may be accessed by the processor through the bus interface. Alternatively, or in addition, the machine-readable media, or any portion thereof, may be integrated into the processor, such as the case may be with cache and/or specialized register files. Although the various components discussed may be described as having a specific location, such as a local component, they may also be configured in various ways, such as certain components being configured as part of a distributed computing system.

[0111]    The machine-readable media may comprise a number of software modules. The software modules may include a transmission module and a receiving module. Each software module may reside in a single storage device or be distributed across multiple storage devices. By way of example, a software module may be loaded into RAM from a hard drive when a triggering event occurs. During execution of the software module, the processor may load some of the instructions into cache to increase access speed. One or more cache lines may then be loaded into a special purpose register file for execution by the processor. When referring to the functionality of a software module below, it will be understood that such functionality is implemented by the processor when executing instructions from that software module. Furthermore, it should be appreciated that aspects of the present disclosure result in improvements to the functioning of the processor, computer, machine, or other system implementing such aspects.

[0112]    If implemented in software, the functions may be stored or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media include both computer storage media and communi-

cation media including any storage medium that facilitates transfer of a computer program from one place to another.

[0113] Further, it should be appreciated that modules and/or other appropriate means for performing the methods and techniques described herein can be downloaded and/or otherwise obtained by a user terminal and/or base station as applicable. For example, such a device can be coupled to a server to facilitate the transfer of means for performing the methods described herein. Alternatively, various methods described herein can be provided via storage means, such that a user terminal and/or base station can obtain the various methods upon coupling or providing the storage means to the device. Moreover, any other suitable technique for providing the methods and techniques described herein to a device can be utilized.

[0114] In some embodiments, the beacon 124 may be instantiated in an earpiece that the user wears during use of the system. The term "earpiece" as used herein is a speaker placed inside or held near to the ear of a user. In some embodiments, an earpiece may further include an arm or bow configured to wrap around the back of a user's ear to hold it in place. In some embodiments, an earpiece may further include an arm configured to wrap around a portion of a user's head or neck to hold it in place. In some embodiments, the earpiece may include speakers for both of a user's ears. In some embodiments, an earpiece may further include an accessory such as a clip to attach the earpiece to a cap or glasses to be worn by a user during play. In some embodiments, an earpiece further includes a microphone 122 to receive audio (verbal) input from a user. In some embodiments, an earpiece may further include one or more actuators configured to receive physical input from a user such as a "touch" or "tap". The actuator may be a mechanical device such as a switch, microswitch, button, dial, or slider, or it may be a sensor such as a pressure sensor detect pressure from a user's finger.

[0115] In embodiments wherein the beacon 124 is instantiated in an earpiece, the earpiece is in wireless connectivity to the audio system 100 via a defined communications protocol such that the earpiece is recognized by the audio system 100 as an allowed input/output (I/O) device. The system 100 will perform handshaking operations using the protocol to detect and link with the earpiece to activate the beacon functionality in the earpiece. In embodiments, the audio system 100 may link the earpiece to a mobile device 208 such as a cellular telephone to enable the earpiece to provide audio functionality for the mobile device 208, allowing the system to provide cellular communications.

[0116] The earpiece may have control circuitry, wireless communications circuitry (e.g., one or more radio-frequency transceivers for supporting wireless communications over links to the audio system, speaker(s) and may have additional components such as microphones, one or more sensors (e.g., one or more optical proximity sensors including light-emitting diodes for emitting infrared light or other light and including light detectors that detect corresponding reflected light), and accelerometers. Speakers may play audio into the ears of a user. Microphones may gather audio data such as the voice of a user who is making a telephone call. Accelerometers may detect when ear buds are in motion or are at rest. During operation of the earpiece, a user may supply tap commands (e.g., double taps, triple taps, other patterns of taps, single taps, etc.) to control the operation of the earpiece. Tap commands may be detected using accel-

erometer. Optical proximity sensor input and other data may be used when processing tap commands to avoid false tap detections.

[0117] Control circuitry on the earpiece and control circuitry of device 100 may be used to run software on the earpiece and device 100, respectively. During operation, the software running on control circuitry may be used in gathering sensor data, user input, and other input and may be used in taking suitable actions in response to detected conditions. As an example, control circuitry may be used in handling audio signals in connection with the shot information from the audio system 100 when it is determined that a user is wearing the earpiece. In some embodiments, control circuitry may be linked to a user's cellular telephone to route incoming cellular telephone calls to the earpiece. Control circuitry may also be used in coordinating operation between a pair of earpieces, such as ear buds 500, that are paired with a common host device (e.g., device 102), handshaking operations, etc.

[0118] In some situations, it may be desirable to accommodate stereo playback from the earpiece. This can be handled by designating one speaker of a pair of speakers (one placed at each of the user's ears) associated with an earpiece as a primary earpiece and the second speaker as a secondary earpiece. For example, the earpiece may include a pair of earbuds as described further below. The primary earpiece may serve as a slave device while device 102 serves as a master device. A wireless link between device 100 and the primary earpiece may be used to provide the primary earpiece with stereo content. The primary earpiece may transmit one of the two channels of the stereo content to the secondary earpiece for communicating to the user (or this channel may be transmitted to the secondary earpiece from device 102). Microphone signals (e.g., voice information from the user during a telephone call) may be captured by using microphone 122 in the primary earpiece and conveyed wirelessly to device 100.

[0119] Sensors may include strain gauge sensors, proximity sensors, ambient light sensors, touch sensors, force sensors, temperature sensors, pressure sensors, magnetic sensors, accelerometers (see, e.g., accelerometers), gyroscopes and other sensors for measuring orientation (e.g., position sensors, orientation sensors), microelectromechanical systems sensors, and other sensors. Proximity sensors in sensors may emit and/or detect light and/or may be capacitive proximity sensors that generate proximity output data based on measurements by capacitance sensors (as examples). Proximity sensors may be used to detect the presence of a portion of a user's ear to the earpiece and/or may be triggered by the finger of a user (e.g., when it is desired to use a proximity sensor as a capacitive button).

[0120] Audio ports may be used for gathering sound for a microphone 122 and/or for providing sound to a user (e.g., audio associated with shot information, a telephone call, media playback, an audible alert, etc.). For example, an audio port may be a speaker port that allows sound from speaker to be presented to a user. Sound may also pass through additional audio ports (e.g., one or more perforations may be formed in housing to accommodate microphone 122).

[0121] Sensor data (e.g., proximity sensor data, accelerometer data or other motion sensor data), wireless communications circuitry status information, and/or other information may be used in determining the current operating state

of the earpiece. Proximity sensor data may be gathered using proximity sensors located at any suitable locations in a housing of the earpiece.

[0122] A notable earpiece includes an earbud or pair of earbuds. The term "earbud" as used herein is an earpiece designed to be inserted into or to rest just outside of the outer ear canal. One earbud may be used, or a pair of earbuds may be used, one in each of a user's ear.

[0123] FIG. 5 is a perspective view of an illustrative ear bud. As shown in FIG. 5, ear bud 500 may include a housing such as housing 510. Housing 510 may have walls formed from plastic, metal, ceramic, glass, sapphire or other crystalline materials, fiber-based composites such as fiberglass and carbon-fiber composite material, natural materials such as wood and cotton, other suitable materials, and/or combinations of these materials. Housing 510 may have a main portion such as main body 510-1 that houses audio port 520 and a stem portion such as stem 510-2 or other elongated portion that extends away from main body portion 510-1. During operation, a user may grasp stem 510-2 and, while holding stem 510-2, may insert main portion 510-1 and audio port 520 into the ear. When ear buds 500 are worn in the ears of a user, stem 510-2 may be oriented vertically in alignment with the Earth's gravity (gravity vector) and verticality may be determined by a sensor (not shown).

[0124] FIG. 6 is a side view of ear bud 500 in an illustrative configuration in which ear bud 500 has two proximity sensors 631 and 632. Sensors 631 and 632 may be mounted in main body portion 510-1 of housing 510. If desired, additional sensors (e.g., one, two, or more than two sensors that are expected to produce no proximity output when ear buds 500 are being worn in a user's ears and which may therefore sometimes be referred to as null sensors) may be mounted on stem 510-2. Other proximity mounting arrangements may also be used. In the example of FIG. 6, there are two proximity sensors on housing 510. More proximity sensors or fewer proximity sensors may be used in ear bud 500, if desired. An audio port for a microphone (not shown) may be positioned in stem 510-2.

[0125] As shown in FIG. 6, ear bud 500 may be inserted into the ear (ear 600, shown in schematic cross-section) of a user, so that speaker port 520 is aligned with ear canal 610. Ear 600 may have features such as concha 621, tragus 622, and antitragus 623. Proximity sensors such as proximity sensors 631 and 632 may output positive signals when ear bud 500 is inserted into ear 600. Sensor 631 may be a tragus sensor and sensor 632 may be a concha sensor or sensors such as sensors 631 and/or 632 may be mounted adjacent to other portions of ear 600.

[0126] In addition to sensor and accelerometer data, control circuitry may use information from contact sensors in ear buds 500 to help determine earbud location. For example, a contact sensor may be coupled to the electrical contacts (see, e.g., contacts 640 of FIG. 3) in an ear bud that are used for charging the ear bud when the ear bud is in a case (e.g. a recess in audio system 100). Control circuitry can detect when contacts 640 are mated with case contacts and when ear buds 500 are receiving power from a power source in the case. Control circuitry may then conclude that ear buds 500 are in the storage case. Output from contact sensors can therefore provide information indicating when ear buds are located in the case and are not in the user's ear.

[0127] The accelerometer data from accelerometers may be used to provide control circuitry with motion context

information. The motion context information may include information on the current orientation of an ear bud (sometimes referred to as the "pose" or "attitude" of the ear bud) and may be used to characterize the amount of motion experienced by an ear bud over a recent time history (the recent motion history of the ear bud).

[0128] A user may supply tap input to ear buds 500. For example, a user may supply double taps, triple taps, single taps, and other patterns of taps by striking a finger against the housing 510 of an ear bud 500 to control the operation of ear buds 500 (e.g., to request shot information from device 100, answer incoming telephone calls to mobile device 208 (mobile telephone), to end a telephone call, to navigate between media tracks that are being played back to the user by device 100, to make volume adjustments, to play or to pause media, etc.). Control circuitry may process output from accelerometers to detect user tap input. In some situations, pulses in accelerometer output will correspond to tap input from a user. In other situations, accelerometer pulses may be associated with inadvertent tap-like contact with the ear bud housing and can be ignored.

[0129] It may be desirable to adjust the operation of the earpiece based on the current state of the earpiece. For example, it may be desirable to activate more functions of the earpiece when the earpiece is located at a user's ear(s) and being actively used than when not in use. Control circuitry may keep track of the current operating state (operating mode) of the earpiece by implementing a state machine. Control circuitry may, for example, use sensor data and other data to determine whether the earpiece (e.g. earbud(s)) is in a user's ears or not in a user's ears and may adjust the operation of the earpiece accordingly.

[0130] For example, a state machine may determine that the earpiece is not in position at a user's ear(s) and configure the audio system to provide audio through speaker 110 on speaker device 102 in a "public" state. Determining a public state may include determining that the earpiece is in the recess 122 of the audio system 100, such as by determining that electrical contacts (see, e.g., contacts 640 of FIG. 6) in an earpiece that are used for charging the earpiece are mated with charger contacts and receiving power from a power source in audio system 100. If the earpiece (earbud) is not in the charging recess, but is not positioned properly at a user's ear, the state machine may determine that the earpiece is in an "inactive" state. Determination that an earpiece (earbud) is not properly positioned at a user's ear may include absence of signals from proximity sensors such as 631 and 632 of FIG. 6, an indication from a sensor that stem 510-2 is not in a vertical pose, and/or other sensor information. When the earpiece is in an inactive state, the audio system may be configured to provide audio through speaker 110 on speaker device 102. If the earpiece (earbud) is positioned properly at a user's ear, the state machine may determine that the earpiece is in an "active" state. Determination that an earpiece (earbud) is properly positioned at a user's ear may include presence of signals from proximity sensors such as 631 and 632 of FIG. 6, an indication from a sensor that stem 510-2 is in a vertical pose, and/or other sensor information. When the earpiece is in an active state, the audio system may be configured to provide audio through an audio port or speaker on the earpiece (e.g. audio port 520 on earbud 500) in a "private" state and may or may not provide audio through speaker 110 on the audio device 102.

**Exhibit 7, Page 84**

[0131] When the earpiece is in an active state, the earpiece functions as a user I/O device to control the audio system **100** and allows the user to control the audio states. For example, a tap signal on the earpiece may signal a request for shot information to the audio system **100**, which then provides audio shot information to the earpiece. Other tap signals may be used to provide other functions such as described above.

[0132] One can appreciate that a user may wish to customize the audio output to different options depending on circumstances. For example, a user may want to select which speaker provides audio output. A user may prefer using the system in a public state when a plurality (e.g. a pair or foursome) of golfers is present, and a private state when golfing alone. In some embodiments, when the earpiece is in an active state, a user may toggle between a public state, in which audio is provided through speaker **110**, and a private state, in which audio is provided through the earpiece. For example, audio including music may be provided through speaker **110** and shot information may be provided only to the speaker on the earpiece after a tap signal. If the earpiece is also linked to a user's mobile device **208**, audio input/output associated with the mobile device **208** may be provided only to the earpiece in a private state, and not through speaker **110**. A specific tap signal may be used to configure the system **100** in a "telephone" state. A user may also wish to place the system **100** into a "silent" state in which all input to the earpiece is blocked, such as when taking a shot.

[0133] For illustration, a golfer using the audio system **100** with other golfers may choose to travel around a golf course with the system in a public state so all golfers can hear the audio output (e.g. music or general course information provided by the course), toggle to the private state as part of a request for shot information, toggle to the silent state while taking a shot, and toggle back to the public state after taking the shot. Each change in state may be enacted by a tap signal on the earpiece.

[0134] The audio system **100** may be configured to link to a plurality of earpiece beacons when a plurality of users are golfing together. For example, two or more golfers having earpieces with the defined communications protocol may link their earpieces to a common audio system **100**. Each earpiece has a unique identifier so that the audio system can recognize each earpiece as a beacon and send and receive signals, audio and other communications to a specific earpiece controlled by an individual golfer.

[0135] In some embodiments, the audio system **100** further includes a visual display integral to the audio device **102** to provide display of visual information in addition to audio information. One can appreciate that inclusion of an integral display in an audio device **102** may require a generally planar configuration of at least a portion of the device to provide a suitable display and not a generally cylindrical configuration as shown in FIG. **1**.

[0136] In some embodiments including a digital display, the device **702** has a planar and generally rectangular front face having rounded corners, the front face with a display screen, a housing having a top face, a bottom face and two lateral side faces that are generally rectangular with rounded corners, and a generally rectangular-shaped rearward face with rounded corners and a central projection. A magnet may be positioned in an interior of a housing at the central projection, the housing having an exterior planar surface at

the magnet, the exterior planar surface conforming in size to the magnet. In embodiments, the rearward side has a projection that extends rearwardly at least 0.06 inches and less than 0.25 inches.

[0137] FIGS. **7**, **8**, **9** show aspects of an audio visual device **702** according to an aspect of the present disclosure. The embodiments shown in these figures are for illustration and not limitation.

[0138] The display screen is positioned to be viewable at the front face of the device **702** where the device has a housing **712**, where a portion of the housing **712** is utilized to provide an interface for a magnet **128**, the portion of the housing having an exterior surface with no recesses and no concavities. The portion of the housing may be the entire rearward face of the device with a display screen on the forward face. Such an arrangement provides an elegantly simple design that keeps manufacturing costs low with the simple design, for example a simple clam shell configuration.

[0139] FIG. **7**A is a perspective view showing the audio system including a visual display attached to an upright steel support member of the golf cart according to an aspect of the present disclosure.

[0140] FIG. **7**B is a side view of the audio system including a visual display attached to a metal plate with a rear concavity of the rangefinder illustrating the standoff of the device from the surface of the metal plate according to an aspect of the present disclosure.

[0141] FIG. **7**C is a front elevational view of the audio system including a visual display attached to the golf cart post of FIG. **7**A with the display providing information according to an aspect of the present disclosure.

[0142] Referring to FIGS. **7**A, **7**B and **7**C, the audiovisual device **702** with a magnetic attraction region **128** of the device housing **712** is attached to ferrous metal members, such as a steel post **710**. Exteriorly, the audiovisual device **702** has the housing **712** with a bezel **714** surrounding a display screen **716**. The display screen for display information **718** such as yards to the front, center and rear of a green, the current hole, and the par stroke number of the hole. Other displays may include a map of the course, a map of the current hole or other information. If the display is a touch-screen, icons for apps or control functions may be displayed for user input. A speaker **730** is also disposed on the front face of device **702**. Additionally, operational controls configured as pushbuttons **722** extend out of sidewall portions of the device **702**. Operational controls may include for example, a power button, play/pause button, up volume button, down volume button. Without limitation, operational controls may also be configured as dials, sliders or other control mechanisms (not shown). The device may also include a microphone **735** for audio (voice) input.

[0143] Still referring to FIGS. **7**A-**7**C, in embodiments, generally the audio visual device **702** has a front face **741**, a rearward face **742**, a top face **743**, a bottom face **744**, and two lateral side faces **745**, **746**. The housing **712** has a forward or bezel portion **714** and a rearward portion **715** that meet at a juncture **717**. The rearward portion has a projection or convexity **750** with a convexity surface **751**. The convexity is centrally positioned with respect to the device. The projection or convexity **750** may extend to edge portions **752** of the rearward side around an entire reward side periphery **753**. The rearward edge portions **752** and forward edge portions **754** have surfaces that are rounded with a radius of,

for example, about 0.12 inches or greater. The edge portions for the purpose of dimensional aspects are where the corner radius ends on the surface of the edge portions.

[0144] In embodiments, the convexity may have planar portions with planar surfaces at each of the four sides of the convexity, with the planar surface portions joined by smooth rounded corner surface portions. At the most distal portion of the convexity is a plateau surface portion 751 with an outwardly facing planar surface wherein a magnet 128 is located to provide a magnetic attachment point to temporarily attach the device to a ferrous surface such as a support structure on a golf cart. In embodiments, the magnet may be used to attach an accessory such as a clip for attaching the device 702 to a golf bag, cart or apparel such as a belt. From the most distal portion, the convexity diverges to the margins of the rearward face. The convexity may be generally in the shape of a four sided truncated pyramid with rounded corners, the truncation presenting the planar surface 751. In other embodiments the convexity could be frusto-conical, or a truncated dome shaped. Indicia associated with the push buttons 722 may be provided on the rear convexity surface 751 or side faces 745, 746. The convexity may be subtle, for example extending a distance 166 of 0.25 inches or less rearwardly from the rearward edge portions.

[0145] In embodiments wherein the beacon is instantiated as an earpiece (e.g. earbuds) the convexity may also include a recess or compartment (not shown) for storage and charging of the earpiece when not in use.

[0146] In the embodiment shown in FIGS. 7A-7C, the device 702 has the speaker 730 and microphone 735 disposed on the front face 741. In other embodiments, the speaker 730 and microphone 735 may be disposed on other faces such as top face 743 and/or lateral side faces 745, 746. Advantageously, such configurations may provide for a larger visual display 716 on the front face 741. Speakers disposed on the lateral side faces 745, 746 may provide stereo play of the audio content.

[0147] Referring to FIG. 8, details of the housing 712 are illustrated. The forward and rearward housing portions 714, 715 have a respective forward wall portion 814 and rearward wall portion 815 as depicted and define an open interior 820. The rearward wall portion 715 has a recess 816 defined by an annular boss 817 that receives a magnet 128. The rearward housing portion may have a thinned wall region 818 at the magnet, and the magnet may be adhered to the thinned wall region in the recess with a suitable adhesive. A transparent screen cover 820 is adhered to the forward housing portion 714 by a suitable adhesive such as two sided tape 825. Control buttons 122 are disposed in top face 743 and side faces In the embodiment shown in FIG. 8, the display screen occupies a major portion of the front face 741. Ports 845 and 846 for speaker output are disposed in side faces 745 and 746 respectively. A port 843 for a microphone is disposed in top face 743.

[0148] The circuitry, including optionally a GPS receiver, a processor, memory, connecting to a battery, are all positioned in the interior of the housing, and the circuitry is further connected to a display screen positioned to be viewable within the bezel and user controls on the housing, speaker(s) and a microphone.

[0149] Referring to FIG. 9, the arrangement of components in the open interior 820 of the housing 712 is illustrated. A printed circuit board 910 has the display screen (not shown) attached thereto by a ribbon connector 912. A second ribbon connector 915 attaches speaker(s) to the circuit board 910. The circuit board is connected to a battery 920. The circuit board may have a USB port 930. Micro-switches 950 are positioned on the board to align with push buttons 122 in the housing. The circuit board 910, battery 920, display screen and speakers are sandwiched between the forward and rearward housing portions 714, 715 and may be positioned by structure 960 molded into the housing portions. A cushion may be placed between the battery and circuit board.

[0150] In embodiments, the device 102 or 702, when attached to a metal surface such as a portion of a golf cart, requires a force exceeding 2 pounds to separate the device in a direction normal to the device display. In embodiments, the device when attached to the accessory, with the accessory fixed in place, will magnetically decouple with a lateral shear force of greater than three pounds, but less than about six pounds. In embodiments, the device when attached to a surface, with the accessory fixed in place, requires a lateral shear force of greater than 2 pounds to decouple the magnetic coupling and separate the device in a direction parallel to the device display surface, that is, parallel to the greatest dimension of the device. The amount of force required to detach the device from a metal surface can facilitate easy separation when the device is attached to something, with minimal effort.

[0151] In embodiments, a lateral shear force of 1 pound or less will not decouple the magnetic coupling and separate the device from the metal surface to prevent its detachment from the surface, such as for example when the golf cart is driven around the golf course.

[0152] A feature and advantage of embodiments is the combination of optimal size for handling and reading the display, while still being easily wearable, and while still being light-weight. The inventors have recognized that the light weight allows the use of a high integrity magnetic securement using the GPS rangefinder device magnet for attaching directly to a metal post or component of a golf cart as well as to an accessory clip that is then attached to a golf bag or user's apparel. For example, due to the light weight, for example less that about 3 ounces, bumps are less likely to disengage the magnet from the metal post or accessory clip as compared to a device with a greater weight. Additionally size and weight are optimal for easy pocketing and removal.

[0153] In embodiments, the device 702 has a greatest height or width dimension of less than 6 inches. In embodiments, the device has a rectangular appearance with rounded corners when viewing the display. In embodiments, the display side of the device 702 may have a width of less than 2.6 inches and a height of less than 6 inches. In embodiments, the display side of the device 702, as defined by its housing, may have a width of less than 2.3 inches and a height of less than 5 inches. In embodiments, the device 702, as defined by its housing, has a maximum depth of 0.95 inches. In embodiments, the device 702, as defined by its housing, has a maximum depth of 0.80 inches. In embodiments, a feature and advantage is that each exterior corner of the housing of the device is rounded and has a radius of 0.12 inches or greater. In embodiments, a feature and advantage is that each exterior corner of the housing of the device is rounded with has a radius of 0.10 inches or greater.

[0154] A feature and advantage of embodiments is that the audio-visual device has a planar front face where the display

screen is located and a subtly projecting rear face such that a user when grasping the device, without looking at the device, can ascertain which side is the forward side and which side is the rearward side, minimizing the manipulation to raise the device to a use and viewing position. A feature and advantage is that each of four side wall are inclined inwardly from the front side to the rear side allowing a larger front side where the display is positioned compared to the rearward side that centrally magnetically attaches to a ferrous surface. Such a configuration accommodates the internal arrangement of components, for example the circuit board with display screen attached thereto is positioned forwardly at the front wall portion and has the largest area to be accommodated, the speaker(s), having the second greatest area to be accommodated, are positioned forwardly at the front wall portion and, or positioned behind the display screen, the battery, positioned next has the third greatest area to be accommodated, and the magnet at the rearward wall portion has the least amount of area to be accommodated. Thus, an optimal miniaturization has a housing with a front to rearward taper.

[0155] Referring to FIGS. **8**, **9** and **10**, the arrangement of components in the open interior **175** of the housing **112** is illustrated. A printed circuit board **240** has the display screen **116** attached thereto by a ribbon connector **241**. The speaker (not shown) is also attached to the circuit board by a second ribbon connector (not shown). The circuit board is connected to a battery **360**. The circuit board may have a USB port **370**. Micro-switches **249** are positioned on the board to align with push buttons in the housing. The circuit board **240** and battery **360** are sandwiched between the forward and rearward housing portions **142**, **144** and may be positioned by structure **253** molded into the housing portions. A cushion **246** may be placed between the battery and circuit board.

[0156] While aspects of the present disclosure may provide functionalities and capabilities located on a remote device, one skilled in the art will recognize that those functionalities may be located, processed or otherwise carried out in the audio system itself or on another device coupled to the audio system without deviating from the scope of the disclosure.

[0157] While aspects of the present disclosure provide for an audio system to be used on a golf course by a golfer, one skilled in the art will recognize that the use and applicability of the audio system as described herein is not so limited and may be used in other environments.

[0158] Based on the teachings, one skilled in the art should appreciate that the scope of the present disclosure is intended to cover any aspect of the present disclosure, whether implemented independently of or combined with any other aspect of the present disclosure. For example, an apparatus may be implemented or a method may be practiced using any number of the aspects set forth. In addition, the scope of the present disclosure is intended to cover such an apparatus or method practiced using other structure, functionality, or structure and functionality in addition to, or other than the various aspects of the present disclosure set forth. It should be understood that any aspect of the present disclosure may be embodied by one or more elements of a claim.

[0159] The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." Any aspect described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects.

[0160] Although particular aspects are described herein, many variations and permutations of these aspects fall within the scope of the present disclosure. Although some benefits and advantages of the preferred aspects are mentioned, the scope of the present disclosure is not intended to be limited to particular benefits, uses or objectives. Rather, aspects of the present disclosure are intended to be broadly applicable to different technologies, system configurations, networks and protocols, some of which are illustrated by way of example in the figures and in the following description of the preferred aspects. The detailed description and drawings are merely illustrative of the present disclosure rather than limiting, the scope of the present disclosure being defined by the appended claims and equivalents thereof.

[0161] As used herein, the term "determining" encompasses a wide variety of actions. For example, "determining" may include calculating, computing, processing, deriving, investigating, looking up (e.g., looking up in a table, a database or another data structure), ascertaining and the like. Additionally, "determining" may include receiving (e.g., receiving information), accessing (e.g., accessing data in a memory) and the like. Furthermore, "determining" may include resolving, selecting, choosing, establishing, and the like.

[0162] As used herein, a phrase referring to "at least one of" a list of items refers to any combination of those items, including single members. As an example, "at least one of: a, b, or c" is intended to cover: a, b, c, a-b, a-c, b-c, and a-b-c.

[0163] It is to be understood that the claims are not limited to the precise configuration and components illustrated above. Various modifications, changes, and variations may be made in the arrangement, operation, and details of the methods and apparatus described above without departing from the scope of the claims.

What is claimed is:

1. An audio playback system comprising:

a beacon configured to trigger a request for shot information, wherein the beacon comprises an earpiece;

a controller wirelessly coupled to the beacon, the controller configured to: transmit the request for shot information to a remote device;

receive the shot information from the remote device; convert the shot information into an audio signal; and play back the audio signal to an audio output.

2. The audio system of claim **1** wherein the earpiece comprises an earbud or a pair of earbuds.

3. The audio system of claim **1** further comprising a microphone coupled to the controller, the microphone configured to receive a voice command.

4. The audio system of claim **3** wherein the beacon is configured to activate the microphone.

5. The audio system of claim **1** wherein the beacon further comprises an actuator, the actuator configured to trigger the request for the shot information.

6. The audio system of claim **1** wherein the beacon includes a GPS-enabled location service.

7. The audio system of claim **1** wherein the beacon is coupled to the controller through a Bluetooth connection.

8. The audio system of claim **1** wherein the shot information comprises a geographic location correlated with environmental information.

9. The audio system of claim **15** wherein the environmental information includes data relating to at least one landmark.

**10**. The audio system of claim **16** wherein the shot information includes a distance between the beacon and the at least one landmark.

**11**. The audio system of claim **1** wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

**12**. The audio system of claim **1** wherein the controller includes an application stored on a mobile device.

**13**. The audio system of claim **1** further comprising a speaker device coupled to the audio output.

**14**. The audio system of claim **13** wherein the controller determines the operational state of the earpiece and directs audio output to the earpiece or the speaker device depending on the operational state of the earpiece.

**15**. The audio system of claim **14** wherein the operational state of the earpiece is based at least in part on sensor information and user input.

**16**. The audio system of claim **15** wherein the user input comprises a tap signal, voice command, or a combination thereof.

**17**. The audio system of claim **13** wherein the speaker device defines a recess, the recess sized and shaped to retain the earpiece.

**18**. The audio system of claim **13** wherein the speaker device further comprises a charging interface configured to charge the beacon.

**19**. The audio system of claim **13** wherein the speaker device further comprises a magnetic mount configured to mount the speaker device to a magnetic surface.

**20**. The audio system of claim **13** wherein the speaker device further comprises a visual display.

**21**. A method of determining shot information comprising:

receiving a request for shot information from a wireless beacon wherein the wireless beacon comprises an earpiece;

transmitting the request to a processor;

receiving shot information from the processor;

encoding the shot information as an audio file;

transmitting the audio file to an audio output.

**22**. An audio system comprising:

a beacon configured to trigger a request for shot location, wherein the beacon comprises an earpiece;

a controller wirelessly coupled to the beacon; and

a non-transitory, computer-readable storage medium in operable communication with the controller, wherein the computer-readable storage medium contains one or more programming instructions that, when executed, cause the controller to:

receive a request for shot information triggered from the wireless beacon;

transmit the request to a processor;

receive shot information from the processor;

encode the shot information as an audio file; and

transmit the audio file to an audio output.

**23**. An audio playback system comprising:

a beacon configured to trigger a request for shot information;

a speaker device comprising a speaker and a visual display;

a controller wirelessly coupled to the beacon, the controller configured to:

receive the request for shot information;

transmit the request for shot information to a processor;

receive the shot information from the remote device;

convert the shot information into an audio signal; and

play back the audio signal to an audio output.

\* \* \* \* \*

# Exhibit 8



US011665477B2

(12) **United States Patent**
DeCastro et al.

(10) Patent No.: **US 11,665,477 B2**
(45) Date of Patent: **May 30, 2023**

(54) **LOCATION-ENABLED PORTABLE AUDIO SYSTEM**

(71) Applicant: **BUSHNELL INC.**, Overland Park, KS (US)

(72) Inventors: **John DeCastro**, Overland Park, KS (US); **Scott O. Nyhart**, Shawnee, KS (US); **William Flood**, Olathe, KS (US)

(73) Assignee: **Bushnell Inc.**, Overland Park, KS (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/935,929**

(22) Filed: **Jul. 22, 2020**

(65) **Prior Publication Data**

US 2021/0144478 A1    May 13, 2021

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 16/679,633, filed on Nov. 11, 2019, now Pat. No. 11,455,141.

(51) **Int. Cl.**
**H04R 5/04** (2006.01)
**H04R 5/033** (2006.01)
(Continued)

(52) **U.S. Cl.**
CPC .............. **H04R 5/04** (2013.01); **G06F 3/167** (2013.01); **H04R 1/1016** (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC . A63B 69/3676; A63B 71/0622; A63B 69/36; A63B 71/0669; A63B 2071/068;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,996,116 A | 12/1999 | Tate | |
| 8,070,628 B2 | 12/2011 | Denton et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2009232423 A | 10/2009 | |
| KR | 100959346 B1 * | 5/2010 | |

(Continued)

OTHER PUBLICATIONS

Kuassi, Ganmavo A., Non-Final Office Action issued for U.S. Appl. No. 16/679,633, filed Nov. 25, 2020, pp. 1-14, United States Patent and Trademark Office, Alexandria, Virginia USA.
(Continued)

*Primary Examiner* — Matthew A Eason
*Assistant Examiner* — Kuassi A Ganmavo
(74) *Attorney, Agent, or Firm* — Walter M. Egbert, III; Richard J. Brown; Reed Smith LLP

(57) **ABSTRACT**

Audio systems and methods for obtaining location information are disclosed. A portable, wireless speaker may include a beacon that a user may activate to remotely trigger a request for shot information, which may include location information of the user or speaker. The beacon may be wirelessly coupled to the speaker. Notably, the beacon may comprise an earpiece such as an earbud or pair of earbuds. The speaker may receive location information from a remote device, such as a GPS-enabled mobile phone. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause the playback of the speaker to play out the shot information. The system may also comprise a visual display.

**17 Claims, 15 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| *H04R 1/10* | (2006.01) |
| *G06F 3/16* | (2006.01) |
| *H04W 4/029* | (2018.01) |
| *A63B 69/36* | (2006.01) |
| *A63B 71/06* | (2006.01) |
| *A63B 57/00* | (2015.01) |

(52) **U.S. Cl.**
CPC ............ *H04R 1/1041* (2013.01); *H04R 5/033* (2013.01); *H04W 4/029* (2018.02); *A63B 57/00* (2013.01); *A63B 69/36* (2013.01); *A63B 69/3676* (2013.01); *A63B 71/0622* (2013.01); *A63B 71/0669* (2013.01); *A63B 2071/068* (2013.01); *H04R 2420/07* (2013.01)

(58) **Field of Classification Search**
CPC ........ A63B 57/00; H04R 5/04; H04R 1/1016; H04R 1/1041; H04R 5/033; H04R 2420/07; H04W 4/024; G06F 3/167; H04M 3/2236; A63F 7/0626

See application file for complete search history.

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 8,070,692 | B2 | 12/2011 | Balardeta et al. |
| 8,355,869 | B2 | 1/2013 | Balardeta et al. |
| 8,460,111 | B2 | 6/2013 | Hart |
| 9,383,448 | B2 | 7/2016 | Park |
| 9,535,162 | B2 | 1/2017 | Park |
| 2002/0052750 | A1 | 5/2002 | Hirooka |
| 2003/0216228 | A1 | 11/2003 | Rast |
| 2006/0270450 | A1 | 11/2006 | Garratt et al. |
| 2008/0235026 | A1 | 9/2008 | Garratt et al. |

| | | | | |
|---|---|---|---|---|
| 2009/0082139 | A1 | | 3/2009 | Hart |
| 2009/0176540 | A1 | * | 7/2009 | Do ..................... H04M 1/6066 |
| | | | | 455/575.2 |
| 2009/0305819 | A1 | | 12/2009 | Denton et al. |
| 2010/0225270 | A1 | | 9/2010 | Jacobs et al. |
| 2011/0228925 | A1 | * | 9/2011 | Birch .................... H04M 1/05 |
| | | | | 379/428.02 |
| 2012/0071277 | A1 | * | 3/2012 | Denton ................ G01C 22/00 |
| | | | | 473/407 |
| 2013/0129134 | A1 | * | 5/2013 | Parraga Gimeno ...... H04R 1/02 |
| | | | | 381/338 |
| 2013/0178311 | A1 | | 7/2013 | Peterson |
| 2014/0114560 | A1 | * | 4/2014 | Jensen .................. H04S 7/304 |
| | | | | 701/409 |
| 2014/0277627 | A1 | * | 9/2014 | Bastawros ........ A63B 71/0669 |
| | | | | 700/91 |
| 2017/0021260 | A1 | | 1/2017 | Willett et al. |
| 2017/0348580 | A1 | * | 12/2017 | Dugan ............... A63B 69/3614 |
| 2018/0154236 | A1 | * | 6/2018 | Ishikawa ........ A63B 69/3661 |
| 2018/0236333 | A1 | * | 8/2018 | Loduca ............ G09B 19/0038 |
| 2018/0261010 | A1 | * | 9/2018 | Kudirka ........... A63B 24/0021 |
| 2018/0345101 | A1 | | 12/2018 | Youn |
| 2020/0221198 | A1 | | 7/2020 | Pupecki et al. |

### FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| KR | 100970252 | B1 | * | 7/2010 |
| KR | 20130101806 | A | * | 9/2013 |
| KR | 20180028077 | A1 | * | 3/2018 |
| KR | 101877285 | B1 | | 7/2018 |

### OTHER PUBLICATIONS

Extended European Search Report and Opinion for related European application No. 20206744.3, dated Sep. 8, 2021.

\* cited by examiner



**FIG. 1**



**FIG. 2**



*Fig. 3A*

Exhibit 8, Page 93



**Fig. 3B**

Exhibit 8, Page 94



*Fig. 3C*

Exhibit 8, Page 95



*Fig. 4*

Exhibit 8, Page 96



*Fig. 5*

Exhibit 8, Page 97



*Fig. 6*

Exhibit 8, Page 98



Fig. 7A

Exhibit 8, Page 99



*Fig. 7B*

**Exhibit 8, Page 100**



*Fig. 7C*

Exhibit 8, Page 101



Fig. 8

Exhibit 8, Page 102



*Fig. 9*

Exhibit 8, Page 103



FIG. 10

BATTERY 242



**FIG. 11**

# LOCATION-ENABLED PORTABLE AUDIO SYSTEM

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 16/679,633, filed Nov. 11, 2019.

## FIELD OF TECHNOLOGY

Aspects of the present disclosure relate to a system for audio playback, more specifically a system for controlling and generating audio playback including a remote positioning and location functionality.

## BACKGROUND

In certain sporting activities, knowledge of a player's location and range to a target can provide the player with a distinct playing advantage. Golfers, for example, have relied on traditional range finding devices to determine the distance from the golfer's position to the green or flag stick. Knowing this distance allows the golfer to choose an appropriate club or determine the speed or strength required to hit the ball. Traditional ranging devices may include an optical device coupled to a laser transmitter and receiver, that when aimed and fired at a target, transmits a beam toward the target, receives a reflected beam to the receiver and calculates the distance from the device to the target based on the time-of-flight of the beam. These devices can be cumbersome, heavy and inaccurate given an obstructed field-of-view or other interference.

Golfers and other sports enthusiasts also may enjoy listening to music or other audio content while playing. Portable, wireless speakers known in the art allow a player to carry the speaker in a bag, golf cart or other vehicle. When using in a sport like golf, however, traditional portable speakers must be left in the golf bag or in the cart when the golfer steps away from the bag or cart to take a shot. The golfer no longer has immediate access to the controls on the speaker requiring the golfer to return to the bag or cart to pause, stop, or otherwise control it.

## SUMMARY

Embodiments of the present invention include a portable audio system for control and playback of audio content, including certain information relating to a user's location, environment and other personalized content. According to one aspect, an audio playback system may include a beacon configured to trigger a request for shot information and a controller wirelessly coupled to the beacon. The controller may be configured to transmit the request for shot information to a remote device and receive the shot information from the remote device. The shot information may be converted into an audio signal and play back the audio signal to an audio output.

According to another aspect, a method of determining shot information may include receiving a request for shot information from a wireless beacon and transmitting the request to a remote device. Shot information may be received from the remote device and encoded as an audio file. The audio file may be transmitted to an audio output.

According to another aspect of the present disclosure, an audio system may comprise a beacon configured to trigger a request for shot location and a controller wirelessly

coupled to the beacon. A non-transitory, computer-readable storage medium may be in operable communication with the controller, and contain one or more programming instructions that, when executed, cause the controller to receive a request for shot information triggered from the wireless beacon and transmit the request to a remote device. Shot information may be received from the remote device and be encoded as an audio file. The audio file may be transmitted to an audio output.

This disclosure provides an audio playback system including a beacon configured to trigger a request for shot information, wherein the beacon comprises an earpiece; a controller wirelessly coupled to the beacon, the controller configured to: transmit the request for shot information to a remote device; receive the shot information from the remote device; convert the shot information into an audio signal; and play back the audio signal to an audio output.

Embodiments of the audio system include any of the following alone or in combination.

The audio system wherein the earpiece includes an earbud or a pair of earbuds.

The audio system further including a microphone coupled to the controller, the microphone configured to receive a voice command.

The audio system wherein the beacon is configured to activate the microphone.

The audio system wherein the beacon further includes an actuator, the actuator configured to trigger the request for the shot information.

The audio system wherein the beacon includes a GPS-enabled location service.

The audio system wherein the beacon is coupled to the controller through a Bluetooth connection.

The audio system wherein the shot information includes a geographic location correlated with environmental information.

The audio system wherein the environmental information includes data relating to at least one landmark.

The audio system wherein the shot information includes a distance between the beacon and the at least one landmark.

The audio system wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

The audio system wherein the controller includes an application stored on a mobile device.

The audio system further including a speaker device coupled to the audio output.

The audio system wherein the controller determines the operational state of the earpiece and directs audio output to the earpiece or the speaker device depending on the operational state of the earpiece.

The audio system wherein the operational state of the earpiece is based at least in part on sensor information and user input.

The audio system wherein the user input includes a tap signal, voice command, or a combination thereof.

The audio system wherein the speaker device defines a recess, the recess sized and shaped to retain the earpiece.

The audio system wherein the speaker device further includes a charging interface configured to charge the beacon.

The audio system wherein the speaker device further includes a magnetic mount configured to mount the speaker device to a magnetic surface.

The audio system wherein the speaker device further includes a visual display.

This disclosure also provides a method of determining shot information including:

receiving a request for shot information from a wireless beacon wherein the wireless beacon includes an earpiece;

transmitting the request to a processor;

receiving shot information from the processor;

encoding the shot information as an audio file;

transmitting the audio file to an audio output.

This disclosure also provides an audio system including:

a beacon configured to trigger a request for shot location, wherein the beacon includes an earpiece;

a controller wirelessly coupled to the beacon; and

a non-transitory, computer-readable storage medium in operable communication with the controller, wherein the computer-readable storage medium contains one or more programming instructions that, when executed, cause the controller to:

receive a request for shot information triggered from the wireless beacon;

transmit the request to a processor;

receive shot information from the processor;

encode the shot information as an audio file; and

transmit the audio file to an audio output.

This disclosure also provides an audio playback system including:

a beacon configured to trigger a request for shot information;

a speaker device including a speaker and a visual display;

a controller wirelessly coupled to the beacon, the controller configured to:

receive the request for shot information;

transmit the request for shot information to a processor;

receive the shot information from the remote device;

convert the shot information into an audio signal; and

play back the audio signal to an audio output.

BRIEF DESCRIPTION OF THE DRAWINGS

The features, nature, and advantages of the present disclosure will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout.

FIG. **1** depicts the components of an audio system according to an aspect of the present disclosure.

FIG. **2** depicts a usage scenario of an audio system according to an aspect of the present disclosure.

FIG. **3**A depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

FIG. **3**B depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

FIG. **3**C depicts a hardware architecture of an earpiece beacon according to an aspect of the present disclosure.

FIG. **4** depicts a method of determining a shot information according to an aspect of the present disclosure.

FIG. **5** is a perspective view of an illustrative ear bud in accordance with an embodiment of the present disclosure.

FIG. **6** is a side view of an illustrative ear bud located in an ear of a user in accordance with an embodiment of the present disclosure.

FIG. **7**A is a perspective view showing the audio system including a visual display attached to an upright steel support member of the golf cart according to an aspect of the present disclosure.

FIG. **7**B is a side view of the audio system including a visual display attached to a metal plate with a rear concavity

of the rangefinder illustrating the standoff of the device from the surface of the metal plate according to an aspect of the present disclosure.

FIG. **7**C is a front elevational view of the audio system including a visual display attached to the golf cart post of FIG. **7**A with the display providing information according to an aspect of the present disclosure.

FIG. **8** shows an exploded view of the housing of the audio system including a visual display according to an aspect of the present disclosure.

FIG. **9** and FIG. **10** show illustrations of printed circuit boards of audio systems including a visual display according to an aspect of the present disclosure.

FIG. **11** depicts a hardware architecture of an audio system including a visual display according to an aspect of the present disclosure.

DETAILED DESCRIPTION

The present disclosure provides audio systems and methods for obtaining a personalized information, including information relating to a user's location, environment and/or gameplay. According to one aspect, the present disclosure provides a portable, wireless speaker that includes a beacon that a user may activate remotely to trigger a request for shot information for the user. Shot information, as used herein, may include information such as, without limitation, a user's location, environmental elements, landmarks, distances, gameplay history, ambient or crowd noises, or the like. The beacon may be wirelessly coupled to a controller, such as an application installed and running on a mobile device. According to one aspect, the controller may receive shot information from a remote device, such as a GPS-enabled location service. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause, attenuate or otherwise adapt the playback of audio on the speaker to play out the shot information.

FIG. **1** depicts the components of an audio system **100** according to an aspect of the present disclosure. The audio system may include a speaker device **102** that forms or defines one or more voids **111**. The audio system **100** may include one or more speakers **110** aligned with the voids **111** and configured to play back audio content stored in memory or streamed from a connected device, such as a mobile device **208**. A fabric or other covering material may be disposed over the speakers **110** to prevent dust and other air-borne debris from entering the speaker **110** or speaker device **102**. A power source (not shown) may provide energy to the audio system **100**. The power source may be any power source commonly known in the art, including a rechargeable battery and/or an AC power connecter.

A control panel **112** may be configured to alter, adjust or otherwise control the audio playback. According to one aspect, the control panel **112** may include one or more buttons formed in or on the body, and coupled to a controller (not shown). The controller, as described herein may be software, hardware or a combination of both. According to one aspect, the controller may be a software application resident on a mobile device **208**. Alternatively, the controller may reside in the speaker device **102**. Control buttons may include a power button **114**, a play/pause button **116**, an up-volume button **118** and a down-volume button **120**. The power button **114** may also function as a pairing button, establishing a paired connection with the mobile device **208** or another device. A microphone **122** may be coupled to the controller to receive voice activation commands or signals to control further the audio system. According to one aspect the

speaker device **102** may include a magnetic mount **128** configured to mount the speaker device **102** securely to a metal or other magnetic material.

According to one aspect, the audio system **100** may include a beacon **124** that is coupled to the controller. The beacon **124** may be sized and shaped to fit into a recess **104** formed or defined in the speaker device **102**. According to one aspect, the beacon **124** may be in the form of a poker chip-sized device suitable for carrying in the user's pocket. The speaker device **102** may include a beacon magnet **108**, or magnetic material, to correspond to a magnet, or magnetic material, on the beacon **124**. The beacon magnet **108** may be adapted to retain the beacon **124** in the recess **104** when the beacon **124** is not in use. According to one aspect, the speaker device **102** may further include a wireless charging interface **106** that, when the beacon **124** is placed in the recess **104**, recharges a battery (not shown) in the beacon **124** using the audio system power source. The audio system **100** may also include one or more connection ports **130** configured to provide a connection to other devices. The connection ports **130** may be configured as charging ports for additional devices, AC adapter plugs, or audio input plugs.

The audio system **100** may provide audio playback from a remote device such as a mobile device **208** or other device coupled to the audio system **100**. For example, the audio system **100** may be wirelessly coupled to the mobile device **208** using a Bluetooth or similar protocol. The audio system **100** and the beacon **102** may be paired with the mobile device **208** such that audio playback initiated on the mobile device **208** may be wirelessly transmitted to the audio system **100** for playback. The user may control the playback of the audio content using the control panel **112**. Alternatively, the audio system **100** may include a local memory on which audio content may be stored for playback. Further yet, an audio source may be coupled to the audio system **100** using a wired connection using a connection port **130**.

The audio system **100** may be portable such that it may be taken outdoors or in a vehicle. According to one aspect, outdoor enthusiasts, such as a golfer, may use the audio system **100** while out on a course playing golf. In such instances, the audio system **100** may be carried in a golf bag or in a golf cart, mounted to a metal surface of the cart using the magnetic mount **128**. As described herein, the golfer may use the beacon **124** to trigger a shot information request to determine the information relating to the golfer's location, distance to a target or other gameplay information. The beacon **124** may be triggered by pressing an actuator **126**, such as a button, touchpad or sensor on the beacon **124**. The shot information request may be transmitted to the mobile device **208** which may determine the requested shot information and transmit such information to the audio system **100** to be played out as an audio signal from the speaker **110**. The mobile device **208** may determine the shot information using any number of resources including but not limited to, geographic information, environmental information, game-play history, or other information. Geographic information may be obtained from a GPS provider or GPS-enabled location service. Environmental information, such as course information, landmarks, distances, and other area information may be obtained from locally stored data or remote databases storing such information. Gameplay history and other information may similarly be retrieved or obtained from local or remote storage locations.

FIG. **2** depicts a usage scenario **200** of an audio system according to an aspect of the present disclosure. A golfer **202** may be playing on a course **204**. According to one aspect,

the golf course **204** may have published statistics and other information about the course in a database that may be accessible to the golfer **202**. Such information may include hole maps, elevations, distances, and other information a golfer may desire during play. The golfer **202** may access the available course information via a website, mobile application or other source accessible by the golfer's mobile phone or other mobile device **208**. The mobile device **208** may include or communicate with location services such as a global position system (GPS) or other location service that may interface with the mobile device **208** and any application or web-browser through which the golfer **202** may access course information.

According to one aspect, the golfer **202** may remove the beacon **124** from the speaker device **102** and carry the beacon **124** in a pocket such that the beacon **124** is consistently at the golfer's location and is easily accessible. For example, if the golfer is using a cart **212** and has parked the cart on a path **214**, the golfer may keep the beacon **124** with him as he walks to the golf ball while the audio system remains in the cart **212**, or mounted to the cart frame using the magnetic mount **128**. Prior to taking a shot, the golfer **202** may wish to determine shot information, for example the distance from the golfer **202** to a target **206**, such as a hole or flagstick. Knowing the distance to the target **206** allows the golfer **202** to determine more accurately an appropriate club to hit as well as the appropriate swing speed and strength. The golfer may retrieve the beacon **124** from a pocket and press the actuator **126**. To avoid having to remove the beacon **124** from a pocket, the golfer may trigger the beacon **124** through the golfer's pocket by pressing the actuator **126**. The beacon **124** may transmit a request to the mobile device **208**. In an alternative configuration, the request may be transmitted to a controller resident on the speaker device **102**.

In embodiments, the beacon **124** includes a GPS antenna to provide accurate information about its location when it is physically separate from the audio system **100**. For example, the audio system **100** may be placed on a golf bag or golf cart and the beacon **124** may be carried on or worn by a user during play. In some instances, the cart or bag may be at one location on the golf course, such as a cart path or parking area, and the user may be addressing the user's golf ball at a second location remote from the audio system, such as on a fairway. More accurate shot information may be provided to the user if the beacon **124** is carried to close proximity to the golf ball and is used to determine the GPS location instead of the audio system **100**.

According to one aspect of the present disclosure, the beacon **124** may trigger a listening request that may including a request for shot information. Actuating the beacon **124** may activate the microphone **122**, which may be located on the speaker device **102** or the mobile device **208**, and put the audio system into a listening mode, to which a golfer may issue verbal instructions, commands or requests. The verbal instructions may be processed using a voice assistant capability of the mobile device **208** or an application on the mobile device **208**.

The mobile device **208** and its controller may receive the shot information request and consult the environmental information in conjunction with location information obtained by the mobile device **208**, received from a GPS satellite **210** for example. The mobile device **208** may correlate the location information obtained from the GPS system or other location service with the environmental information to determine where on the course the mobile device **208** or beacon **124** are located. From the correlated

location, the mobile device **208** may determine the distance from the beacon **124** or audio system **100** to the target **206**. Knowing the distance to the target **206**, the golfer **202** may select an appropriate club and adapt their golf swing accordingly.

The mobile device **208** may convert the shot information into an audio signal and transmit the audio signal to the audio system **100**. The audio system **100** may receive the audio signal and, if already playing audio content, adapt the audio and playout the audio signal indicating the shot information, i.e., the distance to the target **206**. The audio system may adapt the currently playing audio by pausing the audio, attenuating the volume of the audio content, or the like. Alternatively, the audio system may include the capability to receive and convert the shot information to an audio signal. Previously playing audio content may resume playing normally after the shot information is played out.

When the beacon **124** is not in use, the golfer **202** may replace the beacon **124** into the recess **104** of the speaker device **102**, where magnetic materials may retain the beacon **124** and the battery of the beacon **124** may be recharged wirelessly by the charging interface **106**. Such wireless charging systems are known in the art.

As described herein, aspects of the present disclosure provide one or more audio systems configured to broadcast, or otherwise transmit audio signals, including audio signals relating to shot information, from one or more speakers. The audio systems may include a beacon **124** used to trigger a shot information request that is transmitted to a controller, such as a mobile phone application, or similar device. The audio system may receive the shot information from the mobile device and play such information out as audio. The audio system's functionality may be embodied, fully or in part, in a computing system.

FIG. **3**A depicts a computer system **300** according to one aspect of the present disclosure. In general, the computer system **300** may include a computing device **310**, such as a special-purpose computer designed and implemented for directing and controlling the output of audio signals. The computing device **310** may be or include data sources, client devices, and so forth. For example, the computing device **310** may include a microprocessor installed and disposed within an internal area mobile device. In certain aspects, the computing device **310** may be implemented using hardware or a combination of software and hardware. The computing device **310** may be a standalone device, a device integrated into another entity or device, a platform distributed across multiple entities, or a virtualized device executing in a virtualization environment. According to one aspect, the computing device **310** may be a mobile device, such as a mobile phone, tablet, phablet, PC or the like. According to another aspect, the computing device **310** may be a speaker device.

The computing device **310** may communicate across a network **302**. The network **302** may include any data network(s) or internetwork(s) suitable for communicating data and control information among participants in the computer system **300**. This may include public networks such as the Internet, private networks, and telecommunications networks such as the Public Switched Telephone Network or cellular networks using cellular technology and/or other technologies, as well as any of a variety other local area networks or enterprise networks, along with any switches, routers, hubs, gateways, and the like that might be used to carry data among participants in the computer system **300**.

The network **302** may also include a combination of data networks and need not be limited to a strictly public or private network.

The computing device **310** may communicate with an external device **304**. The external device **304** may be any computer or other remote resource that connects to the computing device **310** through the network **302**. This may include any of the servers or data sources described herein, including servers, content providers, databases or other sources for shot information to be used by the devices as described herein.

In general, the computing device **310** may include a controller **312**, a memory **314**, a network interface **316**, a data store **318**, and one or more input/output interfaces **320**. The computing device **310** may further include or be in communication with peripherals **322** and other external input/output devices that might connect to the input/output interfaces **320**.

The controller **312** may be implemented in software, hardware or a combination of software and hardware. According to one aspect, the controller **312** may be implemented in application software running on a mobile device. Alternatively, the controller **312** may include a processor or other processing circuitry capable of processing instructions for execution within the computing device **310** or computer system **300**. The controller **312**, as hardware, may include a single-threaded processor, a multi-threaded processor, a multi-core processor and so forth. The controller **312** may be capable of processing instructions stored in the memory **314** or the data store **318**.

The memory **314** may store information within the computing device **310**. The memory **314** may include any volatile or non-volatile memory or other computer-readable medium, including without limitation a Random-Access Memory (RAM), a flash memory, a Read Only Memory (ROM), a Programmable Read-only Memory (PROM), an Erasable PROM (EPROM), registers, and so forth. The memory **314** may store program instructions, program data, executables, and other software and data useful for controlling operation of the computing device **310** and configuring the computing device **310** to perform functions for a user. The memory **314** may include a number of different stages and types of memory for different aspects of operation of the computing device **310**. For example, a processor may include on-board memory and/or cache for faster access to certain data or instructions, and a separate, main memory or the like may be included to expand memory capacity as desired. All such memory types may be a part of the memory **314** as contemplated herein.

The memory **314** may, in general, include a non-volatile computer readable medium containing computer code that, when executed by the computing device **310** creates an execution environment for a computer program in question, e.g., code that constitutes processor firmware, a protocol stack, a database management system, an operating system, or a combination of the foregoing, and that performs some or all of the steps set forth in the various flow charts and other algorithmic descriptions set forth herein. While a single memory **314** is depicted, it will be understood that any number of memories may be usefully incorporated into the computing device **310**.

The network interface **316** may include any hardware and/or software for connecting the computing device **310** in a communicating relationship with other resources through the network **302**. This may include remote resources accessible through the Internet (e.g. audio streaming), as well as local resources available using short range communications

protocols using, e.g., physical connections (e.g., Ethernet), radio frequency communications (e.g., Wi-Fi, Bluetooth), optical communications (e.g., fiber optics, infrared, or the like), ultrasonic communications, or any combination of these or other media that might be used to carry data between the computing device 310 and other devices. The network interface 316 may, for example, include a router, a modem, a network card, an infrared transceiver, a radio frequency (RF) transceiver for receiving AM/FM or satellite radio sources, a near field communications interface, a radio-frequency identification (RFID) tag reader, or any other data reading or writing resource or the like.

The network interface 316 may include any combination of hardware and software suitable for coupling the components of the computing device 310 to other computing or communications resources. By way of example and not limitation, this may include electronics for a wired or wireless Ethernet connection operating according to the IEEE 802.11 standard (or any variation thereof), or any other short or long range wireless networking components or the like. This may include hardware for short range data communications such as Bluetooth or an infrared transceiver, which may be used to couple to other local devices, or to connect to a local area network or the like that is in turn coupled to a data network 302 such as the Internet. This may also include hardware/software for a WiMax connection or a cellular network connection (using, e.g., CDMA, GSM, LTE, or any other suitable protocol or combination of protocols). The network interface 316 may be included as part of the input/output devices 320 or vice-versa.

The data store 318 may be any internal memory store providing a computer-readable medium such as a disk drive, an optical drive, a magnetic drive, a flash drive, or other device capable of providing mass storage for the computing device 310. The data store 318 may store computer readable instructions, data structures, program modules, and other data for the computing device 310 or computer system 300 in a non-volatile form for relatively long-term, persistent storage and subsequent retrieval and use. For example, the data store 318 may store an operating system, application programs, program data, databases, files, and other program modules or other software objects and the like.

The input/output interface 320 may support input from and output to other devices that might couple to the computing device 310. This may, for example, include serial ports (e.g., RS-232 ports), universal serial bus (USB) ports, optical ports, Ethernet ports, telephone ports, audio jacks, component audio/video inputs, HDMI ports, and so forth, any of which might be used to form wired connections to other local devices. This may also include an infrared interface, RF interface, magnetic card reader, or other input/output system for wirelessly coupling in a communicating relationship with other local devices. It will be understood that, while the network interface 316 for network communications is described separately from the input/output interface 320 for local device communications, these two interfaces may be the same, or may share functionality, such as where a USB port 370 is used to attach to a Wi-Fi accessory, or where an Ethernet connection is used to couple to a local network attached storage. The input/output interface 320 may further output audio signals to the speakers 322 of the audio system, as described herein.

A peripheral 322 may include any device used to provide information to or receive information from the computing device 310. This may include human input/output (I/O) devices such as a keyboard, a mouse, a mouse pad, a track ball, a joystick, a microphone, a foot pedal, a camera, a touch screen, a scanner, or other device that might be employed by the user 330 to provide input to the computing device 310. This may also or instead include a display, a printer, a projector, a headset or any other audiovisual device for presenting information to a user. The peripheral 322 may also or instead include a digital signal processing device, an actuator, or other device to support control of or communication with other devices or components. In one aspect, the peripheral 322 may serve as the network interface 316, such as with a USB device configured to provide communications via short range (e.g., Bluetooth, Wi-Fi, Infrared, RF, or the like) or long range (e.g., cellular data or WiMax) communications protocols. In another aspect, the peripheral 322 may augment operation of the computing device 310 with additional functions or features, such as a GPS device, or other device. In another aspect, the peripheral 322 may include a storage device such as a flash card, USB drive, or other solid-state device, or an optical drive, a magnetic drive, a disk drive, or other device or combination of devices suitable for bulk storage. More generally, any device or combination of devices suitable for use with the computing device 310 may be used as a peripheral 322 as contemplated herein.

Other hardware 326 may be incorporated into the computing device 310 such as a co-processor, a digital signal processing system, a math co-processor, a graphics engine, a video driver, a camera, a microphone, additional speakers, and so forth. The other hardware 326 may also or instead include expanded input/output ports, extra memory, additional drives, and so forth.

A bus 332 or combination of busses may serve as an electromechanical backbone for interconnecting components of the computing device 310 such as the controller 312, memory 314, network interface 316, other hardware 326, data store 318, and input/output interface. As shown in the figure, each of the components of the computing device 310 may be interconnected using a system bus 332 in a communicating relationship for sharing controls, commands, data, power, and so forth.

FIG. 3B depicts a computer system 300 according to other aspects of the present disclosure. In certain embodiments the I/O interface facilitates communication with input and output devices for interacting with a user. For example, the I/O interface may communicate with one or more devices such, as a user-input device and/or a display 350 which may be instantiated on the device described herein or on a separate device such as a mobile device 208, which enable a user to interact directly with the controller 312 via bus 332. In these embodiments, the computer system may further include a display 350 to provide visual output to the user. The user-input device may include one or more push-buttons, a touch screen, or other devices that allows a user to input information. The display 350 may include any of a variety of visual displays, such as a viewable screen, a set of viewable symbols or numbers, and so on.

The GPS receiver 340 includes GPS functionality or another location service in an installed application. A GPS antenna 342 enables the device to obtain location information from a GPS satellite 210. In some embodiments, a GPS antenna may be physically located on the beacon 124 to enable the audio system 100 to locate the position of the beacon 124 if it is separated from the audio system 100.

A power source (not shown) may provide energy to the audio system 100. The power source may be any power source commonly known in the art, including a rechargeable battery 360 and/or an AC power connecter for recharging the device.

FIG. **11** depicts a computer system according to other aspects of the present disclosure. In certain embodiments the I/O interface facilitates communication with input and output devices for interacting with a user. For example, the I/O interface may communicate with one or more devices (not shown) via a USB port **247** and/or a display **116** to provide visual output to the user which may be instantiated on a device described herein or on a separate device, which enable a user to interact directly with the processor **276**. The system includes a GPS Receiver **260** and GPS antenna **264** to localize the computer system in its environment (e.g. at a location within a golf course). The computer system also comprises memory **278**. Battery **242** powers the computer system.

FIG. **4** depicts a method of obtaining shot information according to an aspect of the present disclosure. As described herein, and shown in block **402**, the audio system may receive a request for shot information. A user, such as a golfer, wishing to receive information on the user's location or surrounding environmental features, may initiate the request by actuating a beacon **124**. The beacon **124** may be a portable and removable component of the audio system that is paired, via a wireless protocol like Bluetooth, to the audio system and/or a remote device.

In some embodiments, the beacon may include an earpiece such as an earbud, or pair of earbuds, as described in greater detail below. FIG. **3C** depicts a hardware architecture of an earpiece beacon according to an aspect of the present disclosure. The earpiece beacon **380** is in wireless communication with the input/output interface **320** of computing device **310** of FIG. **3B** via wireless communications unit **381**. A controller **382** in operational connectivity with controller **312** of computing device **310** controls the functions of the earpiece beacon **380**. The earpiece beacon **380** includes a GPS Receiving Unit **383** and GPS antenna **384** to localize the beacon in its environment (e.g. at a location within a golf course). The earpiece beacon **380** includes speaker(s) **385** to provide audio output to the user (e.g. shot information) and a microphone **386** to receive voice input from a user. Sensor(s) **387** detect conditions related to the earpiece beacon **380** such as positioning near a user's ear and tap signals from a user. A rechargeable battery **388** supplies power to the components of the earpiece beacon **380**. All components of the earpiece beacon **380** are interconnected by bus **389**.

As shown in block **404**, the request may be transmitted to a controller on a mobile device, such as a GPS-enabled mobile device, to which the audio system is wirelessly coupled or coupled using an appropriate data transmission cable. Alternatively, the GPS-enabled mobile device may be part of the audio system itself, such as a speaker device. As shown in block **406**, the controller may determine the user's geographic location using the mobile device's native GPS functionality or another location service in an installed application. Application software on the remote device may include local environmental information relating to the user's location. For example, the application software may include maps, elevations, distances, crowd sound effects, or the like relating to a golf course and or gameplay on which the user is located.

As shown in block **408**, the controller, relying on the user's geographic location, may correlate the user's location with the environmental data of the application software to generate the shot information requested. The shot information may include information as to the user's location in or on a defined area, such as a golf course, various landmarks, markers, or the like. According to one aspect, the application

software may include or access a database storing shot information of a number of golf courses. Based on the geographic location, the controller may determine the golf course on which the user is located. The controller may correlate the geographic location with the location information of the identified golf course to generate the shot information. The shot information may also include an elevation, distance, crowd sound effects, or other gameplay information relating to the user's location and target, such as a flagstick, bunker, or other known landmark.

As shown in block **410**, the shot information may be converted into an audio signal capable of being played out by the audio system. For example, the shot information may indicate that the user is 100 yards from the flagstick of the current hole being played. The shot information, for example, may be converted to an audio signal that states "You are 100 yards from the flagstick."

As shown in block **412**, the audio system may determine if audio content is already playing from the speakers when the shot information audio signal is ready to be played. If there is no audio currently being played out, the audio system may initiate the playback of the shot information audio signal, as shown in block **414**. If, however, audio content is being played, the audio system may adapt the content, as shown in block **416**. The controller may attenuate the volume of the current audio, pause the current audio, or the like. Once the audio content is adapted accordingly, the audio system may play back the shot information audio signal, as shown in block **418**. Once the shot information is played back, as shown in block **420**, the audio system may resume playback of the audio content.

As shown in block **422**, the request for shot information may be completed and the audio system may continue to operate playing audio content until another request is initiated.

While aspects of the present disclosure provide for a pressure activated beacon, using a button or touch pad, one skilled in the art will recognize that other triggers may be implemented to initiate a shot information request, including tap signals or voice commands.

The various illustrative logical blocks, modules and circuits described in connection with the present disclosure may be implemented or performed with a processor specially configured to perform the functions discussed in the present disclosure. The processor may be a neural network processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array signal (FPGA) or other programmable logic device (PLD), discrete gate or transistor logic, discrete hardware components or any combination thereof designed to perform the functions described herein. Alternatively, the processing system may comprise one or more neuromorphic processors for implementing the neuron models and models of neural systems described herein. The processor may be a microprocessor, controller, microcontroller, or state machine specially configured as described herein. A processor may also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or such other special configuration, as described herein.

The steps of a method or algorithm described in connection with the present disclosure may be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module may reside in storage or machine readable medium, including random access memory (RAM), read only memory (ROM), flash

13

memory, erasable programmable read-only memory (EPROM), electrically erasable programmable read-only memory (EEPROM), registers, a hard disk, a removable disk, a CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. A software module may comprise a single instruction, or many instructions, and may be distributed over several different code segments, among different programs, and across multiple storage media. A storage medium may be coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium may be integral to the processor.

The methods disclosed herein comprise one or more steps or actions for achieving the described method. The method steps and/or actions may be interchanged with one another without departing from the scope of the claims. In other words, unless a specific order of steps or actions is specified, the order and/or use of specific steps and/or actions may be modified without departing from the scope of the claims.

The functions described may be implemented in hardware, software, firmware, or any combination thereof. If implemented in hardware, an example hardware configuration may comprise a processing system in a device. The processing system may be implemented with a bus architecture. The bus may include any number of interconnecting buses and bridges depending on the specific application of the processing system and the overall design constraints. The bus may link together various circuits including a processor, machine-readable media, and a bus interface. The bus interface may be used to connect a network adapter, among other things, to the processing system via the bus. The network adapter may be used to implement signal processing functions. For certain aspects, a user interface (e.g., keypad, display, mouse, joystick, etc.) may also be connected to the bus. The bus may also link various other circuits such as timing sources, peripherals, voltage regulators, power management circuits, and the like, which are well known in the art, and therefore, will not be described any further.

The processor may be responsible for managing the bus and processing, including the execution of software stored on the machine-readable media. Software shall be construed to mean instructions, data, or any combination thereof, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise.

In a hardware implementation, the machine-readable media may be part of the processing system separate from the processor. However, as those skilled in the art will readily appreciate, the machine-readable media, or any portion thereof, may be external to the processing system. By way of example, the machine-readable media may include a transmission line, a carrier wave modulated by data, and/or a computer product separate from the device, all which may be accessed by the processor through the bus interface. Alternatively, or in addition, the machine-readable media, or any portion thereof, may be integrated into the processor, such as the case may be with cache and/or specialized register files. Although the various components discussed may be described as having a specific location, such as a local component, they may also be configured in various ways, such as certain components being configured as part of a distributed computing system.

The machine-readable media may comprise a number of software modules. The software modules may include a

14

transmission module and a receiving module. Each software module may reside in a single storage device or be distributed across multiple storage devices. By way of example, a software module may be loaded into RAM from a hard drive when a triggering event occurs. During execution of the software module, the processor may load some of the instructions into cache to increase access speed. One or more cache lines may then be loaded into a special purpose register file for execution by the processor. When referring to the functionality of a software module below, it will be understood that such functionality is implemented by the processor when executing instructions from that software module. Furthermore, it should be appreciated that aspects of the present disclosure result in improvements to the functioning of the processor, computer, machine, or other system implementing such aspects.

If implemented in software, the functions may be stored or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media include both computer storage media and communication media including any storage medium that facilitates transfer of a computer program from one place to another.

Further, it should be appreciated that modules and/or other appropriate means for performing the methods and techniques described herein can be downloaded and/or otherwise obtained by a user terminal and/or base station as applicable. For example, such a device can be coupled to a server to facilitate the transfer of means for performing the methods described herein. Alternatively, various methods described herein can be provided via storage means, such that a user terminal and/or base station can obtain the various methods upon coupling or providing the storage means to the device. Moreover, any other suitable technique for providing the methods and techniques described herein to a device can be utilized.

In some embodiments, the beacon **124** may be instantiated in an earpiece that the user wears during use of the system. The term "earpiece" as used herein is a speaker placed inside or held near to the ear of a user. In some embodiments, an earpiece may further include an arm or bow configured to wrap around the back of a user's ear to hold it in place. In some embodiments, an earpiece may further include an arm configured to wrap around a portion of a user's head or neck to hold it in place. In some embodiments, the earpiece may include speakers for both of a user's ears. In some embodiments, an earpiece may further include an accessory such as a clip to attach the earpiece to a cap or glasses to be worn by a user during play. In some embodiments, an earpiece further includes a microphone **122** to receive audio (verbal) input from a user. In some embodiments, an earpiece may further include one or more actuators configured to receive physical input from a user such as a "touch" or "tap". The actuator may be a mechanical device such as a switch, microswitch, button, dial, or slider, or it may be a sensor such as a pressure sensor detect pressure from a user's finger.

In some embodiments wherein the beacon **124** is instantiated in an earpiece, the earpiece is in wireless connectivity to the audio system **100** via a defined communications protocol such that the earpiece is recognized by the audio system **100** as an allowed input/output (I/O) device. The system **100** will perform handshaking operations using the protocol to detect and link with the earpiece to activate the beacon functionality in the earpiece. In embodiments, the audio system **100** may link the earpiece to a mobile device **208** such as a cellular telephone to enable the earpiece to provide audio

functionality for the mobile device **208**, allowing the system to provide cellular communications.

The earpiece may have control circuitry, wireless communications circuitry (e.g., one or more radio-frequency transceivers for supporting wireless communications over links to the audio system, speaker(s) and may have additional components such as microphones, one or more sensors (e.g., one or more optical proximity sensors including light-emitting diodes for emitting infrared light or other light and including light detectors that detect corresponding reflected light), and accelerometers. Speakers may play audio into the ears of a user. Microphones may gather audio data such as the voice of a user who is making a telephone call. Accelerometers may detect when ear buds are in motion or are at rest. During operation of the earpiece, a user may supply tap commands (e.g., double taps, triple taps, other patterns of taps, single taps, etc.) to control the operation of the earpiece. Tap commands may be detected using accelerometer. Optical proximity sensor input and other data may be used when processing tap commands to avoid false tap detections.

Control circuitry on the earpiece and control circuitry of device **100** may be used to run software on the earpiece and device **100**, respectively. During operation, the software running on control circuitry may be used in gathering sensor data, user input, and other input and may be used in taking suitable actions in response to detected conditions. As an example, control circuitry may be used in handling audio signals in connection with the shot information from the audio system **100** when it is determined that a user is wearing the earpiece. In some embodiments, control circuitry may be linked to a user's cellular telephone to route incoming cellular telephone calls to the earpiece. Control circuitry may also be used in coordinating operation between a pair of earpieces, such as ear buds **500**, that are paired with a common host device (e.g., device **102**), handshaking operations, etc.

In some situations, it may be desirable to accommodate stereo playback from the earpiece. This can be handled by designating one speaker of a pair of speakers (one placed at each of the user's ears) associated with an earpiece as a primary earpiece and the second speaker as a secondary earpiece. For example, the earpiece may include a pair of earbuds as described further below. The primary earpiece may serve as a slave device while device **102** serves as a master device. A wireless link between device **100** and the primary earpiece may be used to provide the primary earpiece with stereo content. The primary earpiece may transmit one of the two channels of the stereo content to the secondary earpiece for communicating to the user (or this channel may be transmitted to the secondary earpiece from device **102**). Microphone signals (e.g., voice information from the user during a telephone call) may be captured by using microphone **122** in the primary earpiece and conveyed wirelessly to device **100**.

Sensors may include strain gauge sensors, proximity sensors, ambient light sensors, touch sensors, force sensors, temperature sensors, pressure sensors, magnetic sensors, accelerometers (see, e.g., accelerometers), gyroscopes and other sensors for measuring orientation (e.g., position sensors, orientation sensors), microelectromechanical systems sensors, and other sensors. Proximity sensors in sensors may emit and/or detect light and/or may be capacitive proximity sensors that generate proximity output data based on measurements by capacitance sensors (as examples). Proximity sensors may be used to detect the presence of a portion of a user's ear to the earpiece and/or may be triggered by the

finger of a user (e.g., when it is desired to use a proximity sensor as a capacitive button).

Audio ports may be used for gathering sound for a microphone **122** and/or for providing sound to a user (e.g., audio associated with shot information, a telephone call, media playback, an audible alert, etc.). For example, an audio port may be a speaker port that allows sound from speaker to be presented to a user. Sound may also pass through additional audio ports (e.g., one or more perforations may be formed in housing to accommodate microphone **122**).

Sensor data (e.g., proximity sensor data, accelerometer data or other motion sensor data), wireless communications circuitry status information, and/or other information may be used in determining the current operating state of the earpiece. Proximity sensor data may be gathered using proximity sensors located at any suitable locations in a housing of the earpiece.

A notable earpiece includes an earbud or pair of earbuds. The term "earbud" as used herein is an earpiece designed to be inserted into or to rest just outside of the outer ear canal. One earbud may be used, or a pair of earbuds may be used, one in each of a user's ear.

FIG. **5** is a perspective view of an illustrative ear bud. As shown in FIG. **5**, ear bud **500** may include a housing such as housing **510**. Housing **510** may have walls formed from plastic, metal, ceramic, glass, sapphire or other crystalline materials, fiber-based composites such as fiberglass and carbon-fiber composite material, natural materials such as wood and cotton, other suitable materials, and/or combinations of these materials. Housing **510** may have a main portion such as main body **510-1** that houses audio port **520** and a stem portion such as stem **510-2** or other elongated portion that extends away from main body portion **510-1**. During operation, a user may grasp stem **510-2** and, while holding stem **510-2**, may insert main portion **510-1** and audio port **520** into the ear. When ear buds **500** are worn in the ears of a user, stem **510-2** may be oriented vertically in alignment with the Earth's gravity (gravity vector) and verticality may be determined by a sensor (not shown).

FIG. **6** is a side view of ear bud **500** in an illustrative configuration in which ear bud **500** has two proximity sensors **631** and **632**. Sensors **631** and **632** may be mounted in main body portion **510-1** of housing **510**. If desired, additional sensors (e.g., one, two, or more than two sensors that are expected to produce no proximity output when ear buds **500** are being worn in a user's ears and which may therefore sometimes be referred to as null sensors) may be mounted on stem **510-2**. Other proximity mounting arrangements may also be used. In the example of FIG. **6**, there are two proximity sensors on housing **510**. More proximity sensors or fewer proximity sensors may be used in ear bud **500**, if desired. An audio port for a microphone (not shown) may be positioned in stem **510-2**.

As shown in FIG. **6**, ear bud **500** may be inserted into the ear (ear **600**, shown in schematic cross-section) of a user, so that speaker port **520** is aligned with ear canal **610**. Ear **600** may have features such as concha **621**, tragus **622**, and antitragus **623**. Proximity sensors such as proximity sensors **631** and **632** may output positive signals when ear bud **500** is inserted into ear **600**. Sensor **631** may be a tragus sensor and sensor **632** may be a concha sensor or sensors such as sensors **631** and/or **632** may be mounted adjacent to other portions of ear **600**.

In addition to sensor and accelerometer data, control circuitry may use information from contact sensors in ear buds **500** to help determine earbud location. For example, a

17            18

contact sensor may be coupled to the electrical contacts (see, e.g., contacts **640** of FIG. **3**) in an ear bud that are used for charging the ear bud when the ear bud is in a case (e.g. a recess in audio system **100**). Control circuitry can detect when contacts **640** are mated with case contacts and when ear buds **500** are receiving power from a power source in the case. Control circuitry may then conclude that ear buds **500** are in the storage case. Output from contact sensors can therefore provide information indicating when ear buds are located in the case and are not in the user's ear.

The accelerometer data from accelerometers may be used to provide control circuitry with motion context information. The motion context information may include information on the current orientation of an ear bud (sometimes referred to as the "pose" or "attitude" of the ear bud) and may be used to characterize the amount of motion experienced by an ear bud over a recent time history (the recent motion history of the ear bud).

A user may supply tap input to ear buds **500**. For example, a user may supply double taps, triple taps, single taps, and other patterns of taps by striking a finger against the housing **510** of an ear bud **500** to control the operation of ear buds **500** (e.g., to request shot information from device **100**, answer incoming telephone calls to mobile device **208** (mobile telephone), to end a telephone call, to navigate between media tracks that are being played back to the user by device **100**, to make volume adjustments, to play or to pause media, etc.). Control circuitry may process output from accelerometers to detect user tap input. In some situations, pulses in accelerometer output will correspond to tap input from a user. In other situations, accelerometer pulses may be associated with inadvertent tap-like contact with the ear bud housing and can be ignored.

It may be desirable to adjust the operation of the earpiece based on the current state of the earpiece. For example, it may be desirable to activate more functions of the earpiece when the earpiece is located at a user's ear(s) and being actively used than when not in use. Control circuitry may keep track of the current operating state (operating mode) of the earpiece by implementing a state machine. Control circuitry may, for example, use sensor data and other data to determine whether the earpiece (e.g. earbud(s)) is in a user's ears or not in a user's ears and may adjust the operation of the earpiece accordingly.

For example, a state machine may determine that the earpiece is not in position at a user's ear(s) and configure the audio system to provide audio through speaker **110** on speaker device **102** in a "public" state. Determining a public state may include determining that the earpiece is in the recess **122** of the audio system **100**, such as by determining that electrical contacts (see, e.g., contacts **640** of FIG. **6**) in an earpiece that are used for charging the earpiece are mated with charger contacts and receiving power from a power source in audio system **100**. If the earpiece (earbud) is not in the charging recess, but is not positioned properly at a user's ear, the state machine may determine that the earpiece is in an "inactive" state. Determination that an earpiece (earbud) is not properly positioned at a user's ear may include absence of signals from proximity sensors such as **631** and **632** of FIG. **6**, an indication from a sensor that stem **510**-**2** is not in a vertical pose, and/or other sensor information. When the earpiece is in an inactive state, the audio system may be configured to provide audio through speaker **110** on speaker device **102**. If the earpiece (earbud) is positioned properly at a user's ear, the state machine may determine that the earpiece is in an "active" state. Determination that an earpiece (earbud) is properly positioned at a

user's ear may include presence of signals from proximity sensors such as **631** and **632** of FIG. **6**, an indication from a sensor that stem **510**-**2** is in a vertical pose, and/or other sensor information. When the earpiece is in an active state, the audio system may be configured to provide audio through an audio port or speaker on the earpiece (e.g. audio port **520** on earbud **500**) in a "private" state and may or may not provide audio through speaker **110** on the audio device **102**.

When the earpiece is in an active state, the earpiece functions as a user I/O device to control the audio system **100** and allows the user to control the audio states. For example, a tap signal on the earpiece may signal a request for shot information to the audio system **100**, which then provides audio shot information to the earpiece. Other tap signals may be used to provide other functions such as described above.

One can appreciate that a user may wish to customize the audio output to different options depending on circumstances. For example, a user may want to select which speaker provides audio output. A user may prefer using the system in a public state when a plurality (e.g. a pair or foursome) of golfers is present, and a private state when golfing alone. In some embodiments, when the earpiece is in an active state, a user may toggle between a public state, in which audio is provided through speaker **110**, and a private state, in which audio is provided through the earpiece. For example, audio including music may be provided through speaker **110** and shot information may be provided only to the speaker on the earpiece after a tap signal. If the earpiece is also linked to a user's mobile device **208**, audio input/output associated with the mobile device **208** may be provided only to the earpiece in a private state, and not through speaker **110**. A specific tap signal may be used to configure the system **100** in a "telephone" state. A user may also wish to place the system **100** into a "silent" state in which all input to the earpiece is blocked, such as when taking a shot.

For illustration, a golfer using the audio system **100** with other golfers may choose to travel around a golf course with the system in a public state so all golfers can hear the audio output (e.g. music or general course information provided by the course), toggle to the private state as part of a request for shot information, toggle to the silent state while taking a shot, and toggle back to the public state after taking the shot. Each change in state may be enacted by a tap signal on the earpiece.

The audio system **100** may be configured to link to a plurality of earpiece beacons when a plurality of users are golfing together. For example, two or more golfers having earpieces with the defined communications protocol may link their earpieces to a common audio system **100**. Each earpiece has a unique identifier so that the audio system can recognize each earpiece as a beacon and send and receive signals, audio and other communications to a specific earpiece controlled by an individual golfer.

In some embodiments, the audio system **100** further includes a visual display integral to the audio device **102** to provide display of visual information in addition to audio information. One can appreciate that inclusion of an integral display in an audio device **102** may require a generally planar configuration of at least a portion of the device to provide a suitable display and not a generally cylindrical configuration as shown in FIG. **1**.

In some embodiments including a digital display, the device **702** has a planar and generally rectangular front face having rounded corners, the front face with a display screen,

a housing having a top face, a bottom face and two lateral side faces that are generally rectangular with rounded corners, and a generally rectangular-shaped rearward face with rounded corners and a central projection. A magnet may be positioned in an interior of a housing at the central projection, the housing having an exterior planar surface at the magnet, the exterior planar surface conforming in size to the magnet. In embodiments, the rearward side has a projection that extends rearwardly at least 0.06 inches and less than 0.25 inches.

FIGS. **7**, **8**, **9** show aspects of an audio visual device **702** according to an aspect of the present disclosure. The embodiments shown in these figures are for illustration and not limitation.

The display screen is positioned to be viewable at the front face of the device **702** where the device has a housing **712**, where a portion of the housing **712** is utilized to provide an interface for a magnet **128**, the portion of the housing having an exterior surface with no recesses and no concavities. The portion of the housing may be the entire rearward face of the device with a display screen on the forward face. Such an arrangement provides an elegantly simple design that keeps manufacturing costs low with the simple design, for example a simple clam shell configuration.

FIG. **7A** is a perspective view showing the audio system including a visual display attached to an upright steel support member of the golf cart according to an aspect of the present disclosure.

FIG. **7B** is a side view of the audio system including a visual display attached to a metal plate with a rear concavity of the rangefinder illustrating the standoff of the device from the surface of the metal plate according to an aspect of the present disclosure.

FIG. **7C** is a front elevational view of the audio system including a visual display attached to the golf cart post of FIG. **7A** with the display providing information according to an aspect of the present disclosure.

Referring to FIGS. **7A**, **7B** and **7C**, the audiovisual device **702** with a magnetic attraction region **128** of the device housing **712** is attached to ferrous metal members, such as a steel post **710**. Exteriorly, the audiovisual device **702** has the housing **712** with a bezel **714** surrounding a display screen **716**. The display screen for display information **718** such as yards to the front, center and rear of a green, the current hole, and the par stroke number of the hole. Other displays may include a map of the course, a map of the current hole or other information. If the display is a touch-screen, icons for apps or control functions may be displayed for user input. A speaker **730** is also disposed on the front face of device **702**. Additionally, operational controls configured as pushbuttons **722** extend out of sidewall portions of the device **702**. Operational controls may include for example, a power button, play/pause button, up volume button, down volume button. Without limitation, operational controls may also be configured as dials, sliders or other control mechanisms (not shown). The device may also include a microphone **735** for audio (voice) input.

Still referring to FIGS. **7A**-**7C**, in embodiments, generally the audio visual device **702** has a front face **741**, a rearward face **742**, a top face **743**, a bottom face **744**, and two lateral side faces **745**, **746**. The housing **712** has a forward or bezel portion **714** and a rearward portion **715** that meet at a juncture **717**. The rearward portion has a projection or convexity **750** with a convexity surface **751**. The convexity is centrally positioned with respect to the device. The projection or convexity **750** may extend to edge portions **752** of the rearward side around an entire reward side periphery

**753**. The rearward edge portions **752** and forward edge portions **754** have surfaces that are rounded with a radius of, for example, about 0.12 inches or greater. The edge portions for the purpose of dimensional aspects are where the corner radius ends on the surface of the edge portions.

In embodiments, the convexity may have planar portions with planar surfaces at each of the four sides of the convexity, with the planar surface portions joined by smooth rounded corner surface portions. At the most distal portion of the convexity is a plateau surface portion **751** with an outwardly facing planar surface wherein a magnet **128** is located to provide a magnetic attachment point to temporarily attach the device to a ferrous surface such as a support structure on a golf cart. In embodiments, the magnet may be used to attach an accessory such as a clip for attaching the device **702** to a golf bag, cart or apparel such as a belt. From the most distal portion, the convexity diverges to the margins of the rearward face. The convexity may be generally in the shape of a four sided truncated pyramid with rounded corners, the truncation presenting the planar surface **751**. In other embodiments the convexity could be frusto-conical, or a truncated dome shaped. Indicia associated with the push buttons **722** may be provided on the rear convexity surface **751** or side faces **745**, **746**. The convexity may be subtle, for example extending a distance **166** of 0.25 inches or less rearwardly from the rearward edge portions.

In embodiments wherein the beacon is instantiated as an earpiece (e.g. earbuds) the convexity may also include a recess or compartment (not shown) for storage and charging of the earpiece when not in use.

In the embodiment shown in FIGS. **7A**-**7C**, the device **702** has the speaker **730** and microphone **735** disposed on the front face **741**. In other embodiments, the speaker **730** and microphone **735** may be disposed on other faces such as top face **743** and/or lateral side faces **745**, **746**. Advantageously, such configurations may provide for a larger visual display **716** on the front face **741**. Speakers disposed on the lateral side faces **745**, **746** may provide stereo play of the audio content.

Referring to FIG. **8**, details of the housing **712** are illustrated. The forward and rearward housing portions **714**, **715** have a respective forward wall portion **814** and rearward wall portion **815** as depicted and define an open interior **820**. The rearward wall portion **715** has a recess **816** defined by an annular boss **817** that receives a magnet **128**. The rearward housing portion may have a thinned wall region **818** at the magnet, and the magnet may be adhered to the thinned wall region in the recess with a suitable adhesive. A transparent screen cover **820** is adhered to the forward housing portion **714** by a suitable adhesive such as two sided tape **825**. Control buttons **122** are disposed in top face **743** and side faces In the embodiment shown in FIG. **8**, the display screen occupies a major portion of the front face **741**. Ports **845** and **846** for speaker output are disposed in side faces **745** and **746** respectively. A port **843** for a microphone is disposed in top face **743**.

The circuitry, including optionally a GPS receiver, a processor, memory, connecting to a battery, are all positioned in the interior of the housing, and the circuitry is further connected to a display screen positioned to be viewable within the bezel and user controls on the housing, speaker(s) and a microphone.

Referring to FIG. **9**, the arrangement of components in the open interior **820** of the housing **712** is illustrated. A printed circuit board **910** has the display screen (not shown) attached thereto by a ribbon connector **912**. A second ribbon connector **915** attaches speaker(s) to the circuit board **910**.

The circuit board is connected to a battery **920**. The circuit board may have a USB port **930**. Micro-switches **950** are positioned on the board to align with push buttons **122** in the housing. The circuit board **910**, battery **920**, display screen and speakers are sandwiched between the forward and rearward housing portions **714**, **715** and may be positioned by structure **960** molded into the housing portions. A cushion may be placed between the battery and circuit board.

In embodiments, the device **102** or **702**, when attached to a metal surface such as a portion of a golf cart, requires a force exceeding 2 pounds to separate the device in a direction normal to the device display. In embodiments, the device when attached to the accessory, with the accessory fixed in place, will magnetically decouple with a lateral shear force of greater than three pounds, but less than about six pounds. In embodiments, the device when attached to a surface, with the accessory fixed in place, requires a lateral shear force of greater than 2 pounds to decouple the magnetic coupling and separate the device in a direction parallel to the device display surface, that is, parallel to the greatest dimension of the device. The amount of force required to detach the device from a metal surface can facilitate easy separation when the device is attached to something, with minimal effort.

In embodiments, a lateral shear force of 1 pound or less will not decouple the magnetic coupling and separate the device from the metal surface to prevent its detachment from the surface, such as for example when the golf cart is driven around the golf course.

A feature and advantage of embodiments is the combination of optimal size for handling and reading the display, while still being easily wearable, and while still being light-weight. The inventors have recognized that the light weight allows the use of a high integrity magnetic securement using the GPS rangefinder device magnet for attaching directly to a metal post or component of a golf cart as well as to an accessory clip that is then attached to a golf bag or user's apparel. For example, due to the light weight, for example less that about 3 ounces, bumps are less likely to disengage the magnet from the metal post or accessory clip as compared to a device with a greater weight. Additionally size and weight are optimal for easy pocketing and removal.

In embodiments, the device **702** has a greatest height or width dimension of less than 6 inches. In embodiments, the device has a rectangular appearance with rounded corners when viewing the display. In embodiments, the display side of the device **702** may have a width of less than 2.6 inches and a height of less than 6 inches. In embodiments, the display side of the device **702**, as defined by its housing, may have a width of less than 2.3 inches and a height of less than 5 inches. In embodiments, the device **702**, as defined by its housing, has a maximum depth of 0.95 inches. In embodiments, the device **702**, as defined by its housing, has a maximum depth of 0.80 inches. In embodiments, a feature and advantage is that each exterior corner of the housing of the device is rounded and has a radius of 0.12 inches or greater. In embodiments, a feature and advantage is that each exterior corner of the housing of the device is rounded with has a radius of 0.10 inches or greater.

A feature and advantage of embodiments is that the audio-visual device has a planar front face where the display screen is located and a subtly projecting rear face such that a user when grasping the device, without looking at the device, can ascertain which side is the forward side and which side is the rearward side, minimizing the manipulation to raise the device to a use and viewing position. A feature and advantage is that each of four side wall are inclined inwardly from the front side to the rear side allowing a larger front side where the display is positioned compared to the rearward side that centrally magnetically attaches to a ferrous surface. Such a configuration accommodates the internal arrangement of components, for example the circuit board with display screen attached thereto is positioned forwardly at the front wall portion and has the largest area to be accommodated, the speaker(s), having the second greatest area to be accommodated, are positioned forwardly at the front wall portion and, or positioned behind the display screen, the battery, positioned next has the third greatest area to be accommodated, and the magnet at the rearward wall portion has the least amount of area to be accommodated. Thus, an optimal miniaturization has a housing with a front to rearward taper.

Referring to FIGS. **8**, **9** and **10**, the arrangement of components in the open interior **175** of the housing **112** is illustrated. A printed circuit board **240** has the display screen **116** attached thereto by a ribbon connector **241**. The speaker (not shown) is also attached to the circuit board by a second ribbon connector (not shown). The circuit board is connected to a battery **360**. The circuit board may have a USB port **370**. Micro-switches **249** are positioned on the board to align with push buttons in the housing. The circuit board **240** and battery **360** are sandwiched between the forward and rearward housing portions **142**, **144** and may be positioned by structure **253** molded into the housing portions. A cushion **246** may be placed between the battery and circuit board.

While aspects of the present disclosure may provide functionalities and capabilities located on a remote device, one skilled in the art will recognize that those functionalities may be located, processed or otherwise carried out in the audio system itself or on another device coupled to the audio system without deviating from the scope of the disclosure.

While aspects of the present disclosure provide for an audio system to be used on a golf course by a golfer, one skilled in the art will recognize that the use and applicability of the audio system as described herein is not so limited and may be used in other environments.

Based on the teachings, one skilled in the art should appreciate that the scope of the present disclosure is intended to cover any aspect of the present disclosure, whether implemented independently of or combined with any other aspect of the present disclosure. For example, an apparatus may be implemented or a method may be practiced using any number of the aspects set forth. In addition, the scope of the present disclosure is intended to cover such an apparatus or method practiced using other structure, functionality, or structure and functionality in addition to, or other than the various aspects of the present disclosure set forth. It should be understood that any aspect of the present disclosure may be embodied by one or more elements of a claim.

The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." Any aspect described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects.

Although particular aspects are described herein, many variations and permutations of these aspects fall within the scope of the present disclosure. Although some benefits and advantages of the preferred aspects are mentioned, the scope of the present disclosure is not intended to be limited to particular benefits, uses or objectives. Rather, aspects of the present disclosure are intended to be broadly applicable to different technologies, system configurations, networks and protocols, some of which are illustrated by way of example in the figures and in the following description of the pre-

ferred aspects. The detailed description and drawings are merely illustrative of the present disclosure rather than limiting, the scope of the present disclosure being defined by the appended claims and equivalents thereof.

As used herein, the term "determining" encompasses a wide variety of actions. For example, "determining" may include calculating, computing, processing, deriving, investigating, looking up (e.g., looking up in a table, a database or another data structure), ascertaining and the like. Additionally, "determining" may include receiving (e.g., receiving information), accessing (e.g., accessing data in a memory) and the like. Furthermore, "determining" may include resolving, selecting, choosing, establishing, and the like.

As used herein, a phrase referring to "at least one of" a list of items refers to any combination of those items, including single members. As an example, "at least one of: a, b, or c" is intended to cover: a, b, c, a-b, a-c, b-c, and a-b-c.

It is to be understood that the claims are not limited to the precise configuration and components illustrated above. Various modifications, changes, and variations may be made in the arrangement, operation, and details of the methods and apparatus described above without departing from the scope of the claims.

What is claimed is:

**1**. An audio system comprising:

a speaker device;

a beacon configured to trigger a request for shot location, wherein the beacon comprises an earpiece, a sensor, and a GPS-enabled location service;

a controller wirelessly coupled to the beacon; and

a non-transitory, computer-readable storage medium in operable communication with the controller, wherein the computer-readable storage medium contains one or more programming instructions that, when executed, cause the controller to:

determine the operational state of the earpiece, based at least in part on sensor information and user input;

if the earpiece is in an active state based on sensor information, receive a request for shot information triggered from the wireless beacon;

transmit the request to a processor;

receive shot information from the processor;

encode the shot information as an audio file; and

if the earpiece is in an inactive state, wirelessly transmit the audio file to the speaker device for audio playback;

if the earpiece is in an active state and a user-selected public state, wirelessly transmit the audio file to the speaker device for audio playback;

if the earpiece is in an active state and a user-selected private state, wirelessly transmit the audio file to an audio output on the earpiece for audio playback; and

if the earpiece is in an active state and a user-selected silent state, blocking transmission of the audio file.

**2**. The audio system of claim **1**, wherein the earpiece comprises an earbud or a pair of earbuds.

**3**. The audio system of claim **1**, further comprising a microphone coupled to the controller, the microphone configured to receive a voice command.

**4**. The audio system of claim **3** wherein the beacon is configured to activate the microphone.

**5**. The audio system of claim **1**, wherein the beacon further comprises an actuator, the actuator configured to trigger the request for the shot information.

**6**. The audio system of claim **1**, wherein the beacon is coupled to the controller through a Bluetooth connection.

**7**. The audio system of claim **1**, wherein the shot information comprises a geographic location correlated with environmental information.

**8**. The audio system of claim **7** wherein the environmental information includes data relating to at least one landmark.

**9**. The audio system of claim **8** wherein the shot information includes a distance between the beacon and the at least one landmark.

**10**. The audio system of claim **1**, wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

**11**. The audio system of claim **1**, wherein the controller includes an application stored on a mobile device.

**12**. The audio system of claim **1**, wherein the user input comprises a tap signal, voice command, or a combination thereof.

**13**. The audio system of claim **1**, wherein the speaker device defines a recess, the recess sized and shaped to retain the earpiece.

**14**. The audio system of claim **1**, wherein the speaker device further comprises a charging interface configured to charge the beacon.

**15**. The audio system of claim **1**, wherein the speaker device further comprises a magnetic mount configured to mount the speaker device directly on a magnetic surface.

**16**. The audio system of claim **1**, wherein the speaker device further comprises a visual display.

**17**. A method of determining shot information comprising:

providing a controller and a non-transitory, computer-readable storage medium in operable communication with the controller;

providing a wireless beacon comprising an earpiece, a sensor and a GPS-enabled location service;

determining by the controller, the operational state of the earpiece, based at least in part on sensor information and user input;

if the earpiece is in an active state based on sensor information, receiving a request for shot information from the wireless beacon;

transmitting the request to a processor;

receiving shot information from the processor;

encoding the shot information as an audio file;

if the earpiece is in an inactive state, wirelessly transmitting the audio file to a speaker device for audio playback;

if the earpiece is in an active state and a user-selected public state, wirelessly transmitting the audio file to the speaker device for audio playback;

if the earpiece is in an active state and a user-selected private state, wirelessly transmitting the audio file to an audio output on the earpiece and

if the earpiece is in an active state and a user-selected silent state, blocking transmission of the audio file.

* * * * *

Exhibit 9

(12) **United States Patent**
DeCastro et al.

(10) Patent No.: **US 11,455,141 B2**
(45) Date of Patent: **Sep. 27, 2022**

(54) **LOCATION-ENABLED PORTABLE AUDIO SYSTEM**

(71) Applicant: **BUSHNELL INC.**, Overland Park, KS (US)

(72) Inventors: **John DeCastro**, Overland Park, KS (US); **Scott O. Nyhart**, Shawnee, KS (US); **William Flood**, Olathe, KS (US)

(73) Assignee: **BUSHNELL INC.**, Overland Park, KS (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/679,633**

(22) Filed: **Nov. 11, 2019**

(65) **Prior Publication Data**

US 2021/0141588 A1     May 13, 2021

(51) **Int. Cl.**
  **G06F 3/16**     (2006.01)
  **H04R 1/02**     (2006.01)
  (Continued)

(52) **U.S. Cl.**
  CPC .......... **G06F 3/165** (2013.01); **A63B 71/0622** (2013.01); **H02J 7/025** (2013.01); **H04R 1/025** (2013.01); **H04R 1/026** (2013.01); **H04R 3/00** (2013.01); **A63B 2071/0625** (2013.01); **A63B 2102/32** (2015.10); **A63B 2209/08** (2013.01); **A63B 2220/12** (2013.01); **A63B 2220/20** (2013.01); **A63B 2225/54** (2013.01); **H04R 2420/07** (2013.01); **H04R 2499/11** (2013.01)

(58) **Field of Classification Search**
  CPC . A63B 71/0669; A63B 69/36; A63B 71/0622;

A63B 2102/32; A63B 2071/0625; A63B 2209/08; A63B 2220/12; A63B 2220/20; A63B 2225/54; B01L 9/00; G06F 3/165; H02J 7/025; H02J 50/40; H04R 1/025; H04R 1/026; H04R 3/00; H04R 2420/07; H04R 2499/11

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,996,116 A | * | 12/1999 | Tate | ........................ A01K 97/06 2/12 |
| 6,170,088 B1 | * | 1/2001 | Tate | ........................ A63B 57/50 2/209.13 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| KR | 100959346 B1 | * | 5/2010 | |
| KR | 100959346 B1 | * | 5/2010 | |

(Continued)

*Primary Examiner* — Matthew A Eason
*Assistant Examiner* — Kuassi A Ganmavo
(74) *Attorney, Agent, or Firm* — Walter M. Egbert, III; Richard J. Brown; Reed Smith LLP

(57) **ABSTRACT**

Audio systems and methods for obtaining location information are disclosed. A portable, wireless speaker that may include a beacon that a user may activate to remotely trigger a request for shot information, which may include location information of the user or speaker. The beacon may be wirelessly coupled to the speaker. The speaker may receive location information from a remote device, such as a GPS-enabled mobile phone. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause the playback of the speaker to play out the shot information.

**17 Claims, 3 Drawing Sheets**



(51) **Int. Cl.**

| | |
|---|---|
| *H04R 3/00* | (2006.01) |
| *H02J 7/02* | (2016.01) |
| *A63B 71/06* | (2006.01) |
| *A63B 102/32* | (2015.01) |

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2002/0052750 A1* | 5/2002 | Hirooka | G06Q 30/02 |
| | | | 705/26.1 |
| 2006/0270450 A1* | 11/2006 | Garratt | G16H 20/30 |
| | | | 455/556.1 |
| 2008/0235026 A1* | 9/2008 | Garratt | G10L 13/00 |
| | | | 704/270 |
| 2010/0225270 A1* | 9/2010 | Jacobs | H02J 50/12 |
| | | | 320/108 |
| 2011/0077093 A1* | 3/2011 | Garratt | A63B 69/3658 |
| | | | 473/131 |

| | | | |
|---|---|---|---|
| 2011/0088143 A1* | 4/2011 | Lee | A42B 1/245 |
| | | | 2/209.13 |
| 2012/0023152 A1* | 1/2012 | Felt | A63B 71/06 |
| | | | 709/203 |
| 2013/0129134 A1* | 5/2013 | Parraga Gimeno | H04R 1/02 |
| | | | 381/338 |
| 2013/0178311 A1* | 7/2013 | Peterson | G01C 17/02 |
| | | | 473/406 |
| 2014/0376737 A1* | 12/2014 | Goldman | H04R 3/12 |
| | | | 381/80 |
| 2017/0348580 A1* | 12/2017 | Dugan | A63B 69/36 |
| 2018/0035205 A1* | 2/2018 | Vautin | H03G 3/3026 |
| 2018/0341643 A1* | 11/2018 | Alders | G10L 15/1822 |
| 2018/0345101 A1* | 12/2018 | Youn | A63B 57/35 |
| 2020/0221198 A1* | 7/2020 | Pupecki | H05K 1/189 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| KR | 101877285 B1 | * | 7/2018 |
| KR | 20180104366 A | * | 9/2018 |

* cited by examiner



**FIG. 1**



**FIG. 2**



**FIG. 3**



*400*

```
                    ┌──────────────────────┐  402
                    │ RECEIVE A REQUEST FOR│
                    │ SHOT INFORMATION FROM│
                    │      A  USER         │
                    └──────────┬───────────┘
                               │
                    ┌──────────▼───────────┐  404
                    │  TRANSMIT REQUEST TO │
                    │      CONTROLLER      │
                    └──────────┬───────────┘
                               │
                    ┌──────────▼───────────┐  406
                    │ DETERMINE GEOGRAPHIC │
                    │     INFORMATION      │
                    └──────────┬───────────┘
                               │
                    ┌──────────▼───────────┐  408
                    │   CORRELATE USER     │
                    │   LOCATION WITH      │
                    │   ENVIRONMENT DATA   │
                    └──────────┬───────────┘
                               │
                    ┌──────────▼───────────┐  410
                    │   CONVERT SHOT       │
                    │ INFORMATION TO AUDIO │
                    └──────────┬───────────┘
                               │
                          ◇ 412
                     IS AUDIO
          NO         CONTENT          YES
                     PLAYING?
```

CONVERT SHOT INFORMATION TO AUDIO — 410

IS AUDIO CONTENT PLAYING? — 412

NO

YES

ADAPT AUDIO CONTENT — 416

PLAY SHOT INFORMATION AUDIO — 414

PLAY SHOT INFORMATION AUDIO — 418

RESUME AUDIO CONTENT — 420

END — 422

*FIG. 4*

# LOCATION-ENABLED PORTABLE AUDIO SYSTEM

## FIELD OF TECHNOLOGY

Aspects of the present disclosure relate to a system for audio playback, more specifically a system for controlling and generating audio playback including a remote positioning and location functionality.

## BACKGROUND

In certain sporting activities, knowledge of a player's location and range to a target can provide the player with a distinct playing advantage. Golfers, for example, have relied on traditional range finding devices to determine the distance from the golfer's position to the green or flag stick. Knowing this distance allows the golfer to choose an appropriate club or determine the speed or strength required to hit the ball. Traditional ranging devices may include an optical device coupled to a laser transmitter and receiver, that when aimed and fired at a target, transmits a beam toward the target, receives a reflected beam to the receiver and calculates the distance from the device to the target based on the time-of-flight of the beam. These devices can be cumbersome, heavy and inaccurate given an obstructed field-of-view or other interference.

Golfers and other sports enthusiasts also may enjoy listening to music or other audio content while playing. Portable, wireless speakers known in the art allow a player to carry the speaker in a bag, golf cart or other vehicle. When using in a sport like golf, however, traditional portable speakers must be left in the golf bag or in the cart when the golfer steps away from the bag or cart to take a shot. The golfer no longer has immediate access to the controls on the speaker requiring the golfer to return to the bag or cart to pause, stop, or otherwise control it.

## SUMMARY

Embodiments of the present invention include a portable audio system for control and playback of audio content, including certain information relating to a user's location, environment and other personalized content. According to one aspect, an audio playback system may include a beacon configured to trigger a request for shot information and a controller wirelessly coupled to the beacon. The controller may be configured to transmit the request for shot information to a remote device and receive the shot information from the remote device. The shot information may be converted into an audio signal and play back the audio signal to an audio output.

According to another aspect, a method of determining shot information may include receiving a request for shot information from a wireless beacon and transmitting the request to a remote device. Shot information may be received from the remote device and encoded as an audio file. The audio file may be transmitted to an audio output.

According to another aspect of the present disclosure, an audio system may comprise a beacon configured to trigger a request for shot location and a controller wirelessly coupled to the beacon. A non-transitory, computer-readable storage medium may be in operable communication with the controller, and contain one or more programming instructions that, when executed, cause the controller to receive a request for shot information triggered from the wireless beacon and transmit the request to a remote device. Shot information may be received from the remote device and be encoded as an audio file. The audio file may be transmitted to an audio output.

## BRIEF DESCRIPTION OF THE DRAWINGS

The features, nature, and advantages of the present disclosure will become more apparent from the detailed description set forth below when taken in conjunction with the drawings in which like reference characters identify correspondingly throughout.

FIG. **1** depicts the components of an audio system according to an aspect of the present disclosure.

FIG. **2** depicts a usage scenario of an audio system according to an aspect of the present disclosure.

FIG. **3** depicts a hardware architecture of an audio system according to an aspect of the present disclosure.

FIG. **4** depicts a method of determining a shot information according to an aspect of the present disclosure.

## DETAILED DESCRIPTION

The present disclosure provides audio systems and methods for obtaining a personalized information, including information relating to a user's location, environment and/or gameplay. According to one aspect, the present disclosure provides a portable, wireless speaker that includes a beacon that a user may activate remotely to trigger a request for information shot information for the user. Shot information, as used herein, may include information such as, without limitation, a user's location, environmental elements, landmarks, distances, gameplay history, ambient or crowd noises, or the like. The beacon may be wirelessly coupled to a controller, such as an application installed and running on a mobile device. According to one aspect, the controller may receive shot information from a remote device, such as a GPS-enabled location service. The shot information may be converted into an audio format for playback by the speaker. The speaker may pause, attenuate or otherwise adapt the playback of audio on the speaker to play out the shot information.

FIG. **1** depicts the components of an audio system **100** according to an aspect of the present disclosure. The audio system may include a speaker device **102** that forms or defines one or more voids **111**. The audio system **100** may include one or more speakers **110** aligned with the voids **111** and configured to play back audio content stored in memory or streamed from a connected device, such as a mobile device **208**. A fabric or other covering material may be disposed over the speakers **110** to prevent dust and other air-borne debris from entering the speaker **110** or speaker device **102**. A power source (not shown) may provide energy to the audio system **100**. The power source may be any power source commonly known in the art, including a rechargeable battery and/or an AC power connecter.

A control panel **112** may be configured to alter, adjust or otherwise control the audio play back. According to one aspect, the control panel **112** may include one or more buttons formed in or on the body, and coupled to a controller (not shown). The controller, as described herein may be software, hardware or a combination of both. According to one aspect, the controller may be a software application resident on a mobile device **208**. Control buttons may include a power button **114**, a play/pause button **116**, an up-volume button **118** and a down-volume button **120**. The power button **114** may also function as a pairing button,

establishing a paired connection with the mobile device **208** or another device. A microphone **122** may be coupled to the controller to receive voice activation commands or signals to control further the audio system. According to one aspect the speaker device **102** may include a magnetic mount **128** configured to mount the speaker device **102** securely to a metal or other magnetic material.

According to one aspect, the audio system **100** may include a beacon **124** that is coupled to the controller. The beacon **124** may be sized and shaped to fit into a recess **104** formed or defined in the speaker device **102**. According to one aspect, the beacon **124** may be in the form of a poker chip-sized device suitable for carrying in the user's pocket. The speaker device **102** may include a beacon magnet **108**, or magnetic material, to correspond to a magnet, or magnetic material, on the beacon **124**. The beacon magnet **108** may be adapted to retain the beacon **124** in the recess **104** when the beacon **124** is not in use. According to one aspect, the speaker device **102** may further include a wireless charging interface **106** that, when the beacon **124** is placed in the recess **104**, recharges a battery (not shown) in the beacon **124** using the audio system power source. The audio system **100** may also include one or more connection ports **130** configured to provide a connection to other devices. The connection ports **130** may be configured as charging ports for additional devices, AC adapter plugs, or audio input plugs.

The audio system **100** may provide audio playback from a remote device such as a mobile device **208** or other device coupled to the audio system **100**. For example, the audio system **100** may be wirelessly coupled to the mobile device **208** using a Bluetooth or similar protocol. The audio system **100** and the beacon **102** may be paired with the mobile device **208** such that audio playback initiated on the mobile device **208** may be wirelessly transmitted to the audio system **100** for playback. The user may control the playback of the audio content using the control panel **112**. Alternatively, the audio system **100** may include a local memory on which audio content may be stored for playback. Further yet, an audio source may be coupled to the audio system **100** using a wired connection using a connection port **130**.

The audio system **100** may be portable such that it may be taken outdoors or in a vehicle. According to one aspect, outdoor enthusiasts, such as a golfer, may use the audio system **100** while out on a course playing golf. In such instances, the audio system **100** may be carried in a golf bag or in a golf cart, mounted to a metal surface of the cart using the magnetic mount **128**. As described herein, the golfer may use the beacon **124** to trigger a shot information request to determine the information relating to the golfer's location, distance to a target or other gameplay information. The beacon **124** may be triggered by pressing an actuator **126**, such as a button or touch pad on the beacon **124**. The shot information request may be transmitted to the mobile device **208** which may determine the requested shot information and transmit such information to the audio system **100** to be played out as an audio signal from the speaker **110**. The mobile device **208** may determine the shot information using any number of resources including but not limited to, geographic information, environmental information, gameplay history, or other information. Geographic information may be obtained from a GPS provider or GPS-enabled location service. Environmental information, such as course information, landmarks, distances, and other area information may be obtained from locally stored data or remote databases storing such information. Gameplay history and

other information may similarly be retrieved or obtained from local or remote storage locations.

FIG. **2** depicts a usage scenario **200** of an audio system according to an aspect of the present disclosure. A golfer **202** may be playing on a course **204**. According to one aspect, the golf course **204** may have published statistics and other information about the course in a database that may be accessible to the golfer **202**. Such information may include hole maps, elevations, distances, and other information a golfer may desire during play. The golfer **202** may access the available course information via a website, mobile application or other source accessible by the golfer's mobile phone or other mobile device **208**. The mobile device **208** may include or communicate with location services such as a global position system (GPS) or other location service that may interface with the mobile device **208** and any application or web-browser through which the golfer **202** may access course information.

According to one aspect, the golfer **202** may remove the beacon **124** from the speaker device **102** and carry the beacon **124** in a pocket such that the beacon **124** is consistently at the golfer's location and is easily accessible. For example, if the golfer is using a cart **212** and has parked the cart on a path **214**, the golfer may keep the beacon **124** with him as he walks to the golf ball while the audio system remains in the cart **212**, or mounted to the cart frame using the magnetic mount **128**. Prior to taking a shot, the golfer **202** may wish to determine shot information, for example the distance from the golfer **202** to a target **206**, such as a hole or flagstick. Knowing the distance to the target **206** allows the golfer **202** to determine more accurately an appropriate club to hit as well as the appropriate swing speed and strength. The golfer may retrieve the beacon **124** from a pocket and press the actuator **126**. To avoid having to remove the beacon **124** from a pocket, the golfer may trigger the beacon **124** through the golfer's pocket by pressing the actuator **126**. The beacon **124** may transmit a request to the mobile device **208**. In an alternative configuration, the request may be transmitted to a controller resident on the speaker device **102**.

According to one aspect of the present disclosure, the beacon **124** may trigger a listening request that may including a request for shot information. Actuating the beacon **124** may activate the microphone **122**, which may be located on the speaker device **102** or the mobile device **208**, and put the audio system into a listening mode, to which a golfer may issue verbal instructions, commands or requests. The verbal instructions may be processed using a voice assistant capability of the mobile device **208** or an application on the mobile device **208**.

The mobile device **208** and its controller may receive the shot information request and consult the environmental information in conjunction with location information obtained by the mobile device **208**, received from a GPS satellite **210** for example. The mobile device **208** may correlate the location information obtained from the GPS system or other location service with the environmental information to determine where on the course the mobile device **208** or beacon **124** are located. From the correlated location, the mobile device **208** may determine the distance from the beacon **124** or audio system **100** to the target **206**. Knowing the distance to the target **206**, the golfer **202** may select an appropriate club and adapt their golf swing accordingly.

The mobile device **208** may convert the shot information into an audio signal and transmit the audio signal to the audio system **100**. The audio system **100** may receive the

5
6

audio signal and, if already playing audio content, adapt the audio and playout the audio signal indicating the shot information, i.e., the distance to the target **206**. The audio system may adapt the currently playing audio by pausing the audio, attenuating the volume of the audio content, or the like. Alternatively, the audio system may include the capability to receive and convert the shot information to an audio signal. Previously playing audio content may resume playing normally after the shot information is played out.

When the beacon **124** is not in use, the golfer **202** may replace the beacon **124** into the recess **104** of the speaker device **102**, where magnetic materials may retain the beacon **124** and the battery of the beacon **124** may be recharged wirelessly by the charging interface **106**. Such wireless charging systems are known in the art.

As described herein, aspects of the present disclosure provide one or more audio systems configured to broadcast, or otherwise transmit audio signals, including audio signals relating to shot information, from one or more speakers. The audio systems may include a beacon used to trigger a shot information request that is transmitted to a controller, such as a mobile phone application, or similar device. The audio system may receive the shot information from the mobile device and play such information out as audio. The audio system's functionality may be embodied, fully or in part, in a computing system.

FIG. **3** depicts a computer system **300** according to one aspect of the present disclosure. In general, the computer system **300** may include a computing device **310**, such as a special-purpose computer designed and implemented for directing and controlling the output of audio signals. The computing device **310** may be or include data sources, client devices, and so forth. For example, the computing device **310** may include a microprocessor installed and disposed within an internal area a mobile device. In certain aspects, the computing device **310** may be implemented using hardware or a combination of software and hardware. The computing device **310** may be a standalone device, a device integrated into another entity or device, a platform distributed across multiple entities, or a virtualized device executing in a virtualization environment. According to one aspect, the computing device **310** may be a mobile device, such as a mobile phone, tablet, phablet, PC or the like. According to another aspect, the computing device **310** may be a speaker device.

The computing device **310** may communicate across a network **302**. The network **302** may include any data network(s) or internetwork(s) suitable for communicating data and control information among participants in the computer system **300**. This may include public networks such as the Internet, private networks, and telecommunications networks such as the Public Switched Telephone Network or cellular networks using cellular technology and/or other technologies, as well as any of a variety other local area networks or enterprise networks, along with any switches, routers, hubs, gateways, and the like that might be used to carry data among participants in the computer system **300**. The network **302** may also include a combination of data networks and need not be limited to a strictly public or private network.

The computing device **310** may communicate with an external device **304**. The external device **304** may be any computer or other remote resource that connects to the computing device **310** through the network **302**. This may include any of the servers or data sources described herein,

including servers, content providers, databases or other sources for shot information to be used by the devices as described herein.

In general, the computing device **310** may include a controller **312**, a memory **314**, a network interface **316**, a data store **318**, and one or more input/output interfaces **320**. The computing device **310** may further include or be in communication with peripherals **322** and other external input/output devices that might connect to the input/output interfaces **320**.

The controller **312** may be implemented in software, hardware or a combination of software and hardware. According to one aspect, the controller **312** may be implemented in application software running on a mobile device. Alternatively, the controller **312** may include a processor or other processing circuitry capable of processing instructions for execution within the computing device **310** or computer system **300**. The controller **312**, as hardware, may include a single-threaded processor, a multi-threaded processor, a multi-core processor and so forth. The controller **312** may be capable of processing instructions stored in the memory **314** or the data store **318**.

The memory **314** may store information within the computing device **310**. The memory **314** may include any volatile or non-volatile memory or other computer-readable medium, including without limitation a Random-Access Memory (RAM), a flash memory, a Read Only Memory (ROM), a Programmable Read-only Memory (PROM), an Erasable PROM (EPROM), registers, and so forth. The memory **314** may store program instructions, program data, executables, and other software and data useful for controlling operation of the computing device **310** and configuring the computing device **310** to perform functions for a user. The memory **314** may include a number of different stages and types of memory for different aspects of operation of the computing device **310**. For example, a processor may include on-board memory and/or cache for faster access to certain data or instructions, and a separate, main memory or the like may be included to expand memory capacity as desired. All such memory types may be a part of the memory **314** as contemplated herein.

The memory **314** may, in general, include a non-volatile computer readable medium containing computer code that, when executed by the computing device **310** creates an execution environment for a computer program in question, e.g., code that constitutes processor firmware, a protocol stack, a database management system, an operating system, or a combination of the foregoing, and that performs some or all of the steps set forth in the various flow charts and other algorithmic descriptions set forth herein. While a single memory **314** is depicted, it will be understood that any number of memories may be usefully incorporated into the computing device **310**.

The network interface **316** may include any hardware and/or software for connecting the computing device **310** in a communicating relationship with other resources through the network **302**. This may include remote resources accessible through the Internet, as well as local resources available using short range communications protocols using, e.g., physical connections (e.g., Ethernet), radio frequency communications (e.g., Wi-Fi, Bluetooth), optical communications, (e.g., fiber optics, infrared, or the like), ultrasonic communications, or any combination of these or other media that might be used to carry data between the computing device **310** and other devices. The network interface **316** may, for example, include a router, a modem, a network card, an infrared transceiver, a radio frequency (RF) trans-

ceiver, a near field communications interface, a radio-frequency identification (RFID) tag reader, or any other data reading or writing resource or the like.

The network interface 316 may include any combination of hardware and software suitable for coupling the components of the computing device 310 to other computing or communications resources. By way of example and not limitation, this may include electronics for a wired or wireless Ethernet connection operating according to the IEEE 802.11 standard (or any variation thereof), or any other short or long range wireless networking components or the like. This may include hardware for short range data communications such as Bluetooth or an infrared transceiver, which may be used to couple to other local devices, or to connect to a local area network or the like that is in turn coupled to a data network 302 such as the Internet. This may also include hardware/software for a WiMax connection or a cellular network connection (using, e.g., CDMA, GSM, LTE, or any other suitable protocol or combination of protocols). The network interface 316 may be included as part of the input/output devices 320 or vice-versa.

The data store 318 may be any internal memory store providing a computer-readable medium such as a disk drive, an optical drive, a magnetic drive, a flash drive, or other device capable of providing mass storage for the computing device 310. The data store 318 may store computer readable instructions, data structures, program modules, and other data for the computing device 310 or computer system 300 in a non-volatile form for relatively long-term, persistent storage and subsequent retrieval and use. For example, the data store 318 may store an operating system, application programs, program data, databases, files, and other program modules or other software objects and the like.

The input/output interface 320 may support input from and output to other devices that might couple to the computing device 310. This may, for example, include serial ports (e.g., RS-232 ports), universal serial bus (USB) ports, optical ports, Ethernet ports, telephone ports, audio jacks, component audio/video inputs, HDMI ports, and so forth, any of which might be used to form wired connections to other local devices. This may also include an infrared interface, RF interface, magnetic card reader, or other input/output system for wirelessly coupling in a communicating relationship with other local devices. It will be understood that, while the network interface 316 for network communications is described separately from the input/output interface 320 for local device communications, these two interfaces may be the same, or may share functionality, such as where a USB port is used to attach to a Wi-Fi accessory, or where an Ethernet connection is used to couple to a local network attached storage. The input/output interface 320 may further output audio signals to the speakers 322 of the audio system, as described herein.

A peripheral 322 may include any device used to provide information to or receive information from the computing device 310. This may include human input/output (I/O) devices such as a keyboard, a mouse, a mouse pad, a track ball, a joystick, a microphone, a foot pedal, a camera, a touch screen, a scanner, or other device that might be employed by the user 330 to provide input to the computing device 310. This may also or instead include a display, a printer, a projector, a headset or any other audiovisual device for presenting information to a user. The peripheral 322 may also or instead include a digital signal processing device, an actuator, or other device to support control of or communication with other devices or components. In one aspect, the peripheral 322 may serve as the network interface 316, such

as with a USB device configured to provide communications via short range (e.g., Bluetooth, Wi-Fi, Infrared, RF, or the like) or long range (e.g., cellular data or WiMax) communications protocols. In another aspect, the peripheral 322 may augment operation of the computing device 310 with additional functions or features, such as a GPS device, or other device. In another aspect, the peripheral 322 may include a storage device such as a flash card, USB drive, or other solid-state device, or an optical drive, a magnetic drive, a disk drive, or other device or combination of devices suitable for bulk storage. More generally, any device or combination of devices suitable for use with the computing device 310 may be used as a peripheral 322 as contemplated herein.

Other hardware 326 may be incorporated into the computing device 310 such as a co-processor, a digital signal processing system, a math co-processor, a graphics engine, a video driver, a camera, a microphone, additional speakers, and so forth. The other hardware 326 may also or instead include expanded input/output ports, extra memory, additional drives, and so forth.

A bus 332 or combination of busses may serve as an electromechanical backbone for interconnecting components of the computing device 310 such as the controller 312, memory 314, network interface 316, other hardware 326, data store 318, and input/output interface. As shown in the figure, each of the components of the computing device 310 may be interconnected using a system bus 332 in a communicating relationship for sharing controls, commands, data, power, and so forth.

FIG. 4 depicts a method of obtaining shot information according to an aspect of the present disclosure. As described herein, and shown in block 402, the audio system may receive a request for shot information. A user, such as a golfer, wishing to receive information on the user's location or surrounding environmental features, may initiate the request by actuating a beacon. The beacon may be a portable and removable component of the audio system that is paired, via a wireless protocol like Bluetooth, to the audio system and/or a remote device.

As shown in block 404, the request may be transmitted to a controller on a mobile device, such as a GPS-enabled mobile device, to which the audio system is wirelessly coupled or coupled using an appropriate data transmission cable. Alternatively, the GPS-enabled mobile device may be part of the audio system itself, such as a speaker device. As shown in block 406, the controller may determine the user's geographic location using the mobile device's native GPS functionality or another location service in an installed application. Application software on the remote device may include local environmental information relating to the user's location. For example, the application software may include maps, elevations, distances, crowd sound effects, or the like relating to a golf course and or gameplay on which the user is located.

As shown in block 408, the controller, relying on the user's geographic location, may correlate the user's location with the environmental data of the application software to generate the shot information requested. The shot information may include information as to the user's location in or on a defined area, such as a golf course, various landmarks, markers, or the like. According to one aspect, the application software may include or access a database storing shot information of a number of golf courses. Based on the geographic location, the controller may determine the golf course on which the user is located. The controller may correlate the geographic location with the location informa-

9

10

tion of the identified golf course to generate the shot information. The shot information may also include an elevation, distance, crowd sound effects, or other gameplay information relating to the user's location and target, such as a flagstick, bunker, or other known landmark.

As shown in block **410**, the shot information may be converted into an audio signal capable of being played out by the audio system. For example, the shot information may indicate that the user is 100 yards from the flagstick of the current hole being played. The shot information, for example, may be converted to an audio signal that states "You are 100 yards from the flagstick."

As shown in block **412**, the audio system may determine if audio content is already playing from the speakers when the shot information audio signal is ready to be played. If there is no audio currently being played out, the audio system may initiate the playback of the shot information audio signal, as shown in block **414**. If, however, audio content is being played, the audio system may adapt the content, as shown in block **416**. The controller may attenuate the volume of the current audio, pause the current audio, or the like. Once the audio content is adapted accordingly, the audio system may playback the shot information audio signal, as shown in block **418**. Once the shot information is played back, as shown in block **420**, the audio system may resume playback of the audio content.

As shown in block **422**, the request for shot information may be completed and the audio system may continue to operate playing audio content until another request is initiated.

While aspects of the present disclosure provide for a pressure activated beacon, using a button or touch pad, one skilled in the art will recognize that other triggers may be implemented to initiate a shot information request, including voice commands.

While aspects of the present disclosure may provide functionalities and capabilities located on a remote device, one skilled in the art will recognize that those functionalities may be located, processed or otherwise carried out in the audio system itself or on another device coupled to the audio system without deviating from the scope of the disclosure.

While aspects of the present disclosure provide for an audio system to be used on a golf course by a golfer, one skilled in the art will recognize that the use and applicability of the audio system as described herein is not so limited and may be used in other environments.

Based on the teachings, one skilled in the art should appreciate that the scope of the present disclosure is intended to cover any aspect of the present disclosure, whether implemented independently of or combined with any other aspect of the present disclosure. For example, an apparatus may be implemented or a method may be practiced using any number of the aspects set forth. In addition, the scope of the present disclosure is intended to cover such an apparatus or method practiced using other structure, functionality, or structure and functionality in addition to, or other than the various aspects of the present disclosure set forth. It should be understood that any aspect of the disclosure may be embodied by one or more elements of a claim.

The word "exemplary" is used herein to mean "serving as an example, instance, or illustration." Any aspect described herein as "exemplary" is not necessarily to be construed as preferred or advantageous over other aspects.

Although particular aspects are described herein, many variations and permutations of these aspects fall within the scope of the present disclosure. Although some benefits and advantages of the preferred aspects are mentioned, the scope of the present disclosure is not intended to be limited to particular benefits, uses or objectives. Rather, aspects of the present disclosure are intended to be broadly applicable to different technologies, system configurations, networks and protocols, some of which are illustrated by way of example in the figures and in the following description of the preferred aspects. The detailed description and drawings are merely illustrative of the present disclosure rather than limiting, the scope of the present disclosure being defined by the appended claims and equivalents thereof.

As used herein, the term "determining" encompasses a wide variety of actions. For example, "determining" may include calculating, computing, processing, deriving, investigating, looking up (e.g., looking up in a table, a database or another data structure), ascertaining and the like. Additionally, "determining" may include receiving (e.g., receiving information), accessing (e.g., accessing data in a memory) and the like. Furthermore, "determining" may include resolving, selecting, choosing, establishing, and the like.

As used herein, a phrase referring to "at least one of" a list of items refers to any combination of those items, including single members. As an example, "at least one of: a, b, or c" is intended to cover: a, b, c, a-b, a-c, b-c, and a-b-c.

The various illustrative logical blocks, modules and circuits described in connection with the present disclosure may be implemented or performed with a processor specially configured to perform the functions discussed in the present disclosure. The processor may be a neural network processor, a digital signal processor (DSP), an application specific integrated circuit (ASIC), a field programmable gate array signal (FPGA) or other programmable logic device (PLD), discrete gate or transistor logic, discrete hardware components or any combination thereof designed to perform the functions described herein. Alternatively, the processing system may comprise one or more neuromorphic processors for implementing the neuron models and models of neural systems described herein. The processor may be a microprocessor, controller, microcontroller, or state machine specially configured as described herein. A processor may also be implemented as a combination of computing devices, e.g., a combination of a DSP and a microprocessor, a plurality of microprocessors, one or more microprocessors in conjunction with a DSP core, or such other special configuration, as described herein.

The steps of a method or algorithm described in connection with the present disclosure may be embodied directly in hardware, in a software module executed by a processor, or in a combination of the two. A software module may reside in storage or machine readable medium, including random access memory (RAM), read only memory (ROM), flash memory, erasable programmable read-only memory (EPROM), electrically erasable programmable read-only memory (EEPROM), registers, a hard disk, a removable disk, a CD-ROM or other optical disk storage, magnetic disk storage or other magnetic storage devices, or any other medium that can be used to carry or store desired program code in the form of instructions or data structures and that can be accessed by a computer. A software module may comprise a single instruction, or many instructions, and may be distributed over several different code segments, among different programs, and across multiple storage media. A storage medium may be coupled to a processor such that the processor can read information from, and write information to, the storage medium. In the alternative, the storage medium may be integral to the processor.

The methods disclosed herein comprise one or more steps or actions for achieving the described method. The method steps and/or actions may be interchanged with one another without departing from the scope of the claims. In other words, unless a specific order of steps or actions is specified, the order and/or use of specific steps and/or actions may be modified without departing from the scope of the claims.

The functions described may be implemented in hardware, software, firmware, or any combination thereof. If implemented in hardware, an example hardware configuration may comprise a processing system in a device. The processing system may be implemented with a bus architecture. The bus may include any number of interconnecting buses and bridges depending on the specific application of the processing system and the overall design constraints. The bus may link together various circuits including a processor, machine-readable media, and a bus interface. The bus interface may be used to connect a network adapter, among other things, to the processing system via the bus. The network adapter may be used to implement signal processing functions. For certain aspects, a user interface (e.g., keypad, display, mouse, joystick, etc.) may also be connected to the bus. The bus may also link various other circuits such as timing sources, peripherals, voltage regulators, power management circuits, and the like, which are well known in the art, and therefore, will not be described any further.

The processor may be responsible for managing the bus and processing, including the execution of software stored on the machine-readable media. Software shall be construed to mean instructions, data, or any combination thereof, whether referred to as software, firmware, middleware, microcode, hardware description language, or otherwise.

In a hardware implementation, the machine-readable media may be part of the processing system separate from the processor. However, as those skilled in the art will readily appreciate, the machine-readable media, or any portion thereof, may be external to the processing system. By way of example, the machine-readable media may include a transmission line, a carrier wave modulated by data, and/or a computer product separate from the device, all which may be accessed by the processor through the bus interface. Alternatively, or in addition, the machine-readable media, or any portion thereof, may be integrated into the processor, such as the case may be with cache and/or specialized register files. Although the various components discussed may be described as having a specific location, such as a local component, they may also be configured in various ways, such as certain components being configured as part of a distributed computing system.

The machine-readable media may comprise a number of software modules. The software modules may include a transmission module and a receiving module. Each software module may reside in a single storage device or be distributed across multiple storage devices. By way of example, a software module may be loaded into RAM from a hard drive when a triggering event occurs. During execution of the software module, the processor may load some of the instructions into cache to increase access speed. One or more cache lines may then be loaded into a special purpose register file for execution by the processor. When referring to the functionality of a software module below, it will be understood that such functionality is implemented by the processor when executing instructions from that software module. Furthermore, it should be appreciated that aspects of the present disclosure result in improvements to the

functioning of the processor, computer, machine, or other system implementing such aspects.

If implemented in software, the functions may be stored or transmitted over as one or more instructions or code on a computer-readable medium. Computer-readable media include both computer storage media and communication media including any storage medium that facilitates transfer of a computer program from one place to another.

Further, it should be appreciated that modules and/or other appropriate means for performing the methods and techniques described herein can be downloaded and/or otherwise obtained by a user terminal and/or base station as applicable. For example, such a device can be coupled to a server to facilitate the transfer of means for performing the methods described herein. Alternatively, various methods described herein can be provided via storage means, such that a user terminal and/or base station can obtain the various methods upon coupling or providing the storage means to the device. Moreover, any other suitable technique for providing the methods and techniques described herein to a device can be utilized.

It is to be understood that the claims are not limited to the precise configuration and components illustrated above. Various modifications, changes, and variations may be made in the arrangement, operation, and details of the methods and apparatus described above without departing from the scope of the claims.

What is claimed is:

**1**. An audio playback system comprising:

a beacon configured to trigger a request for shot information;

a speaker device configured to removably receive the beacon and play audio content;

a controller wirelessly coupled to the beacon and the speaker device, the controller configured to:

transmit the request for shot information to a remote device, wherein the remote device includes a GPS-enabled location service, and the shot information comprises a geographic location of the mobile device correlated with environmental information;

receive the shot information from the remote device;

convert the shot information into an audio signal;

determine whether audio content is playing from the speaker device, and if audio content is playing, adapting the audio content; and

play back the audio signal to an audio output coupled to the speaker device.

**2**. The audio system of claim **1** wherein the controller includes an application stored on a mobile device.

**3**. The audio system of claim **1**, wherein the speaker device defines a recess, the recess sized and shaped to retain the beacon.

**4**. The audio system of claim **3** wherein the speaker device comprises a first magnetic material disposed in the recess, the beacon including a second magnetic material configured to attract the first magnetic material.

**5**. The audio system of claim **1**, wherein the speaker device is coupled to the audio output through a wireless connection.

**6**. The audio system of claim **5** wherein the wireless connection is a Bluetooth connection.

**7**. The audio system of claim **1**, wherein the speaker device further comprises a wireless charging interface configured to charge the beacon.

**8**. The audio system of claim **1**, wherein the speaker device further comprises a magnetic mount configured to mount the speaker device to a metal or magnetic surface.

**9**. The audio system of claim **1** further comprising a microphone coupled to the controller, the microphone configured to receive a voice command.

**10**. The audio system of claim **9** wherein the beacon is configured to activate the microphone.

**11**. The audio system of claim **1**, wherein the beacon further comprises an actuator, the actuator configured to trigger the request for the shot information.

**12**. The audio system of claim **1** wherein the beacon is coupled to the controller through a Bluetooth connection.

**13**. The audio system of claim **1** wherein the environmental information includes data relating to at least one landmark.

**14**. The audio system of claim **13** wherein the shot information includes a distance between the controller and the at least one landmark.

**15**. The audio system of claim **1** wherein the shot information includes at least one of a distance, an environmental element, a geographic location element, a shot history, a commentary, and an applause element.

**16**. The audio system of claim **1** wherein adapting the audio content comprises pausing the audio content during play back of the audio signal.

**17**. The audio system of claim **1** wherein adapting the audio content comprises attenuating the audio content during play back of the audio signal.

\* \* \* \* \*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATE OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 1901 Avenue of the Stars, Suite 700, Los Angeles, CA 90067. On September 6, 2023, I served the following document(s) by the method indicated below:

**DECLARATION OF WILLIAM S. WELTMAN IN SUPPORT OF DEFENDANT VISTA OUTDOOR, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

☒      by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration

☒      by transmitting via email to the parties at the email addresses listed below:

Bordin Semmer LLP
Joshua Bordin-Wosk
Justin F. Spearman
Howard Hughes Center
6100 Center Drive, Suite 1100
Los Angeles, CA 90045
Phone: (323) 457-2110
Fax: (323) 457-2120
Email: jbordinwosk@bordinsemmer.com; jspearman@bordinsemmer.com

*Attorneys for Plaintiff IGOLF, INC*.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on September 6, 2023, at Los Angeles, California.

_____
Aida Turner

DECLARATION OF WILLIAM S. WELTMAN ISO MOTION TO
DISMISS PLAINTIFF'S COMPLAINT